IN THE CIRCUIT COURT OF

RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA )
    PLAINTIFF )
VS. ) CASE NO. CC-01-30/36
ROY D. HEATH )
    DEFENDANT. )

### ORDER

It is Ordered that the above styled cause is set for a hearing for the 11th day of April, 2001 at 4:00 P.M. in Courtroom No. 1, Russell County Courthouse on the State's motion to consolidate.

Dated this the 20th day of March, 2001.

*George Greene*
JUDGE, CIRCUIT COURT

FILED IN OFFICE
2001 MAR 20 PM 4:36
CIRCUIT/DIST. COURT
RUSSELL CO. AL



Exhibit (1)