```
ACRO370                ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: DC 2000 001117.00
OPER: VIW                       CASE ACTION SUMMARY
PAGE:   1                       DISTRICT   CRIMINAL               RUN DATE: 10/09/2003
=====================================================================================
IN THE DISTRICT COURT OF   RUSSELL                                     JUDGE: MJB

STATE  OF  ALABAMA                    VS    HEATH ROY DAVID
                                            217344
CASE: DC 2000 001117.00                     9947 HWY 21 NO.
                                            ATMORE, AL   36503 0000

DOB: 12/23/1960          SEX: M  RACE: W  HT: 5 06  WT: 195   HR: BRO  EYES: BRO
SSN: 259271658   ALIAS NAMES:
=====================================================================================
CHARGE01: SALE MARIJUANA         CODE01: VSMA  LIT: SALE MARIJUANA  TYP: F  #: 001
OFFENSE DATE: 05/04/2000                AGENCY/OFFICER: 0570000

DATE WAR/CAP ISS:                       DATE ARRESTED: 05/04/2000
DATE    INDICTED:                       DATE    FILED: 05/08/2000
DATE    RELEASED: 06/20/2000            DATE  HEARING:
     BOND AMOUNT:       $10,000.00 S        SURETIES: AAA BONDING CO.

DATE 1:              DESC:                  TIME: 0000
DATE 2: 11/16/2000   DESC: PLMH             TIME: 0900 A

TRACKING NOS: CC 2001 000036 00   /                        /

    DEF/ATY: COOPER CONNIE JO           TYPE: A                              TYPE:
             P O BOX 3110

             PHENIX CITY    AL 36868                               00000
PROSECUTOR: DAVIS KENNETH E


=====================================================================================
OTH CSE: CC200100003600  CHK/TICKET NO: WA-00-1362        GRAND JURY:
COURT REPORTER: _____  SID NO:     000000000
DEF STATUS: BOND                  DEMAND:                         OPER: JOS
=====================================================================================
  TRANS DATE    |   ACTIONS, JUDGEMENTS, AND NOTES                          | OPE
=====================================================================================
  05/05/2000    | SET FOR:   FIRST CALL ON 05/05/2000 AT 0900A (AR01)       | JOS
  -------------  ---------------------------------------------------------   -----
  05/05/2000    | ORDER CONTINUING CASE TO SEPTEMBER 7, 2000, FOR           | JOS
  -------------  ---------------------------------------------------------   -----
  05/05/2000    |     PRELIMINARY HEARING.  DEFENDANT TO HIRE HIS           | JOS
  -------------  ---------------------------------------------------------   -----
  05/05/2000    |     OWN ATTORNEY.  BOND SET AT $10,000.00.                | JOS
  -------------  ---------------------------------------------------------   -----
  06/06/2000    | ATTORNEY FOR DEFENDANT: PHILLIPS MICHAEL SCOTT            | DEB
  -------------  ---------------------------------------------------------   -----
  06/06/2000    | DEFENDANT'S MOTION TO REDUCE BOND                         | DEB
  -------------  ---------------------------------------------------------   -----
  06/09/2000    | ORDER DENYING DEFENDANT'S MOTION TO REDUCE BOND           | DEB
  -------------  ---------------------------------------------------------   -----
  06/22/2000    | STATUS CHANGED TO: "B" - BOND              (AR01)         | DEB
  -------------  ---------------------------------------------------------   -----
  06/22/2000    | SURETY ADDED: AAA BONDING CO.              (AR01)         | DEB
  -------------  ---------------------------------------------------------   -----
  06/22/2000    | DEFENDANT RELEASED FROM JAIL: 06/20/2000   (AR01)         | DEB
  -------------  ---------------------------------------------------------   -----
  07/18/2000    | DEFENDANT'S AFFIDAVIT OF SUBSTANTIAL HARDSHIP             | DEB
  -------------  ---------------------------------------------------------   -----
  07/19/2000    | ORDER DENYING DEFENDANT'S REQUEST FOR COURT               | DEB
  -------------  ---------------------------------------------------------   -----
  07/19/2000    |     APPOINTED COUNSEL                                     | DEB
  -------------  ---------------------------------------------------------   -----
  08/17/2000    | WITNESS SUBPOENA ISSUED                                   | DEB
  -------------  ---------------------------------------------------------   -----
  08/31/2000    | DEFENDANT'S AFFIDAVIT OF SUBSTANTIAL HARDSHIP             | DEB
  -------------  ---------------------------------------------------------   -----
  09/07/2000    | ORDER APPOINTING THE HON. CONNIE COOPER TO                | DEB
  -------------  ---------------------------------------------------------   -----
  09/07/2000    |     REPRESENT SAID DEFENDANT-CASE CONTINUED               | DEB
```

~~Exhibit (1)~~   EXhibit (3)