```
ACRO370                 ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: DC 2000 001117.00
OPER: VIW                      CASE ACTION SUMMARY
PAGE:   2                      DISTRICT    CRIMINAL             RUN DATE: 10/09/2003
===================================================================================
                                                                       JUDGE: MJB
IN THE DISTRICT COURT OF    RUSSELL

STATE  OF  ALABAMA                       VS    HEATH ROY DAVID
                                               217344
CASE: DC 2000 001117.00                        9947 HWY 21 NO.
                                               ATMORE, AL   36503 0000

DOB: 12/23/1960         SEX: M  RACE: W  HT: 5 06  WT: 195   HR: BRO EYES: BRO
SSN: 259271658   ALIAS NAMES:
===================================================================================
   TRANS DATE  |   ACTIONS, JUDGEMENTS, AND NOTES                            OPE
===================================================================================
   09/07/2000  |      TO NOVEMBER 16, 2000, AT 9:00A.M. FOR                  DEB
   09/07/2000  |      PRELIMINARY HEARING.                                   DEB
   09/11/2000  |   DEFENDANT'S MOTION FOR APPROVAL OF EXPENSES               DEB
   09/11/2000  |      PURSUANT TO MAY V. STATE                               DEB
   09/11/2000  |   DEFENDANT'S MOTION FOR DISCOVERY                          DEB
   09/12/2000  |   ORDER GRANTING DEFENDANT'S MOTION FOR APPROVAL            DEB
   09/12/2000  |      OF EXPENSES PURSUANT TO MAY V. STATE                   DEB
   09/12/2000  |   ORDER GRANTING DEFENDANT'S MOTION FOR DISCOVERY           DEB
   10/25/2000  |   WITNESS SUBPOENA ISSUED                                   DEB
   11/16/2000  |   ORDER WAIVING CASE TO THE GRAND JURY.                     DEB
   11/22/2000  |   ATTORNEY'S FEE DECLARATION ($232.08)                      DEB
   11/27/2000  |   ATTORNEY'S FEE DECLARATION ($56.90)                       DEB
   11/28/2000  |   CASE ACTION SUMMARY PRINTED              (AR08)           DEB
   01/30/2001  |   ATTORNEY FEE DECLARATION                                  SAM
   11/01/2001  |   ADDR1 CHANGED FROM: 3 TRAPPER DRIVE      (AR01)           JOS
   11/01/2001  |   PRIOR ENTRY RESULTS FROM CC200100003600  (AR01)           JOS
   11/01/2001  |   HOME CITY CHANGED FROM: PHENIX CITY      (AR01)           JOS
   11/01/2001  |   PRIOR ENTRY RESULTS FROM CC200100003600  (AR01)           JOS
   10/09/2003  |   CASE ACTION SUMMARY PRINTED              (AR08)           VIW
```



~~Exhibit (2)~~    Exhibit (4)