000001

```
ACR0370              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2001 000030.00
OPER: SHG                     CASE ACTION SUMMARY
PAGE:   1                     CIRCUIT  CRIMINAL              RUN DATE: 11/30/2001
===============================================================================
                                                              JUDGE: GRG
IN THE CIRCUIT COURT OF  RUSSELL

STATE  OF  ALABAMA                     VS    HEATH ROY DAVID
                                             217344
CASE: CC 2001 000030.00                      9947 HWY 21 NO.
                                             ATMORE, AL  36503 0000

DOB: 12/23/1960          SEX: M  RACE: W  HT: 5 06  WT: 195  HR: BRO EYES: BRO
SSN: 259271658  ALIAS NAMES:
===============================================================================
CHARGE01: UNLAW DISTRIB CONTRO  CODE01: UDCS   LIT: UNLAW DISTRIB   TYP: F #: 001
CHARGE04: DRIVING WHILE REVOKE  CODE04: T007                         TYP: T #: 001
CHARGE05: RECKLESS ENDANGERMEN  CODE05: RECK                         TYP: M #: 001
OFFENSE DATE:                           AGENCY/OFFICER: 0570000 SL00035

DATE WAR/CAP ISS:                       DATE ARRESTED: 05/05/2000
DATE     INDICTED: 01/12/2001           DATE    FILED: 01/19/2001
DATE     RELEASED: 06/20/2000           DATE  HEARING:
    BOND AMOUNT:          $25,000.00 S      SURETIES: AAA BONDING CO.

DATE 1: 05/31/2001  DESC: SENT          TIME: 0930 A
DATE 2: 04/16/2001  DESC: JTRL          TIME: 0900 A

TRACKING NOS: DC 2000-001061 00   /                    /
    DEF/ATY: BRITTON JOHN M              TYPE: R                     TYPE:
            P O DRAWER 1188
        PHENIX CITY     AL 36867                                     00000

PROSECUTOR: EDWARDS JOSEPH W

===============================================================================
OTH CSE: DC200000106100 CHK/TICKET NO:                  GRAND JURY: 172
COURT REPORTER:             SID NO:       000000000
DEF STATUS: JAIL            DEMAND:                              OPER: JOS
===============================================================================
                                                                          OPE
     TRANS DATE   |  ACTIONS, JUDGEMENTS, AND NOTES
   ================================================================================
   | 01/19/2001 | SET FOR:  ARRAIGNMENT ON 02/20/2001 AT 0900A(AR01)     |  JOS |
   | 01/30/2001 | DISTRICT ATTORNEY'S FEES ($111.04)                     |  JOS |
   | 02/01/2001 | NOTICE SENT: 02/01/2001 HEATH ROY DAVID                |  JOS |
   | 02/01/2001 | NOTICE SENT: 02/01/2001 AAA BONDING CO.                |  JOS |
   | 02/16/2001 | ATTORNEY FOR DEFENDANT: BRITTON JOHN M     (AR10)      |  JOS |
   | 02/16/2001 | WRITTEN PLEA OF NOT GUILTY AND WAIVER OF               |  JOS |
   | 02/16/2001 |     ARRAIGNMENT                                        |  JOS |
   | 02/20/2001 | ***ARRAIGNMENT ORDER***                                |  JOS |
   | 02/20/2001 | THE HON. JOHN BRITTON RETAINED, DEFENDANT              |  JOS |
   | 02/20/2001 |    WAIVES READING OF INDICTMENT AND ENTERS A           |  JOS |
   | 02/20/2001 |    PLEA OF NOT GUILTY.  CASE SET ON APRIL 16, 2001     |  JOS |
   | 02/20/2001 |    TRIAL DOCKET.                                       |  JOS |
   | 02/20/2001 | SET FOR: JURY TRIAL ON 04/16/2001 AT 0900A  (AR10)     |  JOS |
   | 03/02/2001 | MOTION FOR DISCOVERY BY STATE                          |  JOS |
   | 03/02/2001 | NOTICE OF PRIOR CONVICTIONS FOR SENTENCE HEARING       |  JOS |
   | 03/02/2001 | NOTICE OF INTENT TO ADMIT CERTIFICATE OF ANALYSIS      |  JOS |
```

~~Exhibit (4)~~                                              Exhibit (5)