COURT OF CRIMINAL APPEALS
STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

H. W. "Bucky" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

July 12, 2001

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-459
FAX (334) 242-468

DEFICIENCY NOTICE

TO:   Hon. John M. Britton, Attorney

FROM: Lane W. Mann, Clerk, Court of Criminal Appeals

RE:   CR-00-2143

Roy David Heath v. State of Alabama (Appeal from Russell Circuit Court: CC01-30; CC01-36).

You are hereby notified that the above-referenced appeal is deficient in that the Docketing Statement, Form ARAP 26, and the Reporter's Transcript Order - Criminal, Form ARAP 1c, have not been filed (see Rules 3(e) and 10(c)(2) of the Alabama Rules of Appellate Procedure).

Although both forms must be filed with the Circuit Clerk, it is the appellant's responsibility to mail copies of the Reporter's Transcript Order to each court reporter who reported the proceedings designated, to the Clerk of this Court, to the district attorney the county from which the appeal is taken and to the Attorney General.

Please be aware that after a notice of appeal has been filed, the filing of a post trial motion does not stay the time or eliminate the requirement that these forms be filed. As such, immediate action should be taken to correct this deficiency.

CCA/di

*[Handwritten notes:]*
file Motion
Get Copy of Aff. of Haid.

Copy of reason why denied

within 28 days

Refer to
00-21-43

Exhibit (7)