COURT OF CRIMINAL APPEALS
STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

H. W. "Bucky" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

July 27, 2001

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

**FINAL NOTICE BEFORE DISMISSAL**

TO:   Hon. John M. Britton, Attorney

FROM: Lane W. Mann, Clerk, Court of Criminal Appeals

RE:   **CR-00-2143**

Roy David Heath v. State of Alabama (Appeal from Russell Circuit Court: CC01-30; CC01-36).

You were previously notified that the above referenced appeal is deficient in that the Docketing Statement, Form ARAP 26, and the Reporter's Transcript Order - Criminal, Form ARAP 1c, have not been filed (see Rules 3(e) and 10(c)(2) of the Alabama Rules of Appellate Procedure).

Because of this deficiency you were instructed to take immediate action to see that the same was corrected. Since this deficiency has not been corrected, please be advised that if properly completed copies of the above referenced forms are not received by this Court within fourteen (14) days from the the date of this notice this appeal will be dismissed.

CCA/sm

Exhibit (7)    Exhibit (8)