| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| --- | --- | --- |
| VS. | * | RUSSELL COUNTY, ALABAMA |
| ROY D. HEATH | * | CASE NO. CC-01-030,036 |

## PLEA AGREEMENT

The Defendant has been indicted for the following:

| CASE NO. | | OFFENSE CHARGED |
| --- | --- | --- |
| CC-01-030 | | DISTRIBUTION OF MARIJUANA |
| CC-01-036 | COUNT 1 | DISTRIBUTION OF MARIJUANA |
| | COUNT 2 | POSSESSION OF MARIJUANA 1ST |

Upon Defendant's plea of guilty to the charge(s) below, the District Attorney recommends the following:

| CASE NO. | | OFFENSE PLED |
| --- | --- | --- |
| CC-01-030 | | DISTRIBUTION OF MARIJUANA |
| CC-01-036 | COUNT 1 | DISTRIBUTION OF MARIJUANA |
| | COUNT 2 | POSSESSION OF MARIJUANA 1ST |

**SENTENCE**

CC-01-030   **30 YEARS** plus costs plus a $1,000.00 penalty mandated by the Demand Reduction Assessment Act of §13A-12-281 plus $100.00 to the Forensic Science Fund and $100.00 to the Victim's Compensation Fund. Further, the Defendant understands that §13A-12-290 requires that the Department of Public Safety requires the suspension of the Defendant's driver's license for a period of six (6) months.

(This 30 years shall consist of 20 years for violation of §13A-12-211, an additional 5 years mandated by §13A-12-250 for a sale of a controlled substance at or near a school campus and an additional 5 years mandated by §13A-12-270 for a sale of a controlled substance at or near a public housing

Exhibit (9)

22

(9)