project. <u>For purposes of this plea, the Defendant agrees to stipulate that this act occurred within three (3) miles of both a school and a housing project. No further proof of this by the State of Alabama will be required</u>.)

CC-01-036  Count 1    **30 YEARS** Concurrent with the sentences imposed in CC-01-030 and Count 2 hereof, plus costs plus a $1,000.00 penalty mandated by the Demand Reduction Assessment Act of §13A-12-281 plus $100.00 to the Forensic Science Fund and $100.00 to the Victim's Compensation Fund. Further, the Defendant understands that §13A-12-290 requires that the Department of Public Safety requires the suspension of the Defendant's driver's license for a period of six (6) months.

(This 30 years shall consist of 20 years for violation of §13A-12-211, an additional 5 years mandated by §13A-12-250 for a sale of a controlled substance at or near a school campus and an additional 5 years mandated by §13A-12-270 for a sale of a controlled substance at or near a public housing project. <u>For purposes of this plea, the Defendant agrees to stipulate that this act occurred within three (3) miles of both a school and a housing project. No further proof of this by the State of Alabama will be required</u>.)

CC-01-036  Count 2    **30 YEARS** Concurrent with the sentences imposed in CC-01-030 and Count 1 hereof, plus costs plus a $1,000.00 penalty mandated by the Demand Reduction Assessment Act of §13A-12-281 plus $100.00 to the Forensic Science Fund and $100.00 to the Victim's Compensation Fund. Further, the Defendant understands that §13A-12-290 requires that the Department of Public Safety requires the suspension of the Defendant's driver's license for a period of six (6) months.

### HABITUAL OFFENDER APPLICATION

It is further agreed by the State of Alabama and the Defendant that Defendant has **Three (3)** prior felony conviction(s) and that Defendant will stipulate to same and that no further proof of this conviction need be made by the State of Alabama upon sentencing.

### RESTITUTION

The Defendant, counsel for the Defendant and the District Attorney agree that restitution is due the victim(s) as follows:

| CASE NO. | AMOUNT | VICTIM AND ADDRESS |
| --- | --- | --- |

Exhibit (10)

23

(10)