CC-01-030,036                none

## **DEFENDANT HEREBY WAIVES HIS/HER RIGHT TO A RESTITUTION HEARING**

The Defendant is hereby ordered to pay restitution and court costs in the above-styled case. The Defendant agrees to make payments of $ 100.00 _____ per month, or such amount as determined by the Probation Officer ( whichever is greater) beginning 90 days subsequent to the date the Defendant was sentenced.

If the Defendant is incarcerated as a result of the sentence imposed in this case, the Defendant agrees to make payments within 90 days of release from confinement. If the Defendant receives probation as a result of the sentence imposed in this case, the Defendant agrees to make payments as delineated above and the Defendant agrees that a condition of his probation is to make regular payments.

The Defendant understands that failure to make regular monthly payments will result in an additional thirty per cent (30%) collection fee being added to the balance after 90 days. Failure of the Defendant to make regular payments may result in a wage withholding order being issued by this court.

**APPEAL**

**If the Defendant files any post conviction petition (including but not limited to a Rule 32 Petition, a Motion for New Trial, a Motion to Set Aside this Plea Agreement or an Appeal) the State may void this agreement and return the original charges in this matter to the Trial docket.**

It is further agreed by the Defendant, counsel for the Defendant and the District attorney that upon approval of the above by the Court, the Defendant will enter a plea of guilty.

Done this the _9th_ day of _April_, 2001.

_____        _____
Defendant                                District Attorney
                                         BL - 3/2/2001

_____
Defendant's Counsel of Record
John Britton

Exhibit (11)                                                        (11)

24