| | | |
|---|---|---|
| STATE OF ALABAMA | ) | IN THE CIRCUIT COURT OF |
|     PLAINTIFF, | ) | RUSSELL COUNTY, ALABAMA |
| | ) | |
| VS. | ) | CASE NO.: CC 01-30.62 |
| | ) |             36.62 |
| ROY D. HEATH | ) | |
| | ) | |
|     DEFENDANT. | ) | |

### ORDER

The defendant having filed a motion to alter, amend or vacate a judgment and the Court having reviewed and considered same, it is ORDERED that the motion is denied.

DONE this the 26th day of August 2003.

_____
JUDGE, CIRCUIT COURT

Exhibit (12)

(12)