| | | |
|---|---|---|
| STATE OF ALABAMA | ) | IN THE CIRCUIT COURT OF |
|     PLAINTIFF, | ) | RUSSELL COUNTY, ALABAMA |
| | ) | |
| VS. | ) | CASE NO.: CC 01-30.62 |
| | ) | 36.62 |
| ROY DAVID HEATH | ) | |
| | ) | |
|     DEFENDANT. | ) | |

ORDER

The defendant having filed a motion to vacate/modification and the Court having reviewed and considered same, it is ORDERED that the motion is denied.

DONE this the 25th day of November 2003.

_____
JUDGE, CIRCUIT COURT

FILED IN OFFICE
2003 NOV 25 PM 3:46

Exhibit (13)

(13)