Case Number

_____  _____  _____
ID    YR    NUMBER
(To be completed
by Court Clerk)

RECEIVED
2005 OCT -3 A 10:03

# IN FORMA PAUPERIS DECLARATION

Russell County Circuit Court
[Insert appropriate court]

x Roy D. Heath
(Petitioner)

vs.

State of Alabama
(Respondent(s))

3:05CV936-F

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, x Roy D. Heath  217344, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____   No __✓__

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?

      Yes _____   No __✓__

   b. Rent payments, interest, or dividends?

      Yes _____   No __✓__

   c. Pensions, annuities, or life insurance payments?

      Yes _____   No __✓__

   d. Gifts or inheritances?

      Yes _____   No __✓__

   e. Any other sources?

      Yes _____   No __✓__

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____      No __✓__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____      No __✓__

   If the answer is "yes", describe the property and state its approximate value.

   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _____
   _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on x AUGUST 23-2005
             (Date)

x Roy Dew Heath 217344
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ .01 on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _____Ventress_____ institution:

Computed monthly balances attached

8/26/05
DATE

_____
AUTHORIZED OFFICER OF INSTITUTION

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
VENTRESS CORR FAC

AIS #: 217344        NAME: HEATH, ROY                              AS OF: 08/26/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| AUG | 5 | $0.22 | $0.00 |
| SEP | 30 | $0.63 | $25.00 |
| OCT | 31 | $3.80 | $50.00 |
| NOV | 30 | $1.30 | $45.00 |
| DEC | 31 | $7.84 | $160.00 |
| JAN | 31 | $1.24 | $25.00 |
| FEB | 28 | $5.42 | $25.00 |
| MAR | 31 | $2.65 | $25.00 |
| APR | 30 | $7.27 | $45.00 |
| MAY | 31 | $2.32 | $50.00 |
| JUN | 30 | $0.24 | $25.00 |
| JUL | 31 | $0.16 | $30.00 |
| AUG | 26 | $1.82 | $20.00 |