| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ollie Mason_ ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) Ollie Mason   C. Date of Delivery 10-6-05 |
| 1. Article Addressed to:<br>Warden J.C. Giles<br>Ventress Correctional Facility<br>PO Box 767<br>Clayton, AL  36016<br>2005 OCT -<br><br>C 9 0      05-936 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0001 3017 4925 |

PS Form 3811, February 2004    Domestic Return Receipt                                    102595-02-M-1540