COURT OF CRIMINAL APPEALS No. CR 00-2143

# APPEAL TO ALABAMA COURT OF CRIMINAL APPEALS

FROM

## CIRCUIT COURT OF _____RUSSELL_____ COUNTY, ALABAMA

CIRCUIT COURT No. CC 01-30, 36

CIRCUIT JUDGE HON. GEORGE R. GREENE

Type of Conviction / Order Appealed From: UNLAW DISTRIB MARIJ X 2, POSS MARIJ

Sentence Imposed: 30 YRS PEN, CONCURENT, $100 VCF, $1,000 DEMAND, ATTY FEES,

Defendant Indigent: ☒ YES ☐ NO

ROY DAVID HEATH

NAME OF APPELLANT

CHARLES E. FLOYD, III   205-297-3378
(Appellant's Attorney)                    (Telephone No.)
PO BOX 759
(Address)
PHENIX CITY, AL 36868-0759
(City)              (State)              (Zip Code)

V.

STATE OF ALABAMA

NAME OF APPELLEE

(State represented by Attorney General)
NOTE: If municipal appeal, indicate above, and enter
name and address of municipal attorney below.

_____

_____

(For Court of Criminal Appeals Use Only)



INDEX TO TRANSCRIPT

PAGE

Case Action Summary CC 01-30                                      1

Arrest Report                                                    5

Consolidated Bond                                                6

Indictment                                                       8

Plea of Not Guilty and Waiver of Arraignment                    10

Arraignment Order                                               11

Notice of Prior Convictions for Sentence Hearing                12

Notice of Intent to Admit Certificate of Analysis               13

State's Motion for Discovery                                    14

State's Motion for Consolidation of Offenses                    16

Order granting Motio for Discovery                              17

Order setting hearing on Motion to Consolidate                  18

Explanation of Rights and Plea of Guilty                        19

Statement of Attorney's Representation                          21

Plea Agreement                                                  22

Plea of Guilty                                                  25

Sentencing Order                                                26

Conviction Report                                               28

Notice of Appeal                                                29

Notice of Appeal to the Alabama Court of Criminal
Appeals by the Trial Court Clerk                                30

Clerks notice to defendant regarding pro se statis.             31

Order denying request for appeal hearing.                       32

Reporter's Extension Request and order granting same            33

Affidavit of Substantial Hardship and Order                     34

PAGE

Defendant's Motion to Court of Criminal Appeals for
Appointment of Counsel and expansion of time.                        36

Docketing Statement                                                  39

Reporter's Transcript Order                                          41

Reporter's Request for Extension of Time                             42

Order granting extension request.                                    43

Order from Court of Criminal Appeals                                 44

Motion for Appointment of Counsel                                    45

Affidavit of Substantial Hardship and Order granting
same, Hon. Charles floyd III appointed                               47

Amended Notice of Appeal to the Court of Criminal
Appeals.                                                             49

Reporter's Request for Extension of Time                             50

Order granting extension request.                                    51

Case Action Summary CC 01-36                                         52

Arrest Report                                                        56

Consolidated Bond                                                    57

Arrest Report                                                        59

Consolidated Bond                                                    60

Indictment                                                           62

Plea of Not Guilty and Waiver of Arraignment                        64

Arraignment Order                                                    65

Notice of Prior Convictions for Sentence Hearing                    66

Notice of Intent to Admit Certificate of Analysis                   67

Motion for Consolidation of Offenses                                68

State's Motion for Discovery                                         69

Order granting Motion for Discovery                                  71

Order setting hearing on Motion to Consolidate                      72

|                                                                                              | PAGE |
|----------------------------------------------------------------------------------------------|------|
| Explanation of Rights and Plea of Guilty                                                     | 73   |
| Plea Agreement                                                                               | 75   |
| Statement of Attorney's Representation                                                       | 78   |
| Plea of Guilty                                                                               | 79   |
| Plea of Guilty                                                                               | 80   |
| Sentencing Order Count 1                                                                     | 81   |
| Sentencing Order Count 2                                                                     | 83   |
| Conviction Report Count 1                                                                    | 85   |
| Conviction Report Count 2                                                                    | 86   |
| Notice of Appeal                                                                             | 87   |
| Notice of Appeal to the Alabama Court of Criminal Appeals by the Trial Court Clerk           | 88   |
| Clerks notice to defendant regarding pro se statis.                                          | 89   |
| Order denying appeal hearing.                                                                | 90   |
| Affidavit of Substantial Hardship and order                                                  | 91   |
| Defendant's Motion to Court of Criminal Appeals for Appointment of Counsel and expension of time. | 93   |
| Docketing Statement                                                                          | 96   |
| Reporter's Transcript Order                                                                  | 98   |
| Defendant's Motion for Appointment of Counsel                                                | 99   |
| Affidavit of Substantial Hardship and order granting same, Hon. Charles E. Floyd III appointed. | 101 |
| Amended Notice of Appeal to the Court of Criminal Appeals                                    | 103  |
| Reporter's Request for Extension of Time                                                     | 104  |
| Order granting extension of time.                                                            | 105  |
| Certificate of Completion and Transmittal of Record on Appeal by the Trial Court Clerk       | 106  |
| Reporter's Transcript Order                                                                  | 1    |
| Index                                                                                        | 2    |

|                          | PAGE |
|--------------------------|------|
| Guilty Plea              | 3    |
| Sentencing               | 23   |
| Reporter's Certificate   | 30   |

000001

```
ACR0370           ALABAMA JUDICIAL INFORMATION SYSTEM     CASE: CC 2001 000030.00
OPER: SHG                    CASE ACTION SUMMARY
PAGE:   1                    CIRCUIT  CRIMINAL               RUN DATE: 11/30/2001
    :=============================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                     JUDGE: GRG

STATE  OF  ALABAMA                 VS      HEATH ROY DAVID
                                           217344
CASE: CC 2001 000030.00                    9947 HWY 21 NO.
                                           ATMORE, AL  36503 0000

DOB: 12/23/1960          SEX: M  RACE: W  HT: 5 06  WT: 195   HR: BRO EYES: BRO
SSN: 259271658   ALIAS NAMES:
================================================================================
CHARGE01: UNLAW DISTRIB CONTRO CODE01: UDCS  LIT: UNLAW DISTRIB  TYP: F #: 001
CHARGE04: DRIVING WHILE REVOKE CODE04: TOO7                      TYP: T #: 001
CHARGE05: RECKLESS ENDANGERMEN CODE05: RECK                      TYP: M #: 001
OFFENSE DATE:                          AGENCY/OFFICER: 0570000 SL00035

DATE WAR/CAP ISS:                      DATE ARRESTED: 05/05/2000
DATE    INDICTED: 01/12/2001           DATE    FILED: 01/19/2001
DATE   RELEASED: 06/20/2000            DATE  HEARING:
     BOND AMOUNT:    $25,000.00 S      SURETIES: AAA BONDING CO.

DATE 1: 05/31/2001   DESC: SENT        TIME: 0930 A
DATE 2: 04/16/2001   DESC: JTRL        TIME: 0900 A

TRACKING NOS: DC 2000 001061 00  /                      /

   DEF/ATY: BRITTON JOHN M               TYPE: R
           P O DRAWER 1188                                        TYPE:

        PHENIX CITY     AL 36867                      00000

PROSECUTOR: EDWARDS JOSEPH W
```

```
================================================================================
OTH CSE: DC200000106100 CHK/TICKET NO:              GRAND JURY: 172
COURT REPORTER:               SID NO:      000000000
DEF STATUS: JAIL              DEMAND:                          OPER: JOS
================================================================================
```

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|---|---|---|
| 01/19/2001 | SET FOR:  ARRAIGNMENT ON 02/20/2001 AT 0900A(AR01) | JOS |
| 01/30/2001 | DISTRICT ATTORNEY'S FEES ($111.04) | JOS |
| 02/01/2001 | NOTICE SENT: 02/01/2001 HEATH ROY DAVID | JOS |
| 02/01/2001 | NOTICE SENT: 02/01/2001 AAA BONDING CO. | JOS |
| 02/16/2001 | ATTORNEY FOR DEFENDANT: BRITTON JOHN M      (AR10) | JOS |
| 02/16/2001 | WRITTEN PLEA OF NOT GUILTY AND WAIVER OF | JOS |
| 02/16/2001 |    ARRAIGNMENT | JOS |
| 02/20/2001 | ***ARRAIGNMENT ORDER*** | JOS |
| 02/20/2001 | THE HON. JOHN BRITTON RETAINED, DEFENDANT | JOS |
| 02/20/2001 |    WAIVES READING OF INDICTMENT AND ENTERS A | JOS |
| 02/20/2001 |    PLEA OF NOT GUILTY.  CASE SET ON APRIL 16, 2001 | JOS |
| 02/20/2001 |    TRIAL DOCKET. | JOS |
| 02/20/2001 | SET FOR: JURY TRIAL ON 04/16/2001 AT 0900A  (AR10) | JOS |
| 03/02/2001 | MOTION FOR DISCOVERY BY STATE | JOS |
| 03/02/2001 | NOTICE OF PRIOR CONVICTIONS FOR SENTENCE HEARING | JOS |
| 03/02/2001 | NOTICE OF INTENT TO ADMIT CERTIFICATE OF ANALYSIS | JOS |

060002

```
ACRO370              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2001 000030.00
OPER: SHG                      CASE ACTION SUMMARY
AGE:    2                      CIRCUIT    CRIMINAL              RUN DATE: 11/30/2001
===============================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                      JUDGE: GRG

STATE  OF  ALABAMA                  VS       HEATH ROY DAVID
                                             217344
CASE: CC 2001 000030.00                      9947 HWY 21 NO.
                                             ATMORE, AL  36503 0000

DOB: 12/23/1960          SEX: M  RACE: W  HT: 5 06  WT: 195    HR: BRO EYES: BRO
SSN: 259271658  ALIAS NAMES:
===============================================================================
  TRANS DATE     ACTIONS, JUDGEMENTS, AND NOTES                          OPE
```

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|---|---|---|
| 03/02/2001 | MOTION FOR CONSOLIDATION OF OFFENSES | JOS |
| 03/06/2001 | ORDER ON MOTION FOR DISCOVERY BY STATE | JOS |
| 03/12/2001 | WITNESS SUBPOENAS ISSUED | JOS |
| 03/20/2001 | ORDER SETTING HEARING ON MOTION TO CONSOLIDATE FOR | JOS |
| 03/20/2001 | APRIL 11, 2001, AT 4:00 P.M. | JOS |
| 04/09/2001 | EXPLANATION OF RIGHTS AND PLEA OF GUILTY | JOS |
| 04/09/2001 | ***GUILTY PLEA*** | JOS |
| 04/09/2001 | ORDER OF PLEA OF GUILTY IN COUNT I, AS CHARGED IN | JOS |
| 04/09/2001 | THE INDICTMENT.  DEFENDANT MAKES APPLICATION | JOS |
| 04/09/2001 | FOR PROBATION, RULING SET FOR MAY 31, 2001, AT | JOS |
| 04/09/2001 | 9:30 A.M. | JOS |
| 05/27/2001 | DRUG CONV REPORTED TO DPS ON 05272001 FOR UDCS | ADC |
| 05/31/2001 | ***SENTENCING ORDER*** | JOS |
| 05/31/2001 | ORDER SENTENCING DEFENDANT AS A HABITUAL OFFENDER | JOS |
| 05/31/2001 | TO 30 YEARS TO THE DEPT. OF CORRECTIONS, | JOS |
| 05/31/2001 | INCLUDING 5 YEARS ENHANCEMENT PURSUANT TO | JOS |
| 05/31/2001 | 13A-12-270 AND 5 YEARS ENHANCEMENT PURSUANT TO | JOS |
| 05/31/2001 | 13A-12-250, CREDIT FOR TIME SERVED, $100.00 | JOS |
| 05/31/2001 | VCF, $1,000.00 DEMAND REDUCTION ASSESSMENT | JOS |
| 05/31/2001 | ACCOUNT, $100.00 FORENSIC SERVICES TRUST FUND | JOS |
| 05/31/2001 | ATTORNEY'S FEES, DRIVER'S LICENSE SUSPENDED FOR | JOS |
| 05/31/2001 | 6 MONTHS AND COMPLETION OF SUBSTANCE ABUSE PRO- | JOS |
| 05/31/2001 | GRAM.  THE DEMAND REDUCTION ASSESSMENT ACCOUNT | JOS |
| 05/31/2001 | WILL BE SUSPENDED UPON THE DEFENDANT'S AGREE- | JOS |
| 05/31/2001 | MENT TO ENROLL IN A REHABILITATION PROGRAM AND | JOS |
| 05/31/2001 | PAYMENT OF SAME.  THE PAYMENT OF MONIES SHALL | JOS |
| 05/31/2001 | BE A CONDITION OF PAROLE, EARLY RELEASE, SIR OR | JOS |
| 05/31/2001 | WORK RELEASE. | JOS |
| 06/05/2001 | TRANSCRIPT OF RECORD ISSUED: 06/05/2001    (AR08) | JOS |
| 06/05/2001 | CASE ACTION SUMMARY PRINTED             (AR08) | JOS |
| 06/07/2001 | TRANSCRIPT OF RECORD ISSUED: 06/07/2001    (AR08) | JOS |

000003

```
ACR0370                ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2001 000030.00
OPER: SHG                        CASE ACTION SUMMARY
AGE:   3                         CIRCUIT  CRIMINAL                  RUN DATE: 11/30/2001
=================================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                        JUDGE: GRG

STATE  OF  ALABAMA              VS      HEATH ROY DAVID
                                        217344
CASE: CC 2001 000030.00                 9947 HWY 21 NO.
                                        ATMORE, AL  36503 0000

DOB: 12/23/1960          SEX: M  RACE: W  HT: 5 06  WT: 195    HR: BRO EYES: BRO
SSN: 259271658  ALIAS NAMES:
=================================================================================
```

| Date | Action | Oper |
|------|--------|------|
| 07/11/2001 | MOTION FOR APPEAL HEARING | SHG |
| 07/11/2001 | CASE APPEALED ON: 07/11/2001                    (AR10) | JOS |
| 07/11/2001 | APPEAL "TO" TYPE: "O"                            (AR10) | JOS |
| 07/11/2001 | NOTICE OF APPEAL | JOS |
| 07/11/2001 | NOTICE OF APPEAL TO THE COURT OF CRIMINAL APPEALS | JOS |
| 07/11/2001 |   BY TRIAL CLERK | JOS |
| 08/06/2001 | ADDR1 CHANGED FROM: 3 TRAPPER DRIVE          (AR01) | SHG |
| 08/09/2001 | ORDER DENYING MOTION TO APPEAL HEARING | SHG |
| 09/05/2001 | REPORTERS EXTENSION TO 10-3-01 | SHG |
| 09/10/2001 | AFFIDAVIT OF HARDSHIP FOR ATTORNEY | SHG |
| 09/10/2001 | FILE TO GRG | SHG |
| 09/12/2001 | ORDER DENYING AFFIDAVIT OF HARDSHIP | SHG |
| 10/01/2001 | DOCKETING STATEMENT - SIGNED BY TERESA HEATH, WIFE | SHG |
| 10/01/2001 | REPORTER'S TRANSCRIPT ORDER - SIGNED BY DEF | SHG |
| 10/01/2001 | COPY OF MOTION FOR APPOINTMENT OF COURT APPOINTED | SHG |
| 10/01/2001 |   ATTORNEY AND MOTION FOR ENLARGEMENT OF TIME. | SHG |
| 10/01/2001 |   FILED WITH TYPED SIGNATURE. DEF'S WIFE TO FILE | SHG |
| 10/01/2001 |   ORIGINAL WITH COURT OF CRIMINAL APPEALS. | SHG |
| 10/12/2001 | ORDER FROM COURT OF CRIMINAL APPEALS GIVING TRIAL | SHG |
| 10/12/2001 |   COURT 14 DAYS TO PROVIDE EVIDENCE THAT DEF | SHG |
| 10/12/2001 |   WAIVED HIS RIGHT TO APPEAL. | SHG |
| 10/16/2001 | CLERKS NOTE:  FAXED PLEA AGREEMENTS TO COURT OF | SHG |
| 10/16/2001 |   CRIMINAL APPEALS, WANDA IVEY SAYS SHE CANNOT | SHG |
| 10/16/2001 |   FIND WHERE IT SAYS HE WAIVED HIS RIGHT TO AN | SHG |
| 10/16/2001 |   APPEAL. | SHG |
| 10/17/2001 | FILE TO GRG TO PROMPT COLLOQUY | SHG |
| 10/19/2001 | ORDER REMANDING CASE TO TRIAL COURT TO APPOINT | SHG |
| 10/19/2001 |   COUNSEL OR ENTER WRITTEN FINDINGS AS TO WHY NOT. | SHG |
| 10/24/2001 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | SHG |
| 10/24/2001 | MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL | SHG |
| 10/24/2001 | ORIG TO GRG | SHG |
| 10/25/2001 | REQUEST FOR COPIES | JOS |

000004

```
ACR0370              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2001 000030.00
OPER: SHG                   CASE ACTION SUMMARY
AGE:    4                   CIRCUIT   CRIMINAL               RUN DATE: 11/30/2001
=================================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                      JUDGE: GRG

STATE  OF  ALABAMA                   VS       HEATH ROY DAVID
                                              217344
CASE: CC 2001 000030.00                       9947 HWY 21 NO.
                                              ATMORE, AL  36503 0000

DOB: 12/23/1960          SEX: M  RACE: W  HT: 5 06  WT: 195   HR: BRO EYES: BRO
SSN: 259271658  ALIAS NAMES:
=================================================================================
```

| Date | Action | Code | By |
|---|---|---|---|
| 10/30/2001 | IRA TYPE CHANGED FROM: N | (AR11) | SHG |
| 10/30/2001 | ATTY 1 TYPE CHANGED FROM: R | (AR11) | SHG |
| 10/30/2001 | ATTY 1 CHANGED FROM: BRI016 | (AR11) | SHG |
| 10/31/2001 | ORDER FOR CLERK TO SEND THE DEFENDANT A COPY OF | | JOS |
| 10/31/2001 | THE CASE ACTION SUMMARY | | JOS |
| 11/01/2001 | ADDR1 CHANGED FROM: C/O RUSSELL COUNTY JAIL | (AR01) | JOS |
| 11/01/2001 | STATUS CHANGED TO: "J" – JAIL | (AR01) | JOS |
| 11/01/2001 | ADDR2 CHANGED FROM: PO BOX 640 | (AR01) | JOS |
| 11/01/2001 | HOME CITY CHANGED FROM: PHENIX CITY | (AR01) | JOS |
| 11/01/2001 | CASE ACTION SUMMARY PRINTED | (AR08) | JOS |
| 11/01/2001 | TRANSMITTAL NOTICE     SENT TO DEFENDANT | (AR09) | JOS |
| 11/30/2001 | CERTIFICATE OF COMPLETION AND TRANSMITTAL OF | | SHG |
| 11/30/2001 | RECORD ON APPEAL BY THE TRIAL COURT CLERK | | SHG |
| 11/30/2001 | CASE ACTION SUMMARY PRINTED | (AR08) | SHG |
| 11/30/2001 | CASE ACTION SUMMARY PRINTED | (AR08) | SHG |

**BAMA UNIFORM ARREST REPORT**

DC-00-1061

90005

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 05.7.0.0.0 | Metro Narcotics Task Force | SL00.03.157 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Heath, Roy David | |

| 7 SEX ☒M ☐F | 8 RACE ☒W ☐B ☐A | 9 HGT. 5'6" | 10 WGT. 195 | 11 EYE Bro | 12 HAIR Bro | 13 SKIN Med | 14 ☐SCARS ☐MARKS ☒TATOO ☐AMPUTATIONS  Firearm "Theatre of Pain" |
|---|---|---|---|---|---|---|---|

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Columbus, GA | 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 | 1/16/58 / 2/23/60 | 39 | |

| 20 SID # | 21 FINGERPRINT CLASS  KEY  MAJOR  PRIMARY  SCDV  SUB-SECONDARY  FINAL | 22 DL # None | 23 ST |
|---|---|---|---|

| 24 FBI # | HENRY CLASS  NCIC CLASS | 25 IDENTIFICATION COMMENTS |
|---|---|---|

| 26 ☐ RESIDENT ☒ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 3 Trapper Drive Phenix City, AL | 28 RESIDENCE PHONE (334) 448-1242 | 29 OCCUPATION (BE SPECIFIC) N/A |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) Unemployed | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) N/A | 32 BUSINESS PHONE |
|---|---|---|

---

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 915 13th Avenue Phenix City, AL | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION ☒ YES ☐ NO  ☐ STATE ☐ OUT STATE AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE: ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 INJURIES ☐ OFFICER ☐ ARRESTEE ☒ NONE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON |
|---|---|---|---|---|

| 41 DATE OF ARREST 05/04/00 | 42 TIME OF ARREST 2:00 ☐ 1. AM ☒ 2. PM ☐ 3. MIL | 43 DAY OF ARREST ☐S ☐M ☒T ☐W ☐T ☐F ☐S | 44 TYPE ARREST ☐ ON VIEW ☐ CALL ☒ WARRANT | 45 ARRESTED BEFORE? ☒ YES ☐ NO ☐ UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE-1 ☒ FEL ☐ MISD Distribution of Marijuana | 47 UCR CODE 3560 | 48 CHARGE-2 ☒ FEL ☐ MISD Distribution of Marijuana | 49 UCR CODE 3560 |
|---|---|---|---|
| 50 STATE CODE/LOCAL ORDINANCE 13A-12-211 | 51 WARRANT # 00 1319 | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE 13A-12-211 | 54 WARRANT # | 55 DATE ISSUED M D Y |

| 56 CHARGE-3 ☐ FEL ☐ MISD Possession of Marijuana - First | 57 UCR CODE 3562 | 58 CHARGE-4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| 60 STATE CODE/LOCAL ORDINANCE 13A-12-213 | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |

| 66 ARREST DISPOSITION ☐ HELD ☐ BAIL ☐ RELEASED ☐ TOT—LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

---

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐ YES ☒ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

---

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

---

| 91 DATE AND TIME OF RELEASE M D Y : ☐ AM ☐ PM ☐ MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☒ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|

CASE NO: DC-00-1061

CHARGE: Sale Marijuana

DATE FILED:

PRELIMINARY HEARING: 0

SUBPOENAS: 2

DATE DISPOSED:

LOCAL USE

STATE USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 TITLE | 104 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE |
|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) Franklin, Tom | | 115 WATCH CMDR. |
|---|---|---|

ID #    ID #

ACJIC—34 REV. 10-90

# CONSOLIDATED BOND
## (District Court, Grand Jury, Circuit Court)

000006

☐ STATE OF ALABAMA

_DC-00-1061_
Case Number

_Roy Heath_
v.
DEFENDANT

In the **DISTRICT** _____ Court of

STATE OF ALABAMA

**RUSSELL** _____ County

I, (Defendant) _Roy Heath_, as principal, and

we, **A.A.A. BONDING CO.**, as sureties, agree to pay the

State of Alabama $ _25,000_ unless the above named defendant appears before the District

Court of said County on (Date) _9-7-00_, at (Time) _9:00_ or at the next session of Circuit Court of said County, or in the event of transfer, in the district or circuit court of the county of transfer; there to await the action by the grand jury and from session to session thereafter until discharged by law to

answer to the charge of _Dist. a Marijuana_ or any other charge. We hereby severally certify that we have property over and above all debts and liabilities to the amount of the above bond. We waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt, by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama.

It is agreed and understood that this is a continuing bond which shall remain in full force and effect until such time as the undersigned are duly exonerated.

X _Roy Dean Heath_
Signature of Defendant

_Stacy Dempsie_
Signature of Surety

_37 rgpro Dr Phenix City  3-267_
Address (Print)      City     State     Zip

**1319 HWY. 77 LAFAYETTE, AL.**
Address (Print)      City     State     Zip

_____
Signature of Surety

_____
Address (Print)      City     State     Zip

_____
Signature of Surety

_6-20-00_
Date

Address (Print)      City     State     Zip

_2-13-A_
Approved by

_SGT_     _6/0_
Title

---

## DEFENDANT'S INFORMATION

Date of Birth _12-23-60_  Social Security Number _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_  Sex _M_

Driver's License Number _____ State _____ Race _W_

Telephone – Residence _____     Telephone – Work _____

☐ Appearance Bond – Property      ☐ Appearance Bond – Recognizance

☐ Bail Bond                       ☐ Cash Bond

$ 2,500
BOND AMOUNT

C. F. .AL
POWER OF ATTORNEY
AAA BONDING CO.
LaFayette, Alabama

N⁰ 14383

KNOW ALL BY THESE PRESENTS, THAT THE AAA BONDING CO., A COMPANY DULY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF ALABAMA HAS CONSTITUTED AND APPOINTED, AND DOES HEREBY CONSTITUTE AND APPOINT,

AGENT    Staley

ITS TRUE AND LAWFUL ATTORNEY-IN-FACT, WITH, FULL POWER AND AUTHORITY TO SIGN THE COMPANY'S NAME AND DELIVER ON ITS BEHALF AS SURETY, ANY AND ALL OBLIGATIONS AS HEREIN PROVIDED, AND THE EXECUTION OF SUCH OBLIGATIONS IN PURSUANCE OF THESE PRESENTS SHALL BE AS BINDING UPON THE COMPANY AS FULLY AND TO ALL INTENTS AND PURPOSES AS IF DONE BY THE REGULARLY ELECTED OFFICERS OF THE SAID COMPANY AT ITS HOME OFFICE IN THEIR PROPER PERSON; AND THE SAID COMPANY HEREBY RATIFIES AND CONFIRMS ALL AND WHATSOEVER ITS SAID ATTORNEY-IN-FACT MAY LAWFULLY DO AND PERFORM IN THE PREMISES BY VIRTUE OF THESE PRESENTS.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED. THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF TWO HUNDRED & FIFTY THOUSAND ($250,000,000) DOLLARS AND MAY BE EXECUTED FOR RECOGNIZANCE OF BAIL BONDS ONLY, BUT INCLUDING PEACE BOND.

DATE  6-20-00    BOND AMOUNT $ 2,500
(RELEASED FROM JAIL)

OFFENSE Poss of Marijuana COURT District CITY Phenix

DATE TO APPEAR IN COURT    9-7-00

DEFENDANT  Roy Heath

ADDRESS

AGENT  Staley Jamisiti    DATE 6-20-10

(SEAL)

C. L. Hinkle
GENERAL MGR.

SEPARATE POWER-OF-ATTORNEY MUST BE ATTACHED TO EACH BOND AND REMAIN A PERMANENT PART OF THE COURT'S RECORD IN ORDER FOR AAA BONDING CO., TO BE LIABLE. THIS POWER DOES NOT AUTHORIZE EXECUTION OF BONDS OF NE EXEAT OR ANY GUARANTEE FOR FAILURE TO PROVIDE PAYMENTS OF ALIMONY SUPPORT OF WAGE LAW CLAIMS.

WHITE-RECEIPT-Client              YELLOW-Office              PINK-Remains in Book
BOTTOM-Jail

Agency No. SL0003156        DC No. 00-1061`        CC No. _____        G. J. No. 172W01

A TRUE BILL, presented to the judge Presiding in open Court by the Foreperson of this Grand Jury, and filed in open court this ____ day of _____ , 2001.

_Lori Edwards_
Grand Jury Foreman

_Devon Kiker_
Clerk of the Circuit Court
of Russell County
Twenty-Sixth Judicial Circuit

CC-01-80

# INDICTMENT

## THE STATE OF ALABAMA

*vs.*

*ROY D. HEATH*
*SID: AL01597699*

*alias*

**None Reported**

CHARGES:                                                    SECTION

1. DISTRIBUTION OF A CONTROLLED SUBSTANCE

Bail fixed at $ 25,000 this 12 day of JAN , 2001.

_____
Judge Presiding

THE STATE OF ALABAMA                                    CIRCUIT COURT
RUSSELL COUNTY                                                    2001

Prosecutor: **BUSTER LANDREAU**

000113

**KENNETH DAVIS**
**DISTRICT ATTORNEY**
**TWENTY-SIXTH JUDICIAL**

Agency No. SL0003156                 DC # 00-1061`                 G. J. No. 172W0 000009

THE STATE OF ALABAMA, RUSSELL COUNTY
CIRCUIT COURT - TWENTY-SIXTH JUDICAL CIRCUIT

COUNT 1

The Grand Jury of said county charge that, before the finding of this indictment, ROY D. HEATH, whose name is otherwise unknown to the Grand Jury than as stated, did unlawfully sell, furnish, give away, manufacture, deliver or distribute MARIHUANA, a controlled substance, in violation of Section 13A-12-211 of the Code of Alabama, 1975, as amended, and against the peace and dignity of the State of Alabama.

KENNETH DAVIS
District Attorney
Twenty-Sixth Judicial Circuit

WITNESSES:

KEMIKA ALLOWAY, 1001 13TH. ST. SO., BIRMINGHAM, AL   35205
AGENT JEFF EVANS, METRO NARCOTICS, ,
TOM FRANKLIN, RCSO, PHENIX CITY, AL   36867
AGENT HERRING, METRO NARCOTICS, ,

000010

| State of Alabama<br>Unified Judicial System<br><br>Form C-69    Rev    6/88 | PLEA OF NOT GUILTY<br>AND WAIVER OF ARRAIGNMENT | Case Number<br><br>CC-01-3036 |
| --- | --- | --- |

IN THE _Circuit_ COURT OF _Russell_ COUNTY

STATE OF ALABAMA v. _Roy David Heath_

COMES NOW the Defendant in the above styled matter, and to the offense charged enters a plea of Not Guilty

Defendant further waives the right to have an Arraignment at which the Defendant is present in person, or at which the Defendant is represented by an attorney.

But, the Defendant specifically and expressly reserves the right upon the filing hereof to hereafter, but before trial or before such date as may be set by the Court, to interpose any special pleas or additional pleadings which the Defendant had the right as a matter of law or rule to interpose in this cause, prior to the filing hereof.

Defendant's date of birth is _12/23/60_. Defendant's age is _40_
The Defendant is not eligible for consideration by the Court for Youthful Offender status as provided by law.

_2/16/01_
Date

_2/16/01_
Date

_Roy David Heath_
Defendant

_John M. Britton_
Attorney for Defendant

This is to certify that I am the Attorney for the Defendant in this matter, and that I have fully explained this form and all matters set forth herein, and pertaining hereto, to the Defendant. I further state to the Court that I have explained to the Defendant his right to be Arraigned in person and his right to have me represent him at Arraignment. I further certify to the Court that my client hereby knowingly, voluntarily, and intelligently waives these rights after a full and complete explanation of each and every one of them to him by me. BOTH MYSELF AND THE DEFENDANT UNDERSTAND THAT I AM RESPONSIBLE FOR ASCERTAINING WHAT DATE, IF ANY, HAS BEEN SET BY THE COURT FOR THE MAKING OR FILING OF ANY ADDITIONAL PLEADINGS OR SPECIAL PLEAS. I FURTHER UNDERSTAND THAT I AM RESPONSIBLE FOR NOTIFYING MY CLIENT OF THE DATE HIS CASE IS SET FOR TRIAL, AND THAT I HAVE ADVISED AND INFORMED HIM THAT IN THE EVENT HE FAILS TO APPEAR ON THE DATE HIS CASE IS SET FOR TRIAL, ALL APPROPRIATE LEGAL ACTION WILL BE TAKEN BY THE COURT AGAINST THE DEFENDANT AND HIS BOND. I further certify to the Court that I have advised my client that he is responsible for obtaining the date his case is set for trial in this matter and that in the event he fails to appear on the date his case is set for trial all appropriate legal action will be taken by the Court against the Defendant and his bond, and I hereby certify that the Defendant knows that he is personally responsible for obtaining the date his case is set for trial and for being present in Court on that date.

_2/16/01_
Date

_John M. Britton_
Attorney for Defendant Signature

_John M. Britton_
Printed Attorney's Name

_1110 Broad Street 36867_
Address

This is to certify that my Attorney has explained each and every matter and right set forth in this form and I have completely and fully read and do so understand each and every matter set forth in this form. I further state to the Court that I do not wish to be personally present at an Arraignment in this case and that I do not want to have an Attorney represent me at an Arraignment and WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS. I further state to the Court that I have been informed of the charge against me.

_2/16/01_
Date

_Roy David Heath_
Defendant Signature

Filed in office this date _2/16/01_

_Kathy Coulter_
Clerk

By: _JBS_

COURT RECORD (Original)    DEFENDANT (Copy)    ATTORNEY (Copy)

000011

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | IN THE CIRCUIT COURT OF |
| | ) | |
| PLAINTIFF, | ) | RUSSELL COUNTY, ALABAMA |
| | ) | |
| VS. | ) | CASE NO.: CC _01-30_ |
| | ) | |
| _Roy David Heath_ | ) | |
| | ) | |
| DEFENDANT. | ) | |

## ARRAIGNMENT ORDER

Defendant appeared in open court on this date at which time:

_X_   The defendant advised the Court that he/she had retained
_John Britton_____, Attorney at law, to represent him/
her in these proceedings.

____   The defendant advised the Court that he/she was indigent and
unable to employ counsel to represent him/her in these
proceedings.  The Court appointed _____
an experienced and competent attorney, to represent him/her in
these proceedings.

____   The defendant applied for youthful offender status.  Ruling on
said application was set for _____ at _____.

_X_   The defendant waived the reading of the indictment and entered
a plea of not guilty to the offense charged therein.

____   The Court ordered an alias writ for the defendant's failure to
appeal in Court.

_X_   Plea deadline set for April 9, 2001.

_X_   Docket call set for April 10, 2001 at 10:00 A.M.

_X_   This case is scheduled for trial docket of April 16, 2001.

____   The defendant shall pay the sum of $25.00 per week towards
his/her attorney's fees.  Payments to begin 2-26-01.

____   _____
_____.

**DONE** this the 20th day of February, 2001.

_George Greene_____
JUDGE, CIRCUIT COURT

000012

| | | |
|---|---|---|
| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| | * | |
| V. | * | RUSSELL COUNTY, ALABAMA |
| | * | |
| ROY D. HEATH | * | CASE NO. CC-01-030 |

## NOTICE OF PRIOR CONVICTIONS FOR SENTENCE HEARING

Pursuant to Rule 26.6(b)(3)(ii) of the Alabama Rules of Criminal Procedure, notice is hereby given as to the following convictions which the State intends to establish in the sentence hearing of this Defendant in the event said Defendant is convicted on the instant matter, to-wit:

1. In the Superior Court of Muscogee County, Georgia, Case Number SU93CR1905, Count 1, Defendant was convicted of Aggravated Child Molestation. Said Defendant was represented by counsel.

2. In the Superior Court of Muscogee County, Georgia, Case Number SU93CR1905, Count 2, Defendant was convicted of Child Molestation. Said Defendant was represented by counsel.

3. In the Superior Court of Muscogee County, Georgia, Case Number SU93CR1905, Count 3, Defendant was convicted of Enticing a Child for Immoral Purposes. Said Defendant was represented by counsel

FILED IN OFFICE
2001 MAR -2 AM 11: 45
CIRCUIT/DIST. COURT
RUSSELL CO., AL

Buster Landreau
Chief Deputy District Attorney
26th Judicial Circuit
LAN034

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the foregoing upon the Hon. **John Britton** Attorney for Defendant by placing the same in a box reserved in said attorney's name in the Circuit Clerk's Office of Russell County.

This _____2nd_____ day of _____March_____, 2001.

Buster Landreau

000013

| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| | * | |
| V. | * | RUSSELL COUNTY, ALABAMA |
| | * | |
| ROY D. HEATH | * | CASE NO. CC-01-030 |

## NOTICE OF INTENT TO ADMIT CERTIFICATE OF ANALYSIS

COMES NOW THE STATE OF ALABAMA by and through the District Attorney for

Russell County and gives notice to the above named Defendant that it intends to offer proof of the

nature and quantity of the substance or substances charged in this case by the certificate of analysis

prepared for the State by the Alabama Department of Forensic Sciences in proper form as required

by Section 12-21-300 of the Code of Alabama (1975).

KENNETH DAVIS
DISTRICT ATTORNEY

*[signature]*
BUSTER LANDREAU
Chief Deputy District Attorney
LAN034

### CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing notice on the Hon. **JOHN BRITTON** Counsel for
Defendant by placing a copy of said notice in the receptacle reserved in his name in the Circuit
Clerk's Office in the courthouse of Russell County, Alabama.

Done this _____2ND_____ Day of ___MARCH_____, 2001

*[signature]*
Buster Landreau

FILED IN OFFICE
2001 MAR -2 AM 11:45
CIRCUIT/DIST. COURT
RUSSELL CO. AL

000014

| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| | * | |
| VS. | * | RUSSELL COUNTY, ALABAMA |
| | * | |
| ROY D. HEATH | * | CASE NO. CC-01-030 |

## MOTION FOR DISCOVERY

Comes now the State of Alabama by and through its District Attorney, Kenneth Davis and moves the Court pursuant to Rule 16.2 of the Alabama Rules of Criminal Procedure to issue an order directed to Hon. **JOHN BRITTON** Counsel for Defendant, to-wit:

1. To permit the State to analyze, inspect, and copy or photograph books, papers, documents, photographs, audio tapes, video tapes, tangible objects, buildings or places, or portions of any of these things, which are within the possession custody, or control of the Defendant and which the Defendant intends to introduce in evidence at the trial.

2. To permit the State to inspect and copy any results or reports of physical or mental examinations, and of scientific tests or experiments made in connection with this particular case, which are within the possession or control of the Defendant and which he intends to introduce in evidence at the trial or which were prepared by a witness whom the Defendant intends to call at the trial, if the results or reports relate to the witness's testimony.

3. To produce and permit the State to inspect and copy the names and addresses of qualified mental health professionals who have personally examined the Defendant or any evidence in this case, as well as the results of or reports of mental examinations, scientific tests, experiments or comparisons and statements made by such professionals.

000015

Done this ___2ND_____ Day of ___MARCH_____,2001.

KENNETH DAVIS
DISTRICT ATTORNEY
26TH JUDICIAL CIRCUIT

BY: _____

Buster Landreau
Chief Deputy District Attorney
LAN 034


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion for Discovery upon the Hon. **JOHN BRITTON**, Counsel for the Defendant, by placing the same in a receptacle reserved in his/her name in the Office of the Clerk of the Circuit Court of Russell County, Alabama.

This the ___2ND_____ Day of ___MARCH_____, 2001.

_____
Buster Landreau

FILED IN OFFICE
2001 MAR -2  AM 11:46
CIRCUIT/DIST. COURT
RUSSELL CO. AL

000016

| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| | * | |
| VS. | * | RUSSELL COUNTY, ALABAMA |
| | * | |
| ROY D. HEATH | * | CASE NO. CC-01-030,036 |

## MOTION FOR CONSOLIDATION OF OFFENSES

The State moves the Court for an order that the above actions be tried together, upon the ground that the alleged offenses charged against the defendant in the indictment in each of said actions could have been joined as a single indictment under Rule 13 of the Alabama Rules of Criminal Procedure in that they are:

1. Of the same or similar character; or

2. Based on the same conduct or are otherwise connected in their commission; or

3. Alleged to have been part of a common scheme or plan.

By trial together of said actions, the expense of and time consumed in trial will be materially reduced.

_FILED IN OFFICE_
_2001 MAR -2 AH 11: 45_
_CIRCUIT/DIST. COURT_
_RUSSELL CO., AL_

BUSTER LANDREAU
CHIEF DEPUTY DISTRICT ATTORNEY
26TH JUDICIAL CIRCUIT
LAN 034

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the forgoing Motion upon the Hon. **JOHN BRITTON** Attorney for the Defendant by placing a copy of the same in a receptacle reserved in his name in the office of the Circuit Clerk of Russell County

Done this _____2ND_____ Day of _____MARCH_____,2001

BUSTER LANDREAU

_3/15/2001 - Hearing set 4/11/2001 at 4:00 pm_

000017

STATE OF ALABAMA,                    )    IN THE CIRCUIT COURT OF

     PLAINTIFF,                     )    RUSSELL COUNTY, ALABAMA

VS.                                  )    CASE NO. CC 01-030,036

ROY D. HEATH                         )

     DEFENDANT.                     )

## O R D E R

    The State of Alabama, by and through its District Attorney, has filed a motion for discovery in the above case.  Upon consideration of the motion, it is **ORDERED** by the Court that the Defendant  shall:

    1.  Permit the District Attorney to analyze, inspect, and copy or photograph books, papers, documents, photographs, tangible objects, buildings or places, or portions of any of these things, which are within the possession, custody or control of the defendant and which the defendant intends to introduce in evidence at the trial.

    2.  Permit the District Attorney to inspect and copy any results or reports of physical or mental examinations, and of scientific tests or experiments made in connection with the particular case, which are within the possession or control of the defendant and which the defendant intends to introduce in evidence at the trial or which were prepared by a witness whom the defendant intends to call at trial, if the results or reports relate to the witness's testimony.

    **DONE** this 6th day of March, 2001.

                     *George Greene*

          George R. Greene, Circuit Judge

000018

IN THE CIRCUIT COURT OF

RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA                    )

    PLAINTIFF                      )

VS.                                 )        CASE NO. CC-01-30,36

ROY D. HEATH                        )

    DEFENDANT.                     )

## ORDER

It is Ordered that the above styled cause is set for a hearing for the 11th day of April, 2001 at 4:00 P.M. in Courtroom No. 1, Russell County Courthouse on the State's motion to consolidate.

Dated this the 20th day of March, 2001.

_George Greene_

**JUDGE, CIRCUIT COURT**

000019

| State of Alabama<br>Unified Judicial System<br><br>Form CR-52 (front)     Rev. 8/11/2000 | **EXPLANATION OF RIGHTS AND<br>PLEA OF GUILTY**<br>(Habitual Felony Offender — Circuit or District Court) | Case Number<br><br>☐ Count *CC-01-3043*<br>*(count #, if applicable)* |

IN THE _*Circuit*_ COURT OF _*Russell*_, ALABAMA
*(Circuit or District)* *(Name of County)*

STATE OF ALABAMA v. _*Ray D. Heath*_
_____ Defendant

---

TO THE ABOVE-NAMED DEFENDANT: After the court was informed that you wish to enter a plea of guilty in this case, this is to inform you of your rights as a criminal defendant.

**PENALTIES APPLICABLE TO YOUR CASE**

You are charged with the crime of *Distribution Of Marijuana*, which is a Class *B* Felony. The court has been *of Possession Of Marijuana*
informed that you desire to enter a plea of guilty to ☒ this offense or ☐ to the crime of _____
which is a Class *B* Felony. The sentencing range for the above crime(s) is set out below:

| FELONY | |
|---|---|
| Class A | Not less than ten (10) years and not more than ninety-nine (99) years imprisonment or life imprisonment in the state penitentiary, including hard labor and may include a fine not to exceed $20,000. |
| Class B | Not less than two (2) years and not more than twenty (20) years imprisonment in the state penitentiary, including hard labor and may include a fine not to exceed $10,000. For imprisonment not more than 3 years, confinement may be in county jail and sentence may include hard labor for county. |
| Class C | Not less than one (1) year and one (1) day and not more than ten (10) years imprisonment in the state penitentiary, including hard labor and may include a fine not to exceed $5,000. For imprisonment not more than 3 years, confinement may be in county jail and sentence may include hard labor. |

You will also be ordered to pay the costs of court, which may include the fees of any appointed attorney, and restitution if there is any. You will also be ordered to pay an additional monetary penalty for the use and benefit of the Alabama Crime Victims Compensation Commission of not less than $50 and not more than $10,000 for each felony for which you are convicted.

As a reported habitual offender, you are further advised that the Alabama Habitual Offender Act, §13A-5-9, as amended by Act 2000-759, provides the following enhanced punishment for anyone who has been previously convicted of one or more felonies and who then is convicted of a subsequent felony:

| Prior Felonies →<br>This offense | No<br>Prior Felonies | One<br>Prior Felony | Two<br>Prior Felonies | Three +<br>Prior Felonies |
|---|---|---|---|---|
| Class C Felony | 1 Yr. & 1 Day —10 Years<br>In State Penitentiary<br>Fine Up To $5,000 | 2—20 Years<br>In State Penitentiary<br>Fine Up To $10,000 | 10 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | 15 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 |
| Class B Felony | 2 — 20 Years,<br>In State Penitentiary<br>Fine Up To $10,000 | 10 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | 15— 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | Mandatory Life Imprisonment or<br>any  term of not less than 20<br>years Fine Up To $20,000 |
| Class A Felony<br>(No prior convictions for a<br>Class A Felony) | 10 — 99 Years or Life<br>In State Penitentiary·<br>Fine Up To $20,000 | 15 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | Life Imprisonment or Any Term<br>Of Years Not Less Than 99<br>Fine Up To $20,000 | Mandatory Imprisonment For Life<br>or  Life  Imprisonment  Without<br>Possibility of Parole<br>Fine Up To $20,000 |
| Class A Felony<br>(One or more prior<br>convictions for any Class A<br>Felony) | 10 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | 15 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | Life imprisonment or Any Term<br>Of Years Not Less Than 99<br>Fine Up To $20,000 | Mandatory Imprisonment For<br>Life Without Possibility of Parole<br>Fine Up To $20,000 |

This crime is also subject to the following enhancements or additional penalties as provided by law: (Provisions Checked Apply To Your Case)

☐ **Enhanced Punishment For Use Of Firearm Or Deadly Weapon:** §13A-5-6, *Code of Alabama* 1975, provides for sentence enhancement where a "firearm or deadly weapon was used or attempted to be used in the commission of a felony." This section provides for the following punishment in such event: For the commission of a Class A Felony, a term of imprisonment of not less than 20 years; for the commission of a Class B or Class C Felony, a term of imprisonment of not less than 10 years;

☒ **Enhanced Punishment for Drug Sale Near School:** §13A-12-250, *Code of Alabama* 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public or private school, college, university or other educational institution, must be punished by an additional penalty of five years imprisonment in a state correctional facility for each violation. This period of imprisonment is mandatory and the punishment imposed shall not be suspended or probation granted.

☒ **Enhanced Punishment for Drug Sale Near Housing Project:** §13A-12-270, *Code of Alabama* 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public housing project owned by a housing authority must be punished by an additional penalty of five years' imprisonment in a state correctional facility for each violation. This period of imprisonment is mandatory and the punishment imposed shall not be suspended or probation granted.

☐ **Enhanced Punishment For Sales Of Controlled Substance To Anyone Under 18:** §13A-12-215, *Code of Alabama* 1975, provides that anyone convicted of selling, furnishing, or giving away a controlled substance to one who has not yet attained the age of 18 years, shall be guilty of a Class A Felony and the punishment imposed shall not be suspended or probation granted.

☐ **Drug Demand Reduction Assessment Act and Loss of Driving Privileges:** Section 13A-12-281 provides that, if you are convicted of a violation of §13A-12-202 (criminal solicitation to commit controlled substance crime), 13A-12-203 (attempt to commit a controlled substance crime), 13A-12-204 (criminal conspiracy), 13A-12-211(unlawful distribution of a controlled substance), 13A-12-212 (unlawful possession or receipt of a controlled substance), 13A-12-213 (unlawful possession of marijuana, 1st), 13A-12-215 (sale, furnishing, etc., of controlled substance by person over age 18 to person under age 18) or 13A-12-231(drug trafficking), *Code of Alabama* 1975, you shall be assessed an additional fee of $1,000 if you are a first-time offender or

Original - Court File          Copy - Defendant          Copy - District Attorney          Copy - Defense Attorney

| Form CR-52 (back)     Rev. 8/11/2000 | EXPLANATION OF RIGHTS AND PLEA OF GUILTY |
|---|---|
| | (Habitual Felony Offender -- Circuit or District Court) |

$2,000 if you are a repeat offender under one of these sections. Collection of all or part of the penalty will be suspended if, with court approval, you enter a drug rehabilitation program and if you agree to pay for a part or all of the program costs. Upon successful completion of the program, you may apply to the court to reduce the penalty by the amount actually paid by you for participation in the program. Any suspension of the penalty can be withdrawn by the court if you fail to enroll in or successfully pursue or otherwise fail to complete an approved program. In addition, pursuant to §13A-12-214 (unlawful possession of marijuana in the second degree), §32-5A-191(a)(3) or §32-5A-191(a)(4)(DUI offenses involving drugs), you will lose your privilege to drive a motor vehicle for a period of six months, which shall be in addition to any suspension or revocation otherwise provided by law.

☐ **Alcohol/Drug Related Offenses:** If you are convicted of an alcohol or drug-related offense, you will be required to undergo an evaluation for substance abuse. Based upon the results of any such evaluation, you will be required to complete the recommended course of education and/or treatment and to pay for the evaluation and any cost of program to which you are referred. Failure to submit to an evaluation or failure to complete any program to which you may be referred will be considered a violation of any probation or parole you may be granted. You may also be required to attend monitoring sessions, including random drug and alcohol testing or blood, urine and/or breath, tests and to pay a fee for this service. You may request a waiver of part of all of the fees assessed if you are indigent or for any portion of time you are financially unable to pay. Community service may be ordered by the court in lieu of the monetary payment of fees.

☐ **DNA Samples for Criminal Offenses in §36-18-24:** Section 36-18-25(e), *Code of Alabama* 1975, provides that, all persons convicted of any of the offenses set out in §36-18-24(felony offense or any offense contained in Chapter 6 of Title 13A - offenses involving danger to the person - or attempt, conspiracy, or solicitation thereof ), shall be ordered by the court to submit to the taking of a DNA sample or samples.

☐ **Drug Possession:** If you are convicted in any court of this state for drug possession, drug sale, drug trafficking, or drug paraphernalia offenses as defined in §§13A-12-211 to 13A-12-260, inclusive, *Code of Alabama* 1975, an additional fee of $100.00 will be assessed pursuant to §36-18-7, *Code of Alabama* 1975.

☐ **Other:** _____

---

### RIGHTS YOU HAVE AND WAIVER OF YOUR RIGHTS

Under the Constitution of the United States and the Constitution and laws of the State of Alabama, you have a right to remain silent and you may not be compelled to give evidence against yourself. Your attorney cannot disclose any confidential talks he/she has had with you. You are not required to answer any questions. If you do answer questions knowing that you have a right to remain silent, you will have waived this right.

You have the right to enter, and continue to assert, a plea of "Not Guilty" or "Not Guilty by Reason of Mental Disease or Defect," and have a public trial before a duly selected jury. The jury would decide your guilt or innocence based upon the evidence presented before them. If you elect to proceed to trial, you would have the right to be present, you would have the right to have your attorney present to assist you, you would have the right to confront and cross examine your accuser(s) and all the State's witnesses, you would have the right to subpoena witnesses to testify on your behalf and to have their attendance in court and their testimony required by the court, and you would have the right to take the witness stand and to testify, but only if you chose to do so, as no one can require you to do this. If you elect to testify, you can be cross examined by the State, just as any other witness is subjected to cross examination. If you decide not to testify, no one but your attorney will be allowed to comment about that fact to the jury. Your attorney is bound to do everything he/she can honorably and reasonably do to see that you obtain a fair and impartial trial.

If you elect to proceed to trial, you come to court presumed to be innocent. This presumption of innocence will follow you throughout the trial until the State produces sufficient evidence to convince the jury (or the court if the trial is non-jury) of your guilt beyond a reasonable doubt. You have no burden of proof in this case. If the State fails to meet its burden, you would be found not guilty. If you are entering a guilty plea to a charge for which you have not yet been indicted, you are waiving indictment by a grand jury and you will be pleading guilty to a charge preferred against you by a District Attorney's Information filed with the court.

IF YOU PLEAD GUILTY, THERE WILL BE NO TRIAL. YOU WILL BE WAIVING THE RIGHTS OUTLINED ABOVE, EXCEPT YOUR RIGHTS RELATING TO REPRESENTATION BY AN ATTORNEY. THE STATE WILL HAVE NOTHING TO PROVE, AND YOU WILL BE CONVICTED AND SENTENCED BASED ON YOUR GUILTY PLEA. YOU WILL, HOWEVER, HAVE THE RIGHT TO APPEAL.

IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS OR THE CONSEQUENCES OF PLEADING GUILTY, PLEASE LET THE COURT KNOW NOW AND FURTHER EXPLANATION WILL BE MADE.

| Date  4/9/200/ | Judge _____ |
|---|---|

---

### ATTORNEY'S CERTIFICATE

I certify that the above was fully read to the defendant by me; that I explained the penalty or penalties involved with the defendant; that I discussed in detail the defendant's rights and the consequences of pleading guilty; and that, in my judgment, the defendant understands the same and that he/she is knowingly, voluntarily, and intelligently waiving his/her rights and entering a voluntary and intelligent plea of guilty. I further certify to the court that I have in no way forced or induced the defendant to plead guilty and to my knowledge no one else has done so.

| Date  4/9/0/ | Attorney _____ |
|---|---|

---

### DEFENDANT'S STATEMENT OF WAIVER OF RIGHTS AND PLEA OF GUILTY

I certify to the court that my attorney has read and explained the matters set forth above; that my rights have been discussed with me in detail and fully explained; that I understand the charge or charges against me, that I understand my rights, the punishment or punishments provided by law as they may apply to my case, and I understand the consequences of pleading guilty; that I am not under the influence of any drugs, medicines, or alcoholic beverages; and I have not been threatened or abused or offered any inducement, reward, or hope of reward to plead guilty other than the terms of the plea agreement which will be stated on the record.

I further state to the court that I am guilty of the charge to which I am entering a plea of guilty, that I desire to plead guilty, that I made up my own mind to plead guilty, and that I knowingly, intelligently, and voluntarily waive my right to a trial in this case. I further state to the court that I am satisfied with my attorney's services and his/her handling of my case.

| Date  4/9/0/ | Defendant _____ |
|---|---|

000021

| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| | * | |
| VS. | * | RUSSELL COUNTY, ALABAMA |
| | * | |
| ROY D. HEATH | * | CASE NO. CC-01-030,036 |

## STATEMENT OF ATTORNEY'S REPRESENTATION

Comes now the Defendant in the above-styled matter to honestly state under oath, as true and correct all of the following as to the representation of the Attorney(s) of Record herein.

1)   Are you completely satisfied with the way your attorney has represented you in this case?

_____✓ Yes   _____ No

2)   Given all the circumstances, are you completely satisfied with the settlement worked out by your attorney in this case?

_____✓ Yes   _____ No

3)   Do you accept this settlement voluntarily and of your own free will?

_____✓ Yes   _____ No

4)   Did anyone force, coerce, threaten, or promise you anything to get you to accept this settlement?

_____ Yes   _____✓ No

5)   Do you have any complaints at all about your attorney or the legal representation you received in this matter?

_____ Yes   _____✓ No

I DO HEREBY CERTIFY, upon my oath before this Court, that all of the above answers are absolutely true and correct.

_____   Date: __4/9/01__

**Defendant**

_____
**Circuit Judge – Russell County, Alabama**

JC0022

STATE OF ALABAMA      *      IN THE CIRCUIT COURT OF

                            *

VS.                       *      RUSSELL COUNTY, ALABAMA

                            *

ROY D. HEATH             *      CASE NO. CC-01-030,036

## PLEA AGREEMENT

The Defendant has been indicted for the following:

| CASE NO. | | OFFENSE CHARGED |
|----------|--------|-----------------|
| CC-01-030 | | DISTRIBUTION OF MARIJUANA |
| CC-01-036 | COUNT 1 | DISTRIBUTION OF MARIJUANA |
| | COUNT 2 | POSSESSION OF MARIJUANA 1ST |

Upon Defendant's plea of guilty to the charge(s) below, the District Attorney recommends the following:

| CASE NO. | | OFFENSE PLED |
|----------|--------|--------------|
| CC-01-030 | | DISTRIBUTION OF MARIJUANA |
| CC-01-036 | COUNT 1 | DISTRIBUTION OF MARIJUANA |
| | COUNT 2 | POSSESSION OF MARIJUANA 1ST |

## SENTENCE

CC-01-030      **30 YEARS** plus costs plus a $1,000.00 penalty mandated by the Demand Reduction Assessment Act of §13A-12-281 plus $100.00 to the Forensic Science Fund and $100.00 to the Victim's Compensation Fund. Further, the Defendant understands that §13A-12-290 requires that the Department of Public Safety requires the suspension of the Defendant's driver's license for a period of six (6) months.

                  (This 30 years shall consist of 20 years for violation of §13A-12-211, an additional 5 years mandated by §13A-12-250 for a sale of a controlled substance at or near a school campus and an additional 5 years mandated by §13A-12-270 for a sale of a controlled substance at or near a public housing

project. For purposes of this plea, the Defendant agrees to stipulate that this act occurred within three (3) miles of both a school and a housing project. No further proof of this by the State of Alabama will be required.)

CC-01-036  Count 1    **30 YEARS** Concurrent with the sentences imposed in CC-01-030 and Count 2 hereof, plus costs plus a $1,000.00 penalty mandated by the Demand Reduction Assessment Act of §13A-12-281 plus $100.00 to the Forensic Science Fund and $100.00 to the Victim's Compensation Fund. Further, the Defendant understands that §13A-12-290 requires that the Department of Public Safety requires the suspension of the Defendant's driver's license for a period of six (6) months.

(This 30 years shall consist of 20 years for violation of §13A-12-211, an additional 5 years mandated by §13A-12-250 for a sale of a controlled substance at or near a school campus and an additional 5 years mandated by §13A-12-270 for a sale of a controlled substance at or near a public housing project. For purposes of this plea, the Defendant agrees to stipulate that this act occurred within three (3) miles of both a school and a housing project. No further proof of this by the State of Alabama will be required.)

CC-01-036  Count 2    **30 YEARS** Concurrent with the sentences imposed in CC-01-030 and Count 1 hereof, plus costs plus a $1,000.00 penalty mandated by the Demand Reduction Assessment Act of §13A-12-281 plus $100.00 to the Forensic Science Fund and $100.00 to the Victim's Compensation Fund. Further, the Defendant understands that §13A-12-290 requires that the Department of Public Safety requires the suspension of the Defendant's driver's license for a period of six (6) months.

## HABITUAL OFFENDER APPLICATION

It is further agreed by the State of Alabama and the Defendant that Defendant has **Three (3)** prior felony conviction(s) and that Defendant will stipulate to same and that no further proof of this conviction need be made by the State of Alabama upon sentencing.

## RESTITUTION

The Defendant, counsel for the Defendant and the District Attorney agree that restitution is due the victim(s) as follows:

| **CASE NO.** | **AMOUNT** | **VICTIM AND ADDRESS** |
| --- | --- | --- |

000024

CC-01-030,036                    none

***DEFENDANT HEREBY WAIVES HIS/HER RIGHT TO A RESTITUTION HEARING***

The Defendant is hereby ordered to pay restitution and court costs in the above-styled case. The Defendant agrees to make payments of $_100.00_____ per month, or such amount as determined by the Probation Officer ( whichever is greater) beginning 90 days subsequent to the date the Defendant was sentenced.

If the Defendant is incarcerated as a result of the sentence imposed in this case, the Defendant agrees to make payments within 90 days of release from confinement. If the Defendant receives probation as a result of the sentence imposed in this case, the Defendant agrees to make payments as delineated above and the Defendant agrees that a condition of his probation is to make regular payments.

The Defendant understands that failure to make regular monthly payments will result in an additional thirty per cent (30%) collection fee being added to the balance after 90 days. Failure of the Defendant to make regular payments may result in a wage withholding order being issued by this court.

**APPEAL**

**If the Defendant files any post conviction petition (including but not limited to a Rule 32 Petition, a Motion for New Trial, a Motion to Set Aside this Plea Agreement or an Appeal) the State may void this agreement and return the original charges in this matter to the Trial docket.**

It is further agreed by the Defendant, counsel for the Defendant and the District attorney that upon approval of the above by the Court, the Defendant will enter a plea of guilty.

Done this the _9th_ day of _April_, 2001.

_____          _____
Defendant                                                    District Attorney
                                                                     BL - 3/2/2001

_____
Defendant's Counsel of Record
John Britton

000025

## PLEA OF GUILTY

CC _O1-30_

STATE OF ALABAMA VS. _Roy David Heath_

Defendant, together with his/her attorney, appeared in open court on this date at which time:

✓ The defendant, having been advised by the Court of the charge(s) embraced in the indictment and the punishment therefore, and the Court being satisfied that the defendant has been advised of his/her rights under the Constitutions of this State and the United States, the said defendant, with the consent and advise of his/her attorney, withdraws his/her plea of not guilty and pleads guilty to the offense of _Distribution of_ _Marijuana_ as charged in the indictment.

_____ The defendant having been advised by the Court of the charge(s) embraced in the indictment and the punishment therefore, and the Court being satisfied that the defendant has been advised of his/her rights under the Constitution of this State and the United States, by his/her attorney, withdraws his/her plea of not guilty and pleads guilty to the LESSER AND INCLUDED offense of _____ _____ as charged in the indictment.

_____ Sentencing hearing is waived by both parties.

_____ Sentencing hearing is set for _____ at _____.

✓ Sentencing on the plea of guilty is set for _5-31-01_ at _9:30 AM_.

✓ Defendant makes application for probation. Ruling on said application for probation is set for _5-31-01_ at _9:30 Am_ .

DONE this the 9th day of April, 2001.

_____
JUDGE, CIRCUIT COURT

STATE OF ALABAMA,                    )          IN THE CIRCUIT COURT OF 00026
VS.                                             RUSSELL COUNTY, ALABAMA
ROY D. HEATH                         )          CASE NO. CC 01-30
DEFENDANT

SENTENCING ORDER

The defendant and counsel, and counsel for the State of Alabama appeared in
open court for the defendant to be sentenced on his/her conviction of
DISTRIBUTION OF MARIJUANA                                                      .

HABITUAL FELONY OFFENDER

✓ The defendant is sentenced as a habitual offender under the provision
of Section 13A-5-9 and 10 of the Code of Alabama.

SENTENCE

✓ The Court conducted a sentencing hearing.

✓ A pre-sentence report was requested by the defendant and considered by
the Court.

___ The defendant waived a pre-sentence investigation and report.

✓ The defendant is sentenced to the custody of the Commissioner of the
Department of Corrections for a period of 3o year(s) ___ life.

✓ Sentence to including five (5) years enhancement pursuant to 13A-12-
270, Code of  Alabama, and an additional five (5) years enhancement
pursuant to 13A-  12-250, Code of Alabama.

___ The defendant is sentenced to the custody of the Sheriff of Russell
County for a period of _____ year(s), _____ month(s).

✓ The defendant's sentence shall be concurrent with the sentence(s)
imposed in _CC - 01- 36, CT 1 and CT 2_____.

___ The defendant shall pay restitution in the amount of $_____
to_____. The Clerk of the Court is authorized
to collect and disburse restitution. Restitution is to be paid prior
to other court costs.

___ The defendant shall be given credit for time served.

___ The defendant shall pay a fine in the amount of $_____.

___ The defendant shall pay $10.00 per day incarceration fee.

✓ The defendant shall pay the cost of this case.

✓ The defendant shall pay the Alabama Crime Victims Compensation
Commission the sum of $_100_____.

___ The defendant shall perform _____ hours of community service.

✓ The defendant is assessed with $1000.00 penalty mandated by the Demand
Reduction Assessment Account, Section 13A-12-281 of the Code of
Alabama which will be suspended upon defendant's agreement to enroll
in rehabilitation program and pay for same.

____ The defendant shall undergo a substance abuse program while at the Department of Corrections.

____ The defendant is assessed with $100.00 to Forensic Services Trust Fund Act No. 95-733 (Codified at Section 36-18-7).

____ The defendant's drivers license are suspended for a period of 6 months.

____ The defendant shall reimburse the State of Alabama the costs of his/her appointed counsel.

____ The payment of court ordered monies shall be a condition of parole, early release, S.I.R., or work release.

### SUSPENDED SENTENCE

____ The defendant's sentence is suspended, and the defendant is placed on
____ supervised ____unsupervised probation for a period of _____.

### SPLIT SENTENCE

____ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of _____ , however, as a first condition of probation the defendant shall serve a period of _____ in the custody of the Commissioner of the Department of Corrections/Sheriff of Russell County.  At the end of the defendant's incarceration, he/she shall be transported back to this Court for the imposition of further terms and conditions of probation.

### BOOT CAMP

____ The defendant shall serve up to 180 days in the custody of the Commissioner of the Department of Corrections and he shall successfully complete the disciplinary, Rehabilitation program.  When said program is completed or defendant is released from said program, he shall be returned to this Court for a hearing on his application for probation.

### REVERSE SPLIT SENTENCE

____ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of _____; however, upon completion of said probation period, the defendant shall serve a period of _____ in the custody of the Sheriff of Russell County, Alabama.

____ The defendant was advised that he/she has the right to appeal his/her conviction and sentence, and if declared indigent he/she has the right to appointed counsel and the court reporter's transcript will be provided without cost to the defendant.

____ A review is scheduled for _____, 2001 at _____.

DONE and ORDERED in open court this __31st__ day of __May_____, 2001.

_____
JUDGE, CIRC  T COURT

```
ACR359                        ALABAMA JUDICIAL DATA CENTER                   C0028
                                    RUSSELL COUNTY
                                 TRANSCRIPT OF RECORD
                                  CONVICTION REPORT
                                              CC 2001 000030.00 01
                                              GEORGE R. GREENE
```

```
-----------------------------------------------------------------------------
| CIRCUIT COURT OF RUSSELL COUNTY                 COURT ORI: 057015 J        |
|---------------------------------------------------------------------------|
| STATE OF ALABAMA      VS.                  DC NO: DC 2000 001061.00        |
| HEATH ROY DAVID            ALIAS:          G J:    172                     |
| 3 TRAPPER DRIVE            ALIAS:          SSN:    259271658               |
| PHENIX CITY  AL   36867                    SID:    000000000               |
|                                            AIS:                           |
|---------------------------------------------------------------------------|
| DOB: 12/23/1960   SEX: M   HT: 5 06   WT: 195  HAIR: BRO   EYE: BRO        |
| RACE: (X)W ( )B ( )O   COMPLEXION: _____   AGE: ____  FEATURES: _____ |
|---------------------------------------------------------------------------|
| DATE OFFENSE: 00/00/0000  ARREST DATE: 05/05/2000  ARREST ORI: 0570000    |
|---------------------------------------------------------------------------|
| CHARGES @ CONV    CITES        CT CL COURT ACTION          CA DATE        |
| UNLAW DISTRIB CONT 13A-012-211 01 B  GUILTY PLEA           04/09/2001     |
|                                00                         00/00/0000      |
|            .                   00                         00/00/0000      |
|---------------------------------------------------------------------------|
| JUDGE: GEORGE R. GREENE            PROSECUTOR: EDWARDS JOSEPH W            |
|---------------------------------------------------------------------------|
| PROBATION APPLIED   GRANTED  DATE      REARRESTED DATE  REVOKED  DATE      |
| ( )Y( )N            ( )Y( )N _____  ( )Y( )N _____ ( )Y( )N _____ |
|---------------------------------------------------------------------------|
| 15-18-8, CODE OF ALA 1975   IMPOSED    SUSPENDED   TOTAL    JAIL CREDIT    |
| ( )Y (X)N   CONFINEMENT: 30 00 000  00 00 000   30 00 000  00 00 047      |
|             PROBATION  : 00 00 000  00 00 000                             |
| DATE SENTENCED: 05/31/2001    SENTENCE BEGINS: 05/31/2001                 |
|---------------------------------------------------------------------------|
| PROVISIONS              COSTS/RESTITUTION         DUE         ORDERED     |
|                                                                          |
|   PENITENTIARY          RESTITUTION            $0.00           $0.00     |
|   HABITUAL OFDR         ATTORNEY FEE         $400.02         $400.02     |
|   DOC/SAPP PGM          CRIME VICTIMS        $100.00         $100.00     |
|   ENHANCED SCH          COST                 $360.00         $360.00     |
|   ENHANCED PROJ         FINE                   $0.00           $0.00     |
|   DRUG      .           MUNICIPAL FEES         $0.00           $0.00     |
|                         DRUG FEES           $1360.00        $1360.00     |
|                         ADDTL DEFENDANT        $0.00           $0.00     |
|                         DA FEES                $0.00           $0.00     |
|                         COLLECTION ACCT        $0.00           $0.00     |
|                         JAIL FEES              $0.00           $0.00     |
|                                                                          |
|                         TOTAL               $2220.02        $2220.02     |
|---------------------------------------------------------------------------|
| APPEAL DATE        SUSPENDED        AFFIRMED          REARREST            |
| ( )Y( )N _____  ( )Y( )N _____ ( )Y( )N _____  ( )Y( )N _____    |
|---------------------------------------------------------------------------|
| REMARKS:                        THIS IS TO CERTIFY THAT THE              |
|                                 ABOVE INFORMATION WAS EXTRACTED          |
|                                 FROM OFFICIAL COURT RECORDS              |
|                                 AND IS TRUE AND CORRECT.                 |
|                                                                          |
|                                                                          |
|                                     Kathy Coulter                        |
|                                 ------------------------------------      |
|                                 KATHY COULTER                            |
|                                 06/07/2001                               |
-----------------------------------------------------------------------------
OPERATOR: JOS
PREPARED: 06/07/2001
```

000029

CCo1-30
36

7/11/01

I, Roy D. Heath am Formally
requesting That, I am asking for an appeal hearing
For The charges I was sentenced For, on
May 31, 2001. I signed A plea Bargain, That
now I feel I was coerced into signing
by my Lawyer (John Britton) I do not Agree
with two of the Three charges. Please give
This matter great consideration, for I have
A Family to support And I should be working
for Them, not sitting in Jail.

Thank You,

Russell Cty. Jail
Roy D. Heath
P.O. Box 640
Phenix City, Al.
36868

FILED IN OFFICE
2001 JUL 11 AM 9:31
CIRCUIT CLERK COURT
RUSSELL CO., AL

000030

ACR371
ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF RUSSELL COUNTY
STATE OF ALABAMA VS HEATH ROY DAVID          JUDGE: GEORGE R. GREENE

```
|-----------------------------------------------------------------------|
| APPEAL DATE: 07/11/2001                                                |
|-----------------------------------------------------------------------|
| INDIGENCY STATUS:                                                      |
|    GRANTED INDIGENCY STATUS AT TRIAL COURT:      _____ YES  __X__ NO   |
|    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: _____ YES  __X__ NO  |
|    INDIGENT STATUS REVOKED ON APPEAL:            _____ YES  __X__ NO   |
|    INDIGENT STATUS GRANTED ON APPEAL:            _____ YES  __X__ NO   |
|                                                                        |
| DEATH PENALTY: NO                                                      |
|                                                                        |
| APPEAL TYPE: OTHER(SPECIFY)_____   |
|-----------------------------------------------------------------------|
| THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,|
| WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.|
|                                                                        |
| CO/CASE NUMBER: 57/CC 2001 000030.00                                   |
|                                                                        |
| ORDER ENTERED(DATE): 04092001 PETITION: __DISMISSED __DENIED __GRANTED |
|-----------------------------------------------------------------------|
| THIS IS AN APPEAL FROM A CONVICTION.                                   |
|                                                                        |
| DATE OF CONVICTION: 04/09/2001        DATE OF SENTENCE: 05/31/2001     |
|                                                                        |
| YOUTHFUL OFFENDER STATUS: DENIED                                       |
|                                                                        |
| CO/CASE NUMBER: 57/CC 2001 000030.00    ACTION: GUILTY PLEA            |
| CODE: UDCS   CONVICTION: UNLAW DISTRIB CO   STATUTE: 13A-012-211       |
|                                                                        |
| SENTENCE:  CONF: 30 YRS 00 MOS 000 DAYS                                |
| SENTENCE:  PROB: 00 YRS 00 MOS 000 DAYS    LIFE: NO   LIFEWO: NO       |
|-----------------------------------------------------------------------|
```

POST-JUDGMENT MOTIONS FILED:     DT FILED        DT DENIED      CON BY AGREE

| MOTION | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| MOTION FOR NEW TRIAL | _____ | _____ | _____ |
| MOTION FOR JUDG. OF ACQUIT | _____ | _____ | _____ |
| MOTION TO W/D GUILTY PLEA | _____ | _____ | _____ |
| MOTION FOR ATTY TO W/DRAW | _____ | _____ | _____ |
| OTHER | _____ | _____ | _____ |

```
|-----------------------------------------------------------------------|
| COURT REPORTER(S):            WILSON, LINDA S.                         |
| ADDRESS:                      C/O HON. GEORGE R. GREENE                |
|                               PHENIX CITY   ,  AL 36867               |
|                                                                        |
| APPELLATE COUNSEL #1:         BRITTON JOHN M                           |
| ADDRESS:                      P O DRAWER 1188                          |
|                               PHENIX CITY   ,  AL 36867               |
| PHONE NUMBER:                 205-298-7062                             |
|                                                                        |
| APPELLATE COUNSEL #2:         _____   |
| ADDRESS:                      _____   |
|                               _____   |
| PHONE NUMBER:                 _____   |
|                                                                        |
| APPELLANT (PRO SE):           HEATH ROY DAVID                          |
| ADDRESS:                      3 TRAPPER DRIVE                          |
|                               PHENIX CITY   ,  AL 368670000           |
| AIS #:                                                                 |
|                                                                        |
| APPELLEE (IF CITY APPEAL):    _____   |
| ADDRESS:                      _____   |
|                               _____   |
|-----------------------------------------------------------------------|
```

I CERTIFY THAT THE INFORMATION PROVIDED          OPERATOR: JOS
ABOVE IS ACCURATE TO THE BEST OF MY             PREPARED: 07/11/2001
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 11th DAY OF July, 01        _Kathy Coulter/ss_
                                                CIRCUIT COURT CLERK

* * * IN THE CIRCUIT COURT OF RUSSELL COUNTY * * *

000031

THE STATE OF ALABAMA  VS.  HEATH ROY DAVID

HEATH ROY DAVID                        CASE NUMBER: CC 2001 000030.00
C/O RUSSELL COUNTY JAIL
PO BOX 640                             PARTY NUMBER: DEFD
PHENIX CITY  AL  36868 0000

CC 2001-30
CC 2001-36
    DUE TO THE DEATH OF YOUR ATTORNEY, MR. JOHN BRITTON, YOU WILL BE
CONSIDERED TO BE PRO SE AS TO YOUR PENDING APPEAL.

    ATTACHED ARE THE FORMS YOU OR YOUR NEWLY RETAINED COUNSEL SHOULD
COMPLETE AND RETURN TO THE CIRCUIT CLERK'S OFFICE AS SOON AS POSSIBLE.

NOTICE ISSUED ON: 08/06/2001              CLERK: KATHY COULTER

 (08/06/2001)   SHG

000032

STATE OF ALABAMA            )        IN THE CIRCUIT COURT OF
                           )
        PLAINTIFF,         )        RUSSELL COUNTY, ALABAMA
                           )
    VS.                    )        CASE NO.: CC 01-30,36
                           )
ROY D. HEATH               )
                           )
        DEFENDANT.         )

## ORDER

The Court taking into consideration the defendant's written

Request for appeal hearing, it is therefore,

**ORDERED, ADJUDGED AND DECREED** that the request for appeal

hearing is denied.

**DONE** this the 9th day of August, 2001.


_George Greene_
JUDGE, CIRCUIT COURT

| REQUEST FOR LOCAL EXTENSION OF TIME TO COMPLETE THE REPORTER'S TRANSCRIPT | 000033 |
| --- | --- |

Roy David Heath
**Appellant's Name**     v.     State of Alabama
**Appellee**

Trial Court Case No. CC01-30     Notice of Appeal Date 7/11/01

On appeal from the:  [X] Circuit Court of
[ ] District Court of  } Russell     County
[ ] Juvenile Court of

I, Linda Wilson , a court reporter in the above referenced case, hereby request a 28- day extension to complete the transcript in said cause for the reasons I have set out below.  Currently this transcript is due on 9/5/01 , and with this extension the transcript will be due on 10/3/01.

REASONS: _____
_____
_____
_____

Linda Wilson
**Court Reporter**     9/4/01
**Date**

## TRIAL COURT ACTION

[X] Upon consideration of the above request, I hereby grant a 28- day extension to complete said transcript, thus extending the transcript's due date to 10/3/01 . Upon granting this request, I direct the court reporter to file this order with the Clerk of this Court and to mail or fax a copy hereof to the Clerk of the Court of Criminal Appeals at the address noted below by no later than the transcript due date in effect immediately preceding this order.

[ ] The above referenced request for a local extension is denied.

George Greene
**Judge's Signature**     9/4/01
**Date**

Note:     Pursuant to Rule 11(c) of the Alabama Rules of Appellate Procedure, local extensions cannot total more than 28 days and cannot be to a date more than 84 days from the date of the notice of appeal.

The Clerk of the Court of Criminal Appeals     Fax (334) 242-4689
P. O. Box 301555

| State of Alabama<br>Unified Judicial System<br><br>Form C-10<br>Page 1 of 2               Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER | Case Number 000034<br>CC 2001 30/36 |

IN THE _~~District~~ Circuit_ COURT OF _Russell_ , ALABAMA
　　　　(Circuit, District, or Municipal)　　　　　　(Name of County or Municipality)

STYLE OF CASE: _State_ _____ v. _Roy O. Heath_____
　　　　　　　　　Plaintiff(s)　　　　　　　　　　　Defendant(s)

TYPE OF PROCEEDING: _Criminal_ CHARGE(s) (if applicable): _____

☐ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.

☑ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

### AFFIDAVIT

**SECTION I.**

1. IDENTIFICATION
   Full name _Roy O. Heath_____ Date of birth _12-23-60_
   Spouse's full name (if married) _Teresa V. Heath_
   Complete home address _989 Lee Rd. 640_
   _Salem, AL. 36874_
   Number of people living in household _4_
   Home telephone number _334-448-7322_
   Occupation/Job _Carpenter_____ Length of employment _unemployed_
   Driver's license number _7277142_ *Social Security Number _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_
   Employer _____ Employer's telephone number _____
   Employer's address _____

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? *(If so, please check those which apply.)*

   ☐ AFDC　☐ Food Stamps　☐ SSI　☐ Medicaid　☐ Other _NO_

3. INCOME/EXPENSE STATEMENT

   Monthly Gross Income:
   | | |
   |---|---|
   | Monthly Gross Income | $ 0 |
   | Spouse's Monthly Gross Income *(unless a marital offense)* | 480.00 |
   | Other Earnings: Commissions, Bonuses, Interest Income, etc. | |
   | Contributions from Other People Living in Household | |
   | Unemployment/Workmen's Compensation, Social Security, Retirements, etc. | |
   | Other Income (be specific) _spouses Child Supp._ | 300.00 |
   | **TOTAL MONTHLY GROSS INCOME** | $ 780.00 |

   Monthly Expenses:
   | | |
   |---|---|
   | A. Living Expenses | |
   | Rent/Mortgage | $ 415.00 |
   | Total Utilities: *Gas, Electricity, Water, etc.* | 110.00 |
   | Food | 200.00 |
   | Clothing | |
   | Health Care/Medical | |
   | Insurance | 40.00 |
   | Car Payment(s)/Transportation Expenses | |
   | Loan Payment(s) | |

*OPTIONAL

Form C-10  Page 2 of 2    Rev. 2/95    **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**

000035

| | | | | |
|---|---|---|---|---|
| Monthly Expenses: (cont'd page 1) | | | | |
| | Credit Card Payment(s) | | | |
| | Educational/Employment Expenses | | | |
| | Other Expenses (be specific) _____ | | | |
| | **Sub-Total** | | A $ 765.00 |
| B. | Child Support Payment(s)/Alimony | $ _____ | | |
| | **Sub-Total** | | B $ _____ |
| C. | Exceptional Expenses | $ _____ | | |
| | **TOTAL MONTHLY EXPENSES** (add subtotals from A & B monthly only) | $ 765.00 | | |

---

Total Gross Monthly Income Less total monthly expenses:

**DISPOSABLE MONTHLY INCOME** $ 15.00

---

**4.    LIQUID ASSETS:**

Cash on Hand/Bank *(or otherwise available such as stocks, bonds, certificates of deposit)*    $ 0

Equity in Real Estate (value of property less what you owe)    0

Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)    0

Other *(be specific)*

Do you own anything else of value? ☐ Yes ☒ No
(land, house, boat, TV, stereo, jewelry)

If so, describe _____

**TOTAL LIQUID ASSETS**    $ _____

---

**5.    Affidavit/Request**

I swear or affirm that the answers are true and reflect my current financial status.  I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury.  I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me.  I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

10th day of September, 2001    _____
                                Affiant's Signature  *Roy David Heath*

_____        *Roy David Heath*
Judge/Clerk/Notary             Print or Type Name

---

**ORDER OF COURT**

**SECTION II.**

**IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:**

☒ Affiant is not indigent and request is DENIED.

☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____

☐ Affiant is indigent and request is GRANTED.

☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

Done this _____ day of _____, _____.

_____
Judge

*Time to appeal conviction has elapsed. Defendant reached right to appeal*

000036

In the Court of Criminal Appeals of Alabama

Lane Mann , Clerk of appellate court

State of Alabama,                    ) Case No.: Case # CR -0002143
                                     )
              Plaintiff,             )
                                     ) For Appeal
       vs.                           )
                                     )              COPY
Roy David Heath,                     )
                                     )
              Defendant              )

---

Motion For The Appointment of Court Appointed Attorney

And Motion For Enlargement of Time


     Defendant Roy David Heath respectfully requests that this Court
enter an order appointing a court appointed attorney to represent him
on this appeal. In addition, the Defendant asks for an enlargement of
time in order to allow the court appointed attorney the opportunity to
adequately represent the Defendant in this appeal:


   1.    Defendant was convicted of Unlawful Distribution, Unlawful
         Distribution, Possession of a Controlled Substance. In the
         Circuit Court of Russell County on May 31, 2001.

   2.    Defendant was represented by Attorney John Britton at his
         trial. Since the trial, Attorney John Britton has died.
         Defendant was represented at the trial by a paid attorney.
         Because the Defendant is now incarcerated and cannot work,
         the Defendant cannot afford to hire a new attorney to
         represent him in his appeal.

   3.    Defendant filed an affidavit of hardship showing his
         indigence (a copy of this denial is attached)

000037

with the trial court and asked the trial court to appoint a court appointed attorney to represent him in his appeal. The trial court denied the Defendant's request for a court Appointed attorney. The trial court's order is attached.

4. It is not possible for Defendant to hire him an attorney to represent him in this appeal. The Defendant has used up all his available resources in paying his trial attorney to represent him. If the Defendant is not given a court appointed attorney, the Defendant will be deprived of his legal and constitutional right to appeal and have council.

5. Once the court appoints a court appointed attorney to Represent the Defendant, the court appointed attorney would need an enlargement of time in order to adequately represent the Defendant in this appeal.

6. For these reasons, Defendant respectfully requests that This Court enter an order appointing a court appointed attorney to represent him in this appeal. In addition, Defendant respectfully asks that this Court grant an enlargement of time to the court appointed attorney.

Respectfully submitted this the 1st day of October 2001,

Roy David Heath

-----------------------

Pro Se

Roy David Heath
Fountain 3800
Atmore, Al. 36503
AIS # 21-73-44

Motion For Enlargement of Time - 2

CC0038

## Certificate of Service

I hereby certify that I have this the 1st day or October 2001 served a copy of the foregoing upon all respondent judges and counsel in this matter by placing a copy of the foregoing upon all respondent judges and counsel in this matter by placing a copy of same in the United States mail with sufficient postage affixed thereon as follows:

Attorney General
State of Alabama

Roy David Heath
----------------------------
Pro Se

State of Alabama
Unified Judicial System
Form ARAP- 26 (front)    8/91

**COURT OF CRIMINAL APPEALS**
**DOCKETING STATEMENT**

Criminal Appeal Number 000039

CR-00 2143

## A. GENERAL INFORMATION:
☐ CIRCUIT COURT   ☒ DISTRICT COURT   ☐ JUVENILE COURT OF   *Russell*   COUNTY

*Roy David Heath* , Appellant

V.   ☒ STATE OF ALABAMA   ☐ MUNICIPALITY OF _____

| Case Number | Date of Complaint or Indictment | Date of Judgment/Sentence/Order |
|---|---|---|
| 57/CC 2001 000030.00   36 | 4/9/01 | 5/31/01 |

Number of Days of Trial/Hearing   *N/A*   Days

Date of Notice of Appeal
Oral: _____   Written: 7/11/01

Indigent Status Requested: ☒ Yes ☐ No          Indigent Status Granted: ☐ Yes ☒ No

## B. REPRESENTATION:
Is Attorney Appointed or Retained? ☐ Appointed ☐ Retained.    If no attorney, will appellant represent self? ☐ Yes ☒ No

Appellant's Attorney (Appellant if pro se) (Attach additional pages if necessary)
*John Dritton / deemed / pro se since 8/6/01*

Telephone Number

| Address | City | State | Zip Code |
|---|---|---|---|

## C. CODEFENDANTS: List each CODEFENDANT and the codefendant's case number.

| Codefendant | Case Number |
|---|---|
| Darrin Mimms | CC 01-759 |
| ~~Teresa Huckaba Heath~~ | |
| | |

## D. TYPE OF APPEAL: Please check the applicable block.

1 ☒ State Conviction
2 ☐ Post-Conviction Remedy
3 ☐ Probation Revocation
4 ☐ Pretrial Order
5 ☐ Contempt Adjudication
6 ☐ Municipal Conviction
7 ☐ Juvenile Transfer Order
8 ☐ Juvenile Delinquency
9 ☐ Habeas Corpus Petition
10 ☐ Other (Specify) _____

## E. UNDERLYING CONVICTION/CHARGE: Regardless of the type of appeal checked in Section D, please check the box beside each offense category for which the appellant has been convicted or charged as it relates to this appeal. Also include the applicable section of the Code of Alabama for State convictions.

1 ☐ Capital Offense - § _____
2 ☐ Homicide - § _____
3 ☐ Assault - § _____
4 ☐ Kidnapping/Unlawful Imprisonment - § _____
5 ☒ Drug Possession - § _____
6 ☐ Trafficking in Drugs - § _____
7 ☐ Theft - § _____
8 ☐ Damage or Intrusion to Property - § _____
9 ☐ Escape - § _____
10 ☐ Weapons/Firearms - § _____
11 ☐ Fraudulent Practices - § _____
12 ☐ Offense Against Family - § _____
13 ☐ Traffic - DUI - § _____
14 ☐ Traffic - Other - § _____
15 ☒ Miscellaneous (Specify): *Sale of Contrsb* - § _____

## F. DEATH PENALTY:
Does this appeal involve a case where the death penalty has been imposed?   ☐ Yes   ☒ No

## G. TRANSCRIPT:
1. Will the record on appeal have a reporter's transcript?   ☒ Yes ☐ No
2. If the answer to question "1" is "Yes," state the date the Reporter's Transcript Order was filed.   *Oct. 1, 01* (Date)
3. If the answer to question "1" is "No":
   (a) Will a stipulation of facts be filed with the circuit clerk? ☒ Yes ☐ No
   (b) Will the parties stipulate that only questions of law are involved and will the trial court certify the questions? ☒ Yes ☐ No

NOTE: If the appeal is from the district or juvenile court and the answer to question "1" is "No," then a positive response is required for question 3(a) or 3(b).

000040

Form ARAP- 26 (back)    8/91    COURT OF CRIMINAL APPEALS DOCKETING STATEMENT

**H. POST-JUDGMENT MOTIONS:** List all post-judgment motions by date of filing, type, and date of disposition (whether by trial court order or by the provisions of Rules 20.3 and 24.4 (ARCrP)):

| DATE OF FILING | | | TYPE OF POST-JUDGMENT MOTION | DATE OF DISPOSITION | | |
|---|---|---|---|---|---|---|
| Month | Day | Year | | Month | Day | Year |
| 7 | 11 | 01 | Appeal | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**I. NATURE OF THE CASE:** Without argument, briefly summarize the facts of the case.

See Attached Letter



**J. ISSUE(S) ON APPEAL:** Briefly state the anticipated issues that will be presented on appeal. *(Attach additional pages if necessary.)*

See Attached letter

**K. SIGNATURE:**

September 26, '01
Date

*Leona Heath*
Signature of Attorney/ Party Filing this Form

000041

| State of Alabama<br>Unified Judicial System<br>Form ARAP- 1C    8/91 | REPORTER'S TRANSCRIPT ORDER -- CRIMINAL<br>See Rules 10(c) and 11(b) of the<br>Alabama Rules of Appellate Procedure (A.R. App.P.) | Criminal Appeal Number<br>CR - 00-2143 |
|---|---|---|

TO BE COMPLETED BY COUNSEL FOR THE APPELLANT OR BY THE APPELLANT IF NOT REPRESENTED AND FILED WITH THE WRITTEN NOTICE OF APPEAL OR FILED WITHIN 7 DAYS AFTER ORAL NOTICE OF APPEAL IS GIVEN.

☐ CIRCUIT COURT ☒ DISTRICT COURT ☐ JUVENILE COURT OF _Russell_ _____ COUNTY

_Roy David Heath_ _____ , Appellant

V. ☒ STATE OF ALABAMA ☐ MUNICIPALITY OF _____

| Case Number<br>57/CC 2001 000030.00 / 36 | Date of Judgment/Sentence/Order<br>5/31/01 |
|---|---|
| Date of Notice of Appeal<br>Oral:                    Written: 7/11/01 | Indigent Status Granted:<br>☐ Yes  ☒ No |

PART 1. TO BE SIGNED IF THE APPEAL WILL NOT HAVE A COURT REPORTER'S TRANSCRIPT:
I CERTIFY THAT NO REPORTER'S TRANSCRIPT IS EXPECTED AND THAT THE RECORD ON APPEAL SHALL CONSIST OF THE CLERK'S RECORD ONLY. IF THE APPEAL IS FROM DISTRICT COURT OR JUVENILE COURT, I ALSO CERTIFY (1) THAT A STIPULATION OF FACTS WILL BE INCLUDED IN THE CLERK'S RECORD AND THAT THE APPELLANT WAIVES HIS RIGHT TO A JURY TRIAL IF SO ENTITLED; OR (2) THAT THE PARTIES HAVE STIPULATED THAT ONLY QUESTIONS OF LAW ARE INVOLVED AND THAT THE QUESTIONS WILL BE CERTIFIED BY THE JUVENILE/DISTRICT COURT FOR INCLUSION IN THE CLERK'S RECORD (SEE RULE 28(A)(1), ALABAMA RULES OF JUVENILE PROCEDURE, AND §12-12-72, CODE OF ALABAMA 1975)

| Signature | Date | Print or Type Name |
|---|---|---|

PART 2. DESIGNATION OF PROCEEDINGS TO BE TRANSCRIBED. Request is hereby made to the court reporter(s) indicated below for a transcript of the following proceedings in the above referenced case (see Rule 10(c)(2), Alabama Rules of Appellate Procedure (A.R App P)):

MARK PROCEEDINGS REQUESTED:

COURT REPORTER(S)

A. ☒ TRIAL PROCEEDINGS - Although this designation will include the judgment and sentence proceedings, a transcript of the organization of the jury and arguments of counsel must be designated separately

_Linda S. Wilson_
_____
_____

B. ☒ ORGANIZATION OF THE JURY - This designation will include voir dire examination and challenges for cause. Note that in noncapital cases the voir dire of the jury will not be recorded unless the trial judge so directs. (See Rule 19 4, ARCrP.)

_____
_____
_____

C. ☒ ARGUMENTS OF COUNSEL - Note that in noncapital cases the arguments of counsel will not be recorded unless the trial judge so directs. (See Rule 19 4, ARCrP.)

_____
_____

IN ADDITION TO ANY PROCEEDINGS DESIGNATED ABOVE, SPECIAL REQUEST IS HEREBY MADE TO INCLUDE THE FOLLOWING PROCEEDINGS IN THE REPORTER'S TRANSCRIPT PORTION OF THE RECORD ON APPEAL. (ATTACH ADDITIONAL PAGES IF NECESSARY):

| ADDITIONAL PROCEEDINGS REQUESTED | DATE | COURT REPORTER(S) |
|---|---|---|
| D. _____ | _____ | _____ |
| E. _____ | _____ | _____ |
| F. _____ | _____ | _____ |
| G. _____ | _____ | _____ |

IMPORTANT NOTICE: The court reporter who reported the proceedings for which a transcript is requested must be identified on this form to be effective. Additionally, it is important to note that the appellant may not be permitted to raise any issue on appeal relating to any proceedings in the case that are not specifically designated on this form for inclusion in the reporter's transcript. A general designation such as "all proceedings" is not sufficient. (See Rule 10(c)(2), A.R App P)

PART 3. MUST BE SIGNED IF THE APPEAL WILL HAVE A COURT REPORTER"S TRANSCRIPT:
I CERTIFY THAT I HAVE DISTRIBUTED THIS FORM AS SET OUT BELOW. I ALSO CERTIFY (1) THAT I HAVE MADE SATISFACTORY FINANCIAL ARRANGEMENTS WITH EACH COURT REPORTER LISTED ABOVE FOR PREPARING HIS OR HER PORTION OF THE REPORTER'S TRANSCRIPT HEREIN REQUESTED; OR (2) THAT THE APPELLANT PROCEEDED AT TRIAL AS AN INDIGENT AND THAT THAT STATUS HAS NOT BEEN REVOKED; OR, (3) THAT THE APPELLANT HAS BEEN GIVEN PERMISSION TO PROCEED ON APPEAL IN FORMA PAUPERIS.

| Signature | Date 9/9/01 | Print or Type Name  Roy David Heath |
|---|---|---|

DISTRIBUTION:  Original filed with Clerk of Trial Court and copies mailed to: (1) Clerk of the Court of Criminal Appeals, (2) the District Attorney, (3) the Attorney General or the municipal prosecutor in lieu of the District Attorney and the Attorney General if the appeal is from a municipal conviction, and (4) to each Court Reporter who reported proceedings designated for inclusion in the reporter's transcript.

MOTION TO COURT OF CRIMINAL
APPEALS FOR EXTENSION OF TIME
TO FILE TRANSCRIPT

000042

TO:   The Clerk of the Court of Criminal Appeals          Fax: (334) 242-4689
      P. O. Box 301555
      Montgomery, Alabama 36130-1555

Criminal Appeals Case Number          CR 00 - 2143

Roy David Heath                   v.   State of Alabama
Appellant's Name                       Appellee

Trial Court Case No. CC01 - 30        Notice of Appeal Date  7/11/01
                            36

On appeal from the: [X] Circuit Court of
                     [ ] District Court of      Russell        County
                     [ ] Juvenile Court of

I, Linda Wilson             , a court reporter in the above referenced case,

hereby request a  28    day extension to complete the transcript in said cause for the reasons
I have set out below.  Currently this transcript is due on  10/3/01  , and with this extension
the transcript will be due on  10/31/01 .

REASONS: _____

_____

_____

_____

_____

_____

_____

FILED IN OFFICE
2001 OCT -2  AM 4 24
CIRCUIT DIST. COURT
RUSSELL CT., AL

Linda Wilson                          10/2/01
Court Reporter                         Date

Note:    Rule 11(c) of the Alabama Rules of Appellate Procedure prohibits an appellate court from
granting an extension if the request is not received by the clerk of the appellate court within the time
originally prescribed or before the expiration of an extension previously granted.  Based on internal
policy of the Court of Criminal Appeals, no more than two 28-day extensions will be granted.

COURT OF CRIMINAL APPEALS
STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

060043

*H. W. "Bucky" McMILLAN*                    October 2nd, 2001                    *Lane W. Mann*
Presiding Judge                                                                        Clerk
*SUE BELL COBB*                                                                 *Wanda K. Ivey*
*PAMELA W. BASCHAB*                                                         Assistant Clerk
*GREG SHAW*                                                                     (334) 242-4590
*A. KELLI WISE*                                                             FAX (334) 242-4689
Judges


RE: CR-00-2143

Roy David Heath v. State of Alabama (Appeal from Russell Circuit Court: CC01-30; CC01-36).


        You are hereby notified that the following action was taken in the above cause by
the Court of Criminal Appeals:

        Additional time is granted to certify the completion of reporter's transcript to and
including 10/31/2001.


                                                    Lane W. Mann, Clerk
                                                    Court of Criminal Appeals

LWM/sm

cc: Honorable George R. Greene, Circuit Judge
    Honorable Kathy S. Coulter, Circuit Clerk
    Linda S. Wilson, Court Reporter
    Roy David Heath, Pro Se, Appellant

THE STATE OF ALABAMA - - - JUDICIAL DEP. .TMENT    000044

THE ALABAMA COURT OF CRIMINAL APPEALS

CR-00-2143

Roy David Heath, Appellant

vs.

State of Alabama, Appellee

Appeal from Russell Circuit Court No. CC01-36

## ORDER

The appellant in the above referenced cause has filed a motion for appointment of counsel to represent him on his appeal of his convictions for two drug offenses. Included with the motion is a copy of the trial court's order denying the appellant's request to proceed on appeal in forma pauperis. On the order denying the appellant's request, the trial court noted that 1) time for appeal has lapsed and 2) the appellant has waived his right to appeal. With regard to the timeliness of this appeal, this Court notes that according to the information contained in the circuit clerk's transmittal of this appeal, the appellant timely filed his notice of appeal. However, this Court has nothing in the records before it to substantiate whether or not the appellant did in fact waive his right to appeal.

Upon consideration of the above, the Court of Criminal Appeals **ORDERS** that the trial court shall file evidence of the appellant's waiver of his right to appeal within 14 days from the date of this order. The evidence can be by way of a transcript of the colloquy with the defendant reflecting that he was informed of his right to appeal and that he chose to waive that right or by a copy of a signed plea agreement that indicates that the appellant waived his right to direct appeal. Finally, this Court **ORDERS** that in the event the appellant waived his right to appeal, the sufficiency of said waiver will not be considered on appeal unless that issue was preserved by way of a timely motion by the appellant to withdraw his guilty plea. See Watson v. State, [Ms. CR-00-0955, August 10, 2001] _ So.2d _ (Ala. Crim. App. 2001).

Done this 12th day of October, 2001.

_____
H. W. "BUCKY" McMILLAN, PRESIDING JUDGE

cca/wki

cc:    Circuit Judge George R. Greene
       Ms. Kathy S. Coulter, Circuit Clerk
       Ms. Linda S. Wilson, Court Reporter
       Roy David Heath, Appellant
       Kenneth Davis, Esq., District Attorney
       Office of the Attorney General

000045

In The Circuit Court Of _Russell County_

State Of Alabama

_Heath, David, Roy_

Petitioner

Vs.

State Of Alabama,

Respondents                              Case No. _CC-01-30_
_CC-01-36 (x 2)_

### Motion For Appointment Of Counsel:

The petitioner in the above styled action hereby moves this Honorable Court for an order entered directed that counsel be appointed to assist petitioner in this matter. This motion is supported by the following facts.

### Facts In Support:

The petitioner is an inmate of the Alabama Department of Corrections with neither the means or money to retain counsel to assist him in this matter.

The petitioner is lack in legal knowledge and do not know how to proper prepare this matter for Court proceedings.

The issues involved in this matter are complex and require research and investigation that the petitioner is unable to do, because of being in prison.

As a matter of law petitioner is entitled to appointment of counsel to assist him in this matter.

The respondents will not be prejudice by the appointment of counsel in this matter.

## Therefore For Good Cause:

Petitioner request that this Court appoint counsel to assist him in this matter.

Petitioner also request such other relief that this Court deems just in this matter.

Dated this 22ND day of ___October___ 200$ RDH

_Ruy Daniel Hurtt_

## Certificate Of Service:

I hereby certify that I have mailed a true and correct copy of the above to all parties by placing the same in the United States mail all postage paid.

Dated this 22ND day of ___October___ 200$ RDH

_Ruy Daniel Hurtt_

| State of Alabama<br>Unified Judicial System<br><br>Form C-10    Rev 6/88 | **AFFIDAVIT of SUBSTANTIAL<br>HARDSHIP and ORDER** | **Case Number**<br><br>*CC 01-30, 36* |
|---|---|---|

IN THE _26th Judicial Circuit_ COURT OF _Russell_ _____ COUNTY

Plaintiff/State _Heath David_ **v. Defendant** _State of Alabama_

IN THE MATTER OF: _Direct Appeal_

TYPE OF PROCEEDING: _____ CHARGE: _§13A-12-211 et seq_

- [ ] CIVIL CASE—I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

- [ ] CIVIL CASE (such as paternity, support, termination of parental rights) — I request an attorney be appointed for me.

- [x] CRIMINAL CASE—I am financially unable to hire an attorney and request that the Court appoint one for me.

## AFFIDAVIT

**I N C O M E / E M P L O Y M E N T**

A. Do you have a job or work for yourself?                                   ☐ Yes  ☑ No

   Employer's name and address _____

   How much money do you take home each week?                          + $ _At A 0_

B. If unemployed, give month and year of last employment and amount earned per month _April 99  99_     $ _1200_

C. Does your husband or wife have a job?                                 ☐ Yes  ☑ No

   Employer's name and address _N.A_

   How much money does he/she take home each week?                    + $ _N/A_

D. Do you receive money or benefits from any other source?              ☐ Yes  ☑ No

   (Example: retirement pay, social security, workmen's compensation, unemployment compensation, food stamps, rent payments, interest, dividends, etc.)
   How much do you receive each month?                                 + $ _NA_

**A S S E T S**

A. Do you have any money in any bank, savings and loan, credit union, or any other place, including cash on hand?                                   ☐ Yes  _NA_ No

   Where? _____ How much? _N/A_

B. Do you own anything else of value? (Land, house, boat, television, stereo, jewelry, car, truck, van, stocks, bonds, etc.)                          ☐ Yes  _N/A_ No

   What? _____

   Total Value + $ _N/A_

**D E P E N D E N T**

A. Are you: _____ Single  _✓_ Married  _____ Widowed  _____ Divorced  _____ Separated?

B. Do you have any dependents?                                        ☑ Yes  ☐ No

   Who and what relationship? _Scott Huckaba 3 Rebecca Huckaba_

   _step children_

What does it cost you to live each month?                                    $  _50/05/80_

**D
E
B
T
S**

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Loans | | N/A |
| Charge Accounts | | N/A |
| House or rent payments | | N/A |
| Alimony | | N/A |
| Support | | N/A |
| Car payment | | N/A |
| Groceries | | N/A |
| Utilities | | N/A |
| _other_ | _5000 / 7000_ | N/A |

In support of this request, I have answered the above questions relating to my ability to pay. I swear that these answers are true and reflect my present financial status. I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

I further understand and acknowledge that if the Court appoints an attorney to represent me, the Court may require me to pay the fees and expenses of my court-appointed-counsel.

Sworn to and subscribed before me this

_22_ day of _Oct_ 19 _2001_

X _Heath David Roy_
**Affiant Signature**
_Heath David Roy_
_A.I.S # 217344_

_____
**Judge/Notary**

# ORDER

### IT IS ORDERED THAT THE FOREGOING REQUEST BE:

☒  GRANTED                              ☐  DENIED

**APPOINTMENT OF ATTORNEY:**

IT IS THEREFORE, ORDERED AND ADJUDGED BY THE COURT THAT _Charles Floyd, JR_ _____ Attorney at Law, be and is hereby appointed as counsel to represent, assist and defend in this (these) case(s).

It is further ordered that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel.

DONE this _29th_ _____ day of _October_ _2001_

_B. B_

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT O. CRIMINAL APPEALS 000049
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF RUSSELL COUNTY
STATE OF ALABAMA VS HEATH ROY DAVID                    JUDGE: GEORGE R. GREENE

---

APPEAL DATE: 07/11/2001

INDIGENCY STATUS:
  GRANTED INDIGENCY STATUS AT TRIAL COURT:        _____ YES  __X__ NO
  APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  _____ YES  __X__ NO
  INDIGENT STATUS REVOKED ON APPEAL:              _____ YES  __X__ NO
  INDIGENT STATUS GRANTED ON APPEAL:              __X__ YES  _____ NO

DEATH PENALTY: NO

APPEAL TYPE: OTHER(SPECIFY)_____

---

THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,
WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.

CO/CASE NUMBER: 57/CC 2001 000030.00

ORDER ENTERED(DATE): 04092001 PETITION: __DISMISSED  __DENIED  __GRANTED

---

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 04/09/2001        DATE OF SENTENCE: 05/31/2001

YOUTHFUL OFFENDER STATUS: DENIED

CO/CASE NUMBER: 57/CC 2001 000030.00
CODE: UDCS   CONVICTION: UNLAW DISTRIB CO    ACTION: GUILTY PLEA
                                             STATUTE: 13A-012-211
SENTENCE:   CONF: 30 YRS 00 MOS 000 DAYS
SENTENCE:   PROB: 00 YRS 00 MOS 000 DAYS     LIFE: NO   LIFEWO: NO

---

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | _____ | _____ | _____ |
| ___ MOTION FOR JUDG. OF ACQUIT | _____ | _____ | _____ |
| ___ MOTION TO W/D GUILTY PLEA | _____ | _____ | _____ |
| ___ MOTION FOR ATTY TO W/DRAW | _____ | _____ | _____ |
| ___ OTHER | _____ | _____ | _____ |

---

COURT REPORTER(S):                   WILSON, LINDA S.
ADDRESS:                             C/O HON. GEORGE R. GREENE
                                     PHENIX CITY  ,  AL  36867

APPELLATE COUNSEL #1:                FLOYD CHARLES EDDIE III
ADDRESS:                             P. O. BOX 759

                                     PHENIX CITY  ,  AL  36868
PHONE NUMBER:                        205-297-3378

APPELLATE COUNSEL #2:                _____
ADDRESS:                             _____
                                     _____
PHONE NUMBER:                        _____

APPELLANT (PRO SE):                  HEATH ROY DAVID
ADDRESS:                             C/O RUSSELL COUNTY JAIL
                                     PHENIX CITY  ,  AL  368680000
AIS #:

APPELLEE (IF CITY APPEAL):           _____
ADDRESS:                             _____
                                     _____

---

I CERTIFY THAT THE INFORMATION PROVIDED                    OPERATOR: SHG
ABOVE IS ACCURATE TO THE BEST OF MY               PREPARED: 10/30/2001
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 30th DAY OF Oct___, 01    -- CIRCOIT COURT CLERK

# MOTION TO COURT OF CRIMINAL APPEALS FOR EXTENSION OF TIME TO FILE TRANSCRIPT

Fax: (334) 242-4689

TO:  The Clerk of the Court of Criminal Appeals
     P. O. Box 301555
     Montgomery, Alabama 36130-1555

Criminal Appeals Case Number    CR _00_ - _2143_

_Roy David Heath_          v. _State of Alabama_
Appellant's Name                  Appellee

Trial Court Case No. _CC01-30_    Notice of Appeal Date _7/11/01_

On appeal from the:  [X] Circuit Court of
                     [ ] District Court of    _Russell_ County
                     [ ] Juvenile Court of

I, _Linda Wilson_ , a court reporter in the above referenced case, hereby request a _28-_ day extension to complete the transcript in said cause for the reasons I have set out below. Currently this transcript is due on _10/31/01_ , and with this extension the transcript will be due on _11/28/01_ .

REASONS: _____

_____

_____

_____

_____

_____

_____

_Linda Wilson_                    _10/30/01_
Court Reporter                      Date

Note:   Rule 11(c) of the Alabama Rules of Appellate Procedure prohibits an appellate court from granting an extension if the request is not received by the clerk of the appellate court within the time originally prescribed or before the expiration of an extension previously granted. Based on internal ... more than two 28-day extensions will be granted.

COURT OF CRIMINAL APPEALS
STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

000051

H. W. "Bucky" McMILLAN                 October 30th, 2001                    *Lane W. Mann*
Presiding Judge                                                              Clerk
*SUE BELL COBB*                                                              *Wanda K. Ivey*
*PAMELA W. BASCHAB*                                                          Assistant Clerk
*GREG SHAW*                                                                  (334) 242-4590
*A. KELLI WISE*                                                              FAX (334) 242-4689
Judges


RE: CR-00-2143

Roy David Heath v. State of Alabama (Appeal from Russell Circuit Court: CC01-30; CC01-36).


        You are hereby notified that the following action was taken in the above cause by
the Court of Criminal Appeals:

        Additional time is granted to certify the completion of reporter's transcript to and
including 11/28/2001.


                                                Lane W. Mann, Clerk
                                                Court of Criminal Appeals

LWM/sm

cc: Honorable George R. Greene, Circuit Judge
    Honorable Kathy S. Coulter, Circuit Clerk
    Linda S. Wilson, Court Reporter
    Roy David Heath, Pro Se, Appellant

```
ACR0370          ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2001 000036.00
OPER: SHG                    CASE ACTION SUMMARY
PAGE:   1                    CIRCUIT  CRIMINAL              RUN DATE: 11/30/2001
==================================================================================
IN THE CIRCUIT COURT OF RUSSELL                                    JUDGE: GRG

STATE  OF  ALABAMA              VS      HEATH ROY DAVID
                                        217344
CASE: CC 2001 000036.00                 9947 HWY 21 NO.
                                        ATMORE, AL  36503 0000

DOB: 12/23/1960      SEX: M  RACE: W  HT: 5 06  WT: 195   HR: BRO EYES: BRO
SSN: 259271658  ALIAS NAMES:
==================================================================================
CHARGE01: UNLAW DISTRIB CONTRO  CODE01: UDCS   LIT: UNLAW DISTRIB  TYP: F #: 001
CHARGE02: POSS MARIJUANA 1ST    CODE02: VAPF                       TYP: F #: 001
OFFENSE DATE: 05/02/2000                AGENCY/OFFICER: 0570000 SL00033

DATE WAR/CAP ISS:                       DATE ARRESTED: 05/04/2000
DATE    INDICTED: 01/12/2001            DATE  FILED: 01/19/2001
DATE    RELEASED: 06/20/2000            DATE  HEARING:
     BOND AMOUNT:      $12,500.00 S     SURETIES: AAA BONDING CO.

DATE 1: 05/31/2001  DESC: SENT          TIME: 0903 A
DATE 2: 04/16/2001  DESC: JTRL          TIME: 0900 A

TRACKING NOS: WR 2000 001362 00  /  DC 2000 001117 00  /  DC 2000 001118 00

   DEF/ATY: BRITTON JOHN M         TYPE: R                        TYPE:
            P O DRAWER 1188

         PHENIX CITY    AL 36867                    00000

PROSECUTOR: LANDREAU BUSTER
```

```
==================================================================================
UTH CSE: WR200000136200 CHK/TICKET NO:              GRAND JURY: 173
COURT REPORTER:                 SID NO:    000000000
DEF STATUS: PRISON              DEMAND:                      OPER: JOS
==================================================================================
  TRANS DATE    ACTIONS, JUDGEMENTS, AND NOTES                       OPE
| 01/19/2001 | SET FOR:  ARRAIGNMENT ON 02/20/2001 AT 0900A(AR01)   | JOS |
| 01/30/2001 | DISTRICT ATTORNEY'S FEES ($111.04)                   | JOS |
| 02/01/2001 | NOTICE SENT: 02/01/2001 HEATH ROY DAVID              | JOS |
| 02/01/2001 | NOTICE SENT: 02/01/2001 AAA BONDING CO.              | JOS |
| 02/16/2001 | ATTORNEY FOR DEFENDANT: BRITTON JOHN M      (AR10)   | JOS |
| 02/16/2001 | WRITTEN PLEA OF NOT GUILTY AND WAIVER OF             | JOS |
| 02/16/2001 |    ARRAIGNMENT                                       | JOS |
| 02/20/2001 | ***ARRAIGNMENT ORDER***                              | JOS |
| 02/20/2001 | THE HON. JOHN BRITTON RETAINED, DEFENDANT            | JOS |
| 02/20/2001 |    WAIVES READING OF INDICTMENT AND ENTERS A         | JOS |
| 02/20/2001 |    PLEA OF NOT GUILTY.  CASE SET ON APRIL 16, 2001   | JOS |
| 02/20/2001 |    TRIAL DOCKET.                                     | JOS |
| 02/20/2001 | SET FOR: JURY TRIAL ON 04/16/2001 AT 0900A  (AR10)  | JOS |
| 03/02/2001 | MOTION FOR DISCOVERY BY STATE                        | JOS |
| 03/02/2001 | NOTICE OF PRIOR CONVICTIONS FOR SENTENCE HEARING    | JOS |
| 03/02/2001 | NOTICE OF INTENT TO ADMIT CERTIFICATE OF ANALYSIS   | JOS |
| 03/02/2001 | MOTION FOR CONSOLIDATION OF 2 OFFENSES               | JOS |
```

000053

```
ACR0370            ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2001 000036.00
OPER: SHG                    CASE ACTION SUMMARY
PAGE:   2                   CIRCUIT   CRIMINAL              RUN DATE: 11/30/2001
==============================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                    JUDGE: GRG

STATE  OF  ALABAMA                 VS      HEATH ROY DAVID
                                           217344
CASE: CC 2001 000036.00                    9947 HWY 21 NO.
                                           ATMORE, AL  36503 0000

DOB: 12/23/1960          SEX: M  RACE: W  HT: 5 06  WT: 195   HR: BRO EYES: BRO
SSN: 259271658  ALIAS NAMES:
```

| Date | Action | |
|---|---|---|
| 03/06/2001 | ORDER ON MOTION FOR DISCOVERY BY STATE | JOS |
| 03/12/2001 | WITNESS SUBPOENAS ISSUED | JOS |
| 03/20/2001 | ORDER SETTING HEARING ON MOTION TO CONSOLIDATE FOR | JOS |
| 03/20/2001 | APRIL 11, 2001, AT 4:00 P.M. | JOS |
| 04/09/2001 | EXPLANATION OF RIGHTS AND PLEA OF GUILTY | JOS |
| 04/09/2001 | ***GUILTY PLEA*** | JOS |
| 04/09/2001 | ORDER OF PLEA OF GUILTY IN EACH COUNT, AS CHARGED | JOS |
| 04/09/2001 | IN THE INDICTMENT.  DEFENDANT MAKES APPLICATION | JOS |
| 04/09/2001 | FOR PROBATION, RULING SET FOR MAY 31, 2001, AT | JOS |
| 04/09/2001 | 9:30 A.M. | JOS |
| 05/02/2001 | CONVICTION REPORT TO BOARD OF REGISTRARS | JOS |
| 05/27/2001 | DRUG CONV REPORTED TO DPS ON 05272001 FOR UDCS | AOC |
| 05/30/2001 | SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05) | JOS |
| 05/31/2001 | ***SENTENCING ORDER*** | JOS |
| 05/31/2001 | ORDER SENTENCING DEFENDANT AS A HABITUAL OFFENDER | JOS |
| 05/31/2001 | TO 30 YEARS TO THE DEPT. OF CORRECTIONS, | JOS |
| 05/31/2001 | INCLUDING 5 YEARS ENHANCEMENT PURSUANT TO | JOS |
| 05/31/2001 | 13A-12-270 AND 5 YEARS ENHANCEMENT PURSUANT TO | JOS |
| 05/31/2001 | 13A-12-250 IN COUNT I, AND 30 YEARS TO RUN | JOS |
| 05/31/2001 | CONCURRENT TO COUNT I, AND CC-2001-30, IN COUNT | JOS |
| 05/31/2001 | II, COSTS, $100.00 VCF IN EACH COUNT, $100.00 | JOS |
| 05/31/2001 | FORENSIC SERVICES TRUST FUND IN EACH COUNT, | JOS |
| 05/31/2001 | $1,000.00 DEMAND REDUCTION ASSESSMENT ACCOUNT | JOS |
| 05/31/2001 | IN EACH COUNT, ATTORNEY'S FEES, DRIVER'S | JOS |
| 05/31/2001 | LICENSE SUSPENDED 6 MONTHS IN EACH COUNT, | JOS |
| 05/31/2001 | ATTORNEY'S FEES AND COMPLETION OF SUBSTANCE | JOS |
| 05/31/2001 | ABUSE PROGRAM.  THE DEMAND REDUCTION ASSESSMENT | JOS |
| 05/31/2001 | ACCOUNT WILL BE SUSPENDED UPON THE DEFENDANT'S | JOS |
| 05/31/2001 | AGREEMENT TO ENROLL IN A REHABILIATION PROGRAM | JOS |
| 05/31/2001 | AND PAYMENT OF SAME.  THE PAYMENT OF MONIES | JOS |
| 05/31/2001 | SHALL BE A CONDITION OF PAROLE, EARLY RELEASE, | JOS |
| 05/31/2001 | SIR OR WORK RELEASE. | JOS |

000054

```
ACR0370                  ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2001 000036.00
OPER: SHG                      CASE ACTION SUMMARY
PAGE:   3                       CIRCUIT   CRIMINAL              RUN DATE: 11/30/2001
===============================================================================
IN THE CIRCUIT COURT OF RUSSELL                                      JUDGE: GRG

STATE  OF  ALABAMA            VS      HEATH ROY DAVID
                                      217344
CASE: CC 2001 000036.00               9947 HWY 21 NO.
                                      ATMORE, AL  36503 0000

DOB: 12/23/1960         SEX: M  RACE: W  HT: 5 06  WT: 195   HR: BRO EYES: BRO
SSN: 259271658  ALIAS NAMES:
```

| Date | Action | Init |
|---|---|---|
| 06/06/2001 | TRANSCRIPT OF RECORD ISSUED: 06/06/2001      (AR08) | JOS |
| 06/06/2001 | CASE ACTION SUMMARY PRINTED                  (AR08) | JOS |
| 06/07/2001 | TRANSCRIPT OF RECORD ISSUED: 06/07/2001      (AR08) | JOS |
| 07/11/2001 | MOTION FOR APPEAL HEARING | SHG |
| 07/11/2001 | CASE APPEALED ON: 07/10/2001                 (AR10) | JOS |
| 07/11/2001 | APPEAL "TO" TYPE: "O"                         (AR10) | JOS |
| 07/11/2001 | NOTICE OF APPEAL | JOS |
| 07/11/2001 | NOTICE OF APPEAL TO THE COURT OF CRIMINAL APPEALS | JOS |
| 07/11/2001 |   BY TRIAL CLERK | JOS |
| 08/09/2001 | ORDER DENYING MOTION TO APPEAL HEARING | SHG |
| 10/01/2001 | DOCKETING STATEMENT - SIGNED BY TERESA HEATH, WIFE | SHG |
| 10/01/2001 | REPORTER'S TRANSCRIPT ORDER - SIGNED BY DEF | SHG |
| 10/01/2001 | COPY OF MOTION FOR APPOINTMENT OF COURT APPOINTED | SHG |
| 10/01/2001 |   ATTORNEY AND MOTION FOR ENLARGEMENT OF TIME. | SHG |
| 10/01/2001 |   FILED WITH TYPED SIGNATURE. DEF'S WIFE TO FILE | SHG |
| 10/01/2001 |   ORIGINAL WITH COURT OF CRIMINAL APPEALS. | SHG |
| 10/12/2001 | ORDER FROM COURT OF CRIMINAL APPEALS GIVING TRIAL | SHG |
| 10/12/2001 |   COURT 14 DAYS TO PROVIDE EVIDENCE THAT DEF | SHG |
| 10/12/2001 |   WAIVED HIS RIGHT TO APPEAL. | SHG |
| 10/16/2001 | CLERKS NOTE:  FAXED PLEA AGREEMENTS TO COURT OF | SHG |
| 10/16/2001 |   CRIMINAL APPEALS, WANDA IVEY SAYS SHE CANNOT | SHG |
| 10/16/2001 |   FIND WHERE IT SAYS HE WAIVED HIS RIGHT TO AN | SHG |
| 10/16/2001 |   APPEAL. | SHG |
| 10/17/2001 | FILE TO GRG TO PROMPT COLLOQUY | SHG |
| 10/19/2001 | ORDER REMANDING CASE TO TRIAL COURT TO APPOINT | SHG |
| 10/19/2001 |   COUNSEL OR ENTER WRITTEN FINDINGS AS TO WHY NOT. | SHG |
| 10/25/2001 | REQUEST FOR COPIES | JOS |
| 10/30/2001 | IRA TYPE CHANGED FROM: N                     (AR11) | SHG |
| 10/30/2001 | ATTY 1 CHANGED FROM: BRI016                   (AR11) | SHG |
| 10/30/2001 | ATTY 1 TYPE CHANGED FROM: R                   (AR11) | SHG |
| 10/31/2001 | ORDER FOR CLERK TO SEND THE DEFENDANT A COPY OF | JOS |
| 10/31/2001 |   THE CASE ACTION SUMMARY | JOS |

000055

```
ACR0370            ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2001 000036.00
OPER: SHG                   CASE ACTION SUMMARY
PAGE:   4                   CIRCUIT  CRIMINAL              RUN DATE: 11/30/2001
=============================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                   JUDGE: GRG

STATE  OF  ALABAMA                VS     HEATH ROY DAVID
                                         217344
CASE: CC 2001 000036.00                  9947 HWY 21 NO.
                                         ATMORE, AL  36503 0000

DOB: 12/23/1960          SEX: M  RACE: W  HT: 5 06  WT: 195   HR: BRO EYES: BRO
SSN: 259271658  ALIAS NAMES:
=============================================================================
| 11/01/2001 | ADDR1 CHANGED FROM: 3 TRAPPER DRIVE          (AR01)      JOS |
|------------|----------------------------------------------------------------|
| 11/01/2001 | STATUS CHANGED TO: "P" - PRISON              (AR01)      JOS |
|------------|----------------------------------------------------------------|
| 11/01/2001 | HOME CITY CHANGED FROM: PHENIX CITY          (AR01)      JOS |
|------------|----------------------------------------------------------------|
| 11/01/2001 | CASE ACTION SUMMARY PRINTED                  (AR08)      JOS |
|------------|----------------------------------------------------------------|
| 11/30/2001 | CERTIFICATE OF COMPLETION AND TRANSMITTAL OF             SHG |
|------------|----------------------------------------------------------------|
| 11/30/2001 |   RECORD ON APPEAL BY THE TRIAL COURT CLERK              SHG |
|------------|----------------------------------------------------------------|
| 11/30/2001 | CASE ACTION SUMMARY PRINTED                  (AR08)      SHG |
|------------|----------------------------------------------------------------|
| 11/30/2001 | CASE ACTION SUMMARY PRINTED                  (AR08)      SHG |
```

AMEE ASC UNIFORM ARREST REPORT

SL0003.157

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0570000 | Metro Narcotics Task Force | SL0003.157 | |

**IDENTIFICATION**

| 5 LAST, FIRST, MIDDLE NAME | | | | 6 ALIAS AKA |
|---|---|---|---|---|
| Heath, Roy David | | | | |

| SEX | 7 RACE | 9 HGT. / | 10 WGT. / | 11 EYE | 12 HAIR | 13 SKIN | 14 | SCARS | MARKS | TATOOS | AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ M | ☒ W | 5'6" | 195 | Bro | Bro | Med | Firearm "Theatre of Pain" | | | | |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Columbus, GA | 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-1/16-518 | 12/29/60 | 39 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | None | |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 ☐ RESIDENT ☒ NON–RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 3 Trapper Drive Phenix City AL | (334) 448-1242 | N/A |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| Unemployed | N/A | N/A |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO |
|---|---|---|
| 915 13th Avenue Phenix City AL | | ☐ IN STATE ☐ OUT STATE |

| 36 CONDITION OF ARRESTEE: | ☐ DRUNK ☒ SOBER | 37 RESIST ARREST? | 38 INJURIES? ☒ NONE | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|---|
| | ☐ DRINKING ☐ DRUGS | ☐ YES ☒ NO | ☐ OFFICER ☐ ARRESTEE | ☐ Y ☒ N | ☐ HANDGUN ☐ OTHER FIREARM ☐ RIFLE ☐ OTHER WEAPON ☐ SHOTGUN |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 05-10-00 | 21:00 ☐ 1. AM ☒ 2. PM ☒ MIL | ☐ S ☐ M ☐ T ☒ W ☐ T ☐ F ☐ S | ☒ ON VIEW ☐ CALL ☐ WARRANT | ☐ YES ☒ NO ☐ UNKNOWN |

| 46 CHARGE–1 ☒ FEL ☐ MISD | 47 UCR CODE | 48 CHARGE–2 ☐ FEL ☒ MISD | 49 UCR CODE |
|---|---|---|---|
| Distribution of Marijuana | 3560 | Distribution of Marijuana | 3560 |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| 13A-12-211 | 00 1319 | | 13A-12-211 | | |

| 56 CHARGE–3 ☐ FEL ☒ MISD | 57 UCR CODE | 58 CHARGE–4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|
| Possession of Marijuana-First | 3562 | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| 13A-12-213 | | | | | |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☐ HELD ☐ TOT–LE ☒ BAIL ☐ OTHER ☐ RELEASED | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 YR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 78 VIN | 79 IMPOUNDED? ☐ YES ☒ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|
| | |

**JUVENILE**

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|
| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | | 85 ADDRESS (STREET, CITY, STATE, ZIP) | | 86 PHONE ( ) |
| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | | 90 PHONE ( ) |

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y ☐ AM ☐ PM ☐ MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS | |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

101 REMARKS (NOTE ANY INJURIE)

CASE NO: DC 00.1118

CHARGE: Poss Marijuana 1st

DATE FILED: _____

PRELIMINARY HEARING: _____

SUBPOENAS: 2

DATE DISPOSED: _____

| 102 SIGNATURE OF RECEIVING OF | | LOCAL USE |
|---|---|---|
| Closed | 104 CASE # | STATE USE |
| 111 ARRESTING OFFICER (LAST, FIRST, M. | 108 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
| Franklin, Tom | PERVISOR ID # | 116 WATCH CMDR. ID # |

ACJIC–34 REV. 10-90

# CONSOLIDATED BOND

**(District Court, Grand Jury, Circuit Court)**

000057

☐ STATE OF ALABAMA

_DC-00-1118_

Case Number

STATE OF ALABAMA

*Roy Heath*

In the **DISTRICT** _____ Court of

**DEFENDANT**

**RUSSELL** _____ County

---

I, (Defendant) _Roy Heath_ _____, as principal, and

we, **A.A.A. BONDING CO.** _____, as sureties, agree to pay the

State of Alabama $ _2,500_ _____ unless the above named defendant appears before the District

Court of said County on (Date) _9-7-00_ _____ at (Time) _9:00_ _____ or at the

next session of Circuit Court of said County, or in the event of transfer, in the district or circuit court of the county of transfer; there to await the action by the grand jury and from session to session thereafter until discharged by law to

answer to the charge of _Poss of Marijuana 1st_ _____ or any other charge.

We hereby severally certify that we have property over and above all debts and liabilities to the amount of the above bond. We waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt, by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim exempt our wages or salary, that we have under the laws of Alabama.

It is agreed and understood that this is a continuing bond which shall remain in full force and effect until such time as the undersigned are duly exonerated.

X _Roy Heath_ _____

Signature of Defendant

_3 Trapper Rd Phenix City, AL 36869_

Address (Print)      City      State      Zip

_Stacy Demsrete_ _____

Signature of Surety

**1319 HWY. 77 LAFAYETTE, AL.**

Address (Print)      City      State      Zip

_____

Signature of Surety

_____

Address (Print)      City      State      Zip

_____

Signature of Surety

_____

Address (Print)      City      State      Zip

_10-20-00_ _____

Date

_2-B-74_

Approved by

_SGT_      _8/10_

Title

---

## DEFENDANT'S INFORMATION

Date of Birth _12-23-60_ .. Social Security Number _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_ Sex _M_

Driver's License Number _____ State _____ Race _W_

Telephone – Residence _____ Telephone – Work _____

---

☐ Appearance Bond – Property      ☐ Appearance Bond – Recognizance

☐ Bail Bond      ☐ Cash Bond

000058

BOND AMOUNT

AAA BONDING CO.
LaFayette, Alabama

KNOW ALL BY THESE PRESENTS, THAT THE AAA BONDING CO., A COMPANY DULY ORGANIZED AND EXISTING
UNDER THE LAWS OF THE STATE OF ALABAMA HAS CONSTITUTED AND APPOINTED, AND DOES HEREBY CON-
STITUTE AND APPOINT,

AGENT _Staley_

ITS TRUE AND LAWFUL ATTORNEY-IN-FACT, WITH, FULL POWER AND AUTHORITY TO SIGN THE COMPANY'S
NAME AND DELIVER ON ITS BEHALF AS SURETY, ANY AND ALL OBLIGATIONS AS HEREIN PROVIDED, AND THE
EXECUTION OF SUCH OBLIGATIONS IN PURSUANCE OF THESE PRESENTS SHALL BE AS BINDING UPON THE
COMPANY AS FULLY AND TO ALL INTENTS AND PURPOSES AS IF DONE BY THE REGULARLY ELECTED OFFICERS
OF THE SAID COMPANY AT ITS HOME OFFICE IN THEIR PROPER PERSON; AND THE SAID COMPANY HEREBY
RATIFIES AND CONFIRMS ALL AND WHATSOEVER ITS SAID ATTORNEY-IN-FACT MAY LAWFULLY DO AND PER-
FORM IN THE PREMISES BY VIRTUE OF THESE PRESENTS.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED. THE OBLIGATION OF THE COMPANY SHALL
NOT EXCEED THE SUM OF TWO HUNDRED & FIFTY THOUSAND ($250,000.000) DOLLARS AND MAY BE EXECUTED
FOR RECOGNIZANCE OF BAIL BONDS ONLY, BUT INCLUDING PEACE BOND.

DATE _6-20-10_      BOND AMOUNT $ _25,000_
       (RELEASED FROM JAIL)

OFFENSE _Dst of Marijuana_ COURT _District_ CITY _Phoenix_

DATE TO APPEAR IN COURT _9-7-10_

DEFENDANT _Roy Heath_

ADDRESS _____

AGENT _Staley Jennette_ DATE _6-20-10_

(SEAL)

A.A.A BONDING CO.
* SEAL *
ALABAMA

(SEAL)

_C. L. Hinkle_
GENERAL MGR.

SEPARATE POWER-OF-ATTORNEY MUST BE ATTACHED TO EACH BOND AND REMAIN A PERMANENT PART OF THE COURT'S
RECORD IN ORDER FOR AAA BONDING CO., TO BE LIABLE. THIS POWER DOES NOT AUTHORIZE EXECUTION OF BONDS OF NE
EXEAT OR ANY GUARANTEE FOR FAILURE TO PROVIDE PAYMENTS OF ALIMONY SUPPORT OR WAGE LAW CLAIMS.

WHITE-RECEIPT-Client          YELLOW-Office          PINK-Remains in Book
       BOTTOM-Jail

Fingerprinted □ Yes ☑ No   R&I Completed

# ALABAMA UNIFORM ARREST REPORT

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

| 1 ORI | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0,5,7,0,0,0,0 | Metro Narcotics Task Force | SL0003157 | |

**5 LAST, FIRST, MIDDLE NAME:** Heath, Roy David
**6 ALIAS AKA:**

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN | 14 SCARS / MARKS / TATOOS / AMPUTATIONS |
|---|---|---|---|---|---|---|---|
| M | W | 5'6" | 195 | Bro | Bro | Med | Firearm "Theatre of Pain" |

| 15 PLACE OF BIRTH | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Columbus, GA | 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 | 1/2/2360 | 39 | |

**20 SID #:** None
**26 RESIDENT / NON-RESIDENT**
**27 HOME ADDRESS:** 3 Trapper Drive Phenix City AL
**28 RESIDENCE PHONE:** (334) 448-1242
**29 OCCUPATION:** N/A

**30 EMPLOYER:** Unemployed  **32 BUSINESS PHONE:** N/A

**33 LOCATION OF ARREST:** 915 13th Avenue Phenix City AL

**36 CONDITION OF ARRESTEE:** Sober  **37 RESIST ARREST?** No  **38 INJURIES?** None  **39 ARMED?** No

**41 DATE OF ARREST:** 0510400  **42 TIME:** 21:00 2 PM  **43 DAY:** W

| 46 CHARGE-1 FEL | 47 UCR CODE | 48 CHARGE-2 | 49 UCR CODE |
|---|---|---|---|
| Distribution of Marijuana | 3560 | Distribution of Marijuana | 3560 |

**50 STATE CODE:** 13A-12-211  **51 WARRANT#:** 00 1319  **53 STATE CODE:** 13A-12-211

| 56 CHARGE-3 FEL | 57 UCR CODE |
|---|---|
| Possession of Marijuana-First | 3562 |

**60 STATE CODE:** 13A-12-213

**CASE NO:** DC 00-1117
**CHARGE:** Sale Marijuana
**DATE FILED:**
**PRELIMINARY HEARING:**
**SUBPOENAS:** 2
**DATE DISPOSED:**

**102 SIGNATURE OF RECEIVING OFFICER**
**111 ARRESTING OFFICER:** Franklin, Tom

ACJIC—34 REV. 10-90

# CONSOLIDATED BOND

030000

## (District Court, Grand Jury, Circuit Court)

☐ STATE OF ALABAMA

*Roy Heath*
v.

DEFENDANT

_DC-00-1117_
Case Number

STATE OF ALABAMA

In the **DISTRICT** _____ Court of

**RUSSELL** _____ County

---

I, (Defendant) _Roy Heath_ _____, as principal, and

we, **A.A.A. BONDING CO.** _____, as sureties, agree to pay the

State of Alabama $ _10,000_ _____ unless the above named defendant appears before the District

Court of said County on (Date) _9-7-00_ _____ at (Time) _9.00_ _____ or at the

next session of Circuit Court of said County, or in the event of transfer, in the district or circuit court of the county of

transfer; there to await the action by the grand jury and from session to session thereafter until discharged by law to

answer to the charge of _Not. D. Marijuana_ _____ or any other charge.

We hereby severally certify that we have property over and above all debts and liabilities to the amount of the above

bond. We waive the benefit of all laws exempting property from levy and sale under execution or other process for the

collection of debt, by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim

exempt our wages or salary, that we have under the laws of Alabama.

It is agreed and understood that this is a continuing bond which shall remain in full force and effect until such

time as the undersigned are duly exonerated.

X _Roy W Heath_

Signature of Defendant

_Stacy Demrick_

Signature of Surety

_____

Signature of Surety

_____

Signature of Surety

_6-20-00_

Date

_3 Trapper Dr. Phenix City, AL 36867_
Address (Print)    City    State    Zip

**1319 HWY. 77 LAFAYETTE, AL.**
Address (Print)    City    State    Zip

_____
Address (Print)    City    State    Zip

_____
Address (Print)    City    State    Zip

Approved by _213_

_SGT_
Title

_610_

---

## DEFENDANT'S INFORMATION

Date of Birth _12-23-60_    Social Security Number _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_    Sex _M_

Driver's License Number _____    State _____    Race _W_

Telephone – Residence _____    Telephone – Work _____

---

☐ Appearance Bond – Property          ☐ Appearance Bond – Recognizance

☐ Bail Bond                           ☐ Cash Bond

PLG-003

S 10   BOND AMOUNT

POWER ... ... TORNEY
AAA B...  ...G CO.
LaFayette, Alabama

N° 14382

000081

KNOW ALL BY THESE PRESENTS, THAT THE AAA BONDING CO., A COMPANY DULY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF ALABAMA HAS CONSTITUTED AND APPOINTED, AND DOES HEREBY CON-STITUTE AND APPOINT,

AGENT   Stacy

ITS TRUE AND LAWFUL ATTORNEY-IN-FACT, WITH, FULL POWER AND AUTHORITY TO SIGN THE COMPANY'S NAME AND DELIVER ON ITS BEHALF AS SURETY, ANY AND ALL OBLIGATIONS AS HEREIN PROVIDED, AND THE EXECUTION OF SUCH OBLIGATIONS IN PURSUANCE OF THESE PRESENTS SHALL BE AS BINDING UPON THE COMPANY AS FULLY AND TO ALL INTENTS AND PURPOSES AS IF DONE BY THE REGULARLY ELECTED OFFICERS OF THE SAID COMPANY AT ITS HOME OFFICE IN THEIR PROPER PERSON; AND THE SAID COMPANY HEREBY RATIFIES AND CONFIRMS ALL AND WHATSOEVER ITS SAID ATTORNEY-IN-FACT MAY LAWFULLY DO AND PER-FORM IN THE PREMISES BY VIRTUE OF THESE PRESENTS.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED.  THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF TWO HUNDRED & FIFTY THOUSAND ($250,000.000) DOLLARS AND MAY BE EXECUTED FOR RECOGNIZANCE OF BAIL BONDS ONLY, BUT INCLUDING PEACE BOND.

DATE 6-20-00  (RELEASED FROM JAIL)   BOND AMOUNT $ 10,000

OFFENSE Dist of Marijuana COURT District CITY Phenix

DATE TO APPEAR IN COURT 9-7-00

DEFENDANT Roy Heath

ADDRESS

AGENT Stacy Jennieter   DATE 6-20-00

(SEAL)

C. L. Hinkle
GENERAL MGR.

SEPARATE POWER-OF-ATTORNEY MUST BE ATTACHED TO EACH BOND AND REMAIN A PERMANENT PART OF THE COURT'S RECORD IN ORDER FOR AAA BONDING CO., TO BE LIABLE. THIS POWER DOES NOT AUTHORIZE EXECUTION OF BONDS OF NE EXEAT OR ANY GUARANTEE FOR FAILURE TO PROVIDE PAYMENTS OF ALIMONY SUPPORT OF WAGE LAW CLAIMS.

WHITE-RECEIPT-Client
BOTTOM-Jail

YELLOW-Office

PINK-Remains in Book

Case 3:05-cv-00936-MEF-CSC    Document 9-2    Filed 11/07/2005    Page 67 of 100

000062

| Agency No. SL0003330 | DC No. 00-1117&18 | CC No. _____ | G. J. No. 173W? |

A TRUE BILL, presented to the judge Presiding in open Court by the Foreperson of this Grand Jury, and filed in open court this /2 day of _____, 2001.

_Lori Edwards_
**Grand Jury Foreman**

_Devon Kiker_
Clerk of the Circuit Court
of Russell County
Twenty-Sixth Judicial Circuit

CC-01-36

# INDICTMENT

## *THE STATE OF ALABAMA*

*vs.*

*ROY D. HEATH*
*SID: AL01597699*

*alias*
None Reported

**CHARGES:**                                               SECTION

1. DISTRIBUTION OF A CONTROLLED SUBSTANCE

2. POSSESSION OF MARIJUANA 1ST DEGREE

Bail fixed at $ /2500  this /2 day of _JAN_, 2001.

_____
Judge Presiding

**THE STATE OF ALABAMA**                      CIRCUIT COURT
**RUSSELL COUNTY**                                    2001

Prosecutor: BUSTER LANDREAU

000119

KENNETH DAVIS
DISTRICT ATTORNEY
TWENTY-SIXTH JUDICIAL

THE STATE OF ALABAMA, RUSSELL COUNTY
CIRCUIT COURT - TWENTY-SIXTH JUDICAL CIRCUIT

COUNT 1

The Grand Jury of said county charge that, before the finding of this indictment, ROY D. HEATH, whose name is otherwise unknown to the Grand Jury than as stated, did unlawfully sell, furnish, give away, manufacture, deliver or distribute MARIHUANA, a controlled substance, in violation of Section 13A-12-211 of the Code of Alabama, 1975, as amended, and against the peace and dignity of the State of Alabama.

COUNT 2

The Grand Jury of said county further charge that, before the finding of this indictment, ROY D. HEATH, whose name is otherwise unknown to the Grand Jury than as stated, did possess marijuana, a controlled substance, for other than [his/her] personal use, in violation of 13A-12-213 of the Code of Alabama, 1975, as amended, and against the peace and dignity of the State of Alabama.

KENNETH DAVIS
District Attorney
Twenty-Sixth Judicial Circuit

WITNESSES:

KEMIKA ALLOWAY, 1001 13TH. ST. SO., BIRMINGHAM, AL  35205
AGENT JEFF EVANS, METRO NARCOTICS, ,
TOM FRANKLIN, RUSSELL COUNTY SHERIFFS DEPARTMENT, PHENIX CITY, AL  36867
AGENT HERRING, METRO NARCOTICS, ,
AGENT JIM PRICE, METRO NARCOTICS TASK FORCE, COLUMBUS, GA

| State of Alabama Unified Judicial System | PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT | Case Number |
|---|---|---|
| Form C-69    Rev   6/88 | | CC-01-30.36 |

IN THE _Circuit_ COURT OF _Russell_ COUNTY

STATE OF ALABAMA v. _Roy David Heath_

COMES NOW the Defendant in the above styled matter, and to the offense charged enters a plea of Not Guilty

Defendant further waives the right to have an Arraignment at which the Defendant is present in person, or at which the Defendant is represented by an attorney.

But, the Defendant specifically and expressly reserves the right upon the filing hereof to hereafter, but before trial or before such date as may be set by the Court, to interpose any special pleas or additional pleadings which the Defendant had the right as a matter of law or rule to interpose in this cause, prior to the filing hereof.

Defendant's date of birth is _12/23/60_. Defendant's age is _40_
The Defendant is not eligible for consideration by the Court for Youthful Offender status as provided by law.

_2/16/01_
Date

_2/16/01_
Date

Defendant

Attorney for Defendant

This is to certify that I am the Attorney for the Defendant in this matter, and that I have fully explained this form and all matters set forth herein, and pertaining hereto, to the Defendant. I further state to the Court that I have explained to the Defendant his right to be Arraigned in person and his right to have me represent him at Arraignment. I further certify to the Court that my client hereby knowingly, voluntarily, and intelligently waives these rights after a full and complete explanation of each and every one of them to him by me. BOTH MYSELF AND THE DEFENDANT UNDERSTAND THAT I AM RESPONSIBLE FOR ASCERTAINING WHAT DATE, IF ANY, HAS BEEN SET BY THE COURT FOR THE MAKING OR FILING OF ANY ADDITIONAL PLEADINGS OR SPECIAL PLEAS. I FURTHER UNDERSTAND THAT I AM RESPONSIBLE FOR NOTIFYING MY CLIENT OF THE DATE HIS CASE IS SET FOR TRIAL, AND THAT I HAVE ADVISED AND INFORMED HIM THAT IN THE EVENT HE FAILS TO APPEAR ON THE DATE HIS CASE IS SET FOR TRIAL, ALL APPROPRIATE LEGAL ACTION WILL BE TAKEN BY THE COURT AGAINST THE DEFENDANT AND HIS BOND. I further certify to the Court that I have advised my client that he is responsible for obtaining the date his case is set for trial in this matter and that in the event he fails to appear on the date his case is set for trial all appropriate legal action will be taken by the Court against the Defendant and his bond, and I hereby certify that the Defendant knows that he is personally responsible for obtaining the date his case is set for trial and for being present in Court on that date.

_2/16/01_
Date

Attorney for Defendant Signature

_John Mc Britton_
Printed Attorney's Name

_1110 Broad Street 36867_
Address

This is to certify that my Attorney has explained each and every matter and right set forth in this form and I have completely and fully read and do so understand each and every matter set forth in this form. I further state to the Court that I do not wish to be personally present at an Arraignment in this case and that I do not want to have an Attorney represent me at an Arraignment and WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS. I further state to the Court that I have been informed of the charge against me.

_2/16/01_
Date

Defendant Signature

Filed in office this date _2/16/01_

_Kathy Coulter_
Clerk

By: _JBS_

COURT RECORD (Original)    DEFENDANT (Copy)    ATTORNEY (Copy)

060065

| | |
|---|---|
| STATE OF ALABAMA                )<br>                                                )<br>               PLAINTIFF,          )<br>                                                )<br>       VS.                                  )<br> _Coy David Heath_            )<br>                                                )<br>               DEFENDANT.       )<br> | IN THE CIRCUIT COURT OF<br><br>RUSSELL COUNTY, ALABAMA<br><br>CASE NO.: CC _01-36_ |

## ARRAIGNMENT ORDER

Defendant appeared in open court on this date at which time:

_X_ The defendant advised the Court that he/she had retained
_John Britton_____, Attorney at law, to represent him/
her in these proceedings.

____ The defendant advised the Court that he/she was indigent and
unable to employ counsel to represent him/her in these
proceedings. The Court appointed _____
an experienced and competent attorney, to represent him/her in
these proceedings.

____ The defendant applied for youthful offender status. Ruling on
said application was set for _____ at _____.

_X_ The defendant waived the reading of the indictment and entered
a plea of not guilty to the offense charged therein.

____ The Court ordered an alias writ for the defendant's failure to
appeal in Court.

_X_ Plea deadline set for April 9, 2001.

_X_ Docket call set for April 10, 2001 at 10:00 A.M.

_X_ This case is scheduled for trial docket of April 16, 2001.

____ The defendant shall pay the sum of $25.00 per week towards
his/her attorney's fees. Payments to begin 2-26-01.

____ _____
_____.

**DONE** this the 20th day of February, 2001.

_____
JUDGE, CIRCUIT COURT

000066

STATE OF ALABAMA    *    IN THE CIRCUIT COURT OF

       * 

V.        *    RUSSELL COUNTY, ALABAMA

       * 

ROY D. HEATH    *    CASE NO. CC-01-036

## NOTICE OF PRIOR CONVICTIONS FOR SENTENCE HEARING

Pursuant to Rule 26.6(b)(3)(ii) of the Alabama Rules of Criminal Procedure, notice is hereby given as to the following convictions which the State intends to establish in the sentence hearing of this Defendant in the event said Defendant is convicted on the instant matter, to-wit:

1. In the Superior Court of Muscogee County, Georgia, Case Number SU93CR1905, Count 1, Defendant was convicted of Aggravated Child Molestation. Said Defendant was represented by counsel.

2. In the Superior Court of Muscogee County, Georgia, Case Number SU93CR1905, Count 2, Defendant was convicted of Child Molestation. Said Defendant was represented by counsel.

3. In the Superior Court of Muscogee County, Georgia, Case Number SU93CR1905, Count 3, Defendant was convicted of Enticing a Child for Immoral Purposes. Said Defendant was represented by counsel

FILED IN OFFICE

2001 MAR -2 AM 11:45

CIRCUIT / DIST. COURT
RUSSELL CO., AL

Buster Landreau
Chief Deputy District Attorney
26th Judicial Circuit
LAN034

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the foregoing upon the Hon. **John Britton** Attorney for Defendant by placing the same in a box reserved in said attorney's name in the Circuit Clerk's Office of Russell County.

This _____2nd_____ day of _____March_____, 2001.

Buster Landreau

000067

STATE OF ALABAMA

     V.

ROY D. HEATH

     \*
     \*
     \*
     \*
     \*

IN THE CIRCUIT COURT OF

RUSSELL COUNTY, ALABAMA

CASE NO. CC-01-036

## NOTICE OF INTENT TO ADMIT CERTIFICATE OF ANALYSIS

COMES NOW THE STATE OF ALABAMA by and through the District Attorney for

Russell County and gives notice to the above named Defendant that it intends to offer proof of the

nature and quantity of the substance or substances charged in this case by the certificate of analysis

prepared for the State by the Alabama Department of Forensic Sciences in proper form as required

by Section 12-21-300 of the Code of Alabama (1975).

FILED IN OFFICE
2001 MAR -2 AM 11:45
CIRCUIT/DIST. COURT
RUSSELL CO. AL

                KENNETH DAVIS
                DISTRICT ATTORNEY

                BUSTER LANDREAU
                Chief Deputy District Attorney
                LAN034

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing notice on the Hon. **JOHN BRITTON** Counsel for
Defendant by placing a copy of said notice in the receptacle reserved in his name in the Circuit
Clerk's Office in the courthouse of Russell County, Alabama.

        Done this _____2ND_____Day of ___MARCH_____, 2001

                Buster Landreau

000068

| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| | * | |
| VS. | * | RUSSELL COUNTY, ALABAMA |
| | * | |
| ROY D. HEATH | * | CASE NO. CC-01-030,036 |

## MOTION FOR CONSOLIDATION OF OFFENSES

The State moves the Court for an order that the above actions be tried together, upon the ground that the alleged offenses charged against the defendant in the indictment in each of said actions could have been joined as a single indictment under Rule 13 of the Alabama Rules of Criminal Procedure in that they are:

1. Of the same or similar character; or

2. Based on the same conduct or are otherwise connected in their commission; or

3. Alleged to have been part of a common scheme or plan.

By trial together of said actions, the expense of and time consumed in trial will be materially reduced.

BUSTER LANDREAU
CHIEF DEPUTY DISTRICT ATTORNEY
26TH JUDICIAL CIRCUIT
LAN 034

FILED IN OFFICE
2001 MAR -2 AH 11: 45
CIRCUIT/DIST. COURT
RUSSELL CO. AL

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the forgoing Motion upon the Hon. **JOHN BRITTON** Attorney for the Defendant by placing a copy of the same in a receptacle reserved in his name in the office of the Circuit Clerk of Russell County

Done this_____2ND_____ Day of _____MARCH_____,2001

BUSTER LANDREAU

630069

| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| | * | |
| VS. | * | RUSSELL COUNTY, ALABAMA |
| | * | |
| ROY D. HEATH | * | CASE NO. CC-01-036 |

## MOTION FOR DISCOVERY

Comes now the State of Alabama by and through its District Attorney, Kenneth Davis and moves the Court pursuant to Rule 16.2 of the Alabama Rules of Criminal Procedure to issue an order directed to Hon. **JOHN BRITTON** Counsel for Defendant, to-wit:

1. To permit the State to analyze, inspect, and copy or photograph books, papers, documents, photographs, audio tapes, video tapes, tangible objects, buildings or places, or portions of any of these things, which are within the possession custody, or control of the Defendant and which the Defendant intends to introduce in evidence at the trial.

2. To permit the State to inspect and copy any results or reports of physical or mental examinations, and of scientific tests or experiments made in connection with this particular case, which are within the possession or control of the Defendant and which he intends to introduce in evidence at the trial or which were prepared by a witness whom the Defendant intends to call at the trial, if the results or reports relate to the witness's testimony.

3. To produce and permit the State to inspect and copy the names and addresses of qualified mental health professionals who have personally examined the Defendant or any evidence in this case, as well as the results of or reports of mental examinations, scientific tests, experiments or comparisons and statements made by such professionals.

C00070

Done this ___2ND___ Day of ___MARCH___,2001.

KENNETH DAVIS
DISTRICT ATTORNEY
26TH JUDICIAL CIRCUIT

BY: _____
Buster Landreau
Chief Deputy District Attorney
LAN 034


CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion for Discovery upon the Hon. **JOHN BRITTON**, Counsel for the Defendant, by placing the same in a receptacle reserved in his/her name in the Office of the Clerk of the Circuit Court of Russell County, Alabama.

This the ___2ND___ Day of ___MARCH___, 2001.

_____
Buster Landreau

FILED IN OFFICE
2001 MAR -2 AM 11:44
CIRCUIT/DIST. COURT
RUSSELL CO. AL

STATE OF ALABAMA,                    )    IN THE CIRCUIT COURT OF                    000071

    PLAINTIFF,                       )    RUSSELL COUNTY, ALABAMA

3.                                   )    CASE NO. CC 01-030,036

ROY D. HEATH                         )

    DEFENDANT.                       )

### O R D E R

    The State of Alabama, by and through its District Attorney, has filed a motion for discovery in the above case. Upon consideration of the motion, it is **ORDERED** by the Court that the Defendant shall:

    1. Permit the District Attorney to analyze, inspect, and copy or photograph books, papers, documents, photographs, tangible objects, buildings or places, or portions of any of these things, which are within the possession, custody or control of the defendant and which the defendant intends to introduce in evidence at the trial.

    2. Permit the District Attorney to inspect and copy any results or reports of physical or mental examinations, and of scientific tests or experiments made in connection with the particular case, which are within the possession or control of the defendant and which the defendant intends to introduce in evidence at the trial or which were prepared by a witness whom the defendant intends to call at trial, if the results or reports relate to the witness's testimony.

    **DONE** this 6th day of March, 2001.

                        _George Greene_
                George R. Greene, Circuit Judge

IN THE CIRCUIT COURT OF

RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA              )

      PLAINTIFF             )

VS.                           )          CASE NO. CC-01-30/36

ROY D. HEATH                  )

      DEFENDANT.            )

## ORDER

It is Ordered that the above styled cause is set for a hearing for the 11th day of April, 2001 at 4:00 P.M. in Courtroom No. 1, Russell County Courthouse on the State's motion to consolidate.

Dated this the 20th day of March, 2001.

_George Greene_

**JUDGE, CIRCUIT COURT**

FILED IN OFFICE
2001 MAR 20  PM 4:36
CIRCUIT/DIST. COURT
RUSSELL CO., AL

State of Alabama
Unified Judicial System

Form CR-52 (front)    Rev. 8/11/2000

**EXPLANATION OF RIGHTS AND PLEA OF GUILTY**
(Habitual Felony Offender — Circuit or District Court)

Case Number
☐ Count *CC-01-3043*
(count #, if applicable)

IN THE _Circuit_ COURT OF _Russell_, ALABAMA
(Circuit or District)    (Name of County)

STATE OF ALABAMA v. _Ray D. Heath_
Defendant

TO THE ABOVE-NAMED DEFENDANT: After the court was informed that you wish to enter a plea of guilty in this case, this is to inform you of your rights as a criminal defendant.

**PENALTIES APPLICABLE TO YOUR CASE** *and Possession of Marijuana 1st*

You are charged with the crime of _Distribution of Marijuana_, which is a Class _B_ Felony. The court has been informed that you desire to enter a plea of guilty to ☐ this offense or ☐ to the crime of _____ which is a Class _D_ Felony. The sentencing range for the above crime(s) is set out below:

| FELONY | |
|---|---|
| Class A | Not less than ten (10) years and not more than ninety-nine (99) years imprisonment or life imprisonment in the state penitentiary, including hard labor and may include a fine not to exceed $20,000. |
| Class B | Not less than two (2) years and not more than twenty (20) years imprisonment in the state penitentiary, including hard labor and may include a fine not to exceed $10,000. For imprisonment not more than 3 years, confinement may be in county jail and sentence may include hard labor for county. |
| Class C | Not less than one (1) year and one (1) day and not more than ten (10) years imprisonment in the state penitentiary, including hard labor and may include a fine not to exceed $5,000. For imprisonment not more than 3 years, confinement may be in county jail and sentence may include hard labor for county. |

You will also be ordered to pay the costs of court, which may include the fees of any appointed attorney, and restitution if there is any. You will also be ordered to pay an additional monetary penalty for the use and benefit of the Alabama Crime Victims Compensation Commission of not less than $50 and not more than $10,000 for each felony for which you are convicted.

As a reported habitual offender, you are further advised that the Alabama Habitual Offender Act, §13A-5-9, as amended by Act 2000-759, provides the following enhanced punishment for anyone who has been previously convicted of one or more felonies and who then is convicted of a subsequent felony:

| Prior Felonies →<br>This offense | No<br>Prior Felonies | One<br>Prior Felony | Two<br>Prior Felonies | Three +<br>Prior Felonies |
|---|---|---|---|---|
| Class C Felony | 1 Yr. & 1 Day —10 Years<br>In State Penitentiary<br>Fine Up To $5,000 | 2—20 Years<br>In State Penitentiary<br>Fine Up To $10,000 | 10 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | 15 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 |
| Class B Felony | 2 — 20 Years,<br>In State Penitentiary<br>Fine Up To $10,000 | 10 — 99 Years or Life,<br>In State Penitentiary<br>Fine Up To $20,000 | 15— 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | Mandatory Life Imprisonment or<br>any term of not less than 20<br>years Fine Up To $20,000 |
| Class A Felony<br>(No prior convictions for a<br>Class A Felony) | 10 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | 15 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | Life imprisonment or Any Term<br>Of Years Not Less Than 99<br>Fine Up To $20,000 | Mandatory Imprisonment For Life<br>or Life Imprisonment Without<br>Possibility of Parole<br>Fine Up To $20,000 |
| Class A Felony<br>(One or more prior<br>convictions for any Class A<br>Felony) | 10 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | 15 — 99 Years or Life<br>In State Penitentiary<br>Fine Up To $20,000 | Life imprisonment or Any Term<br>Of Years Not Less Than 99<br>Fine Up To $20,000 | Mandatory Imprisonment For<br>Life Without Possibility of Parole<br>Fine Up To $20,000 |

This crime is also subject to the following enhancements or additional penalties as provided by law: (Provisions Checked Apply To Your Case)

☐ **Enhanced Punishment For Use Of Firearm Or Deadly Weapon:** §13A-5-6, *Code of Alabama* 1975, provides for sentence enhancement where a "firearm or deadly weapon was used or attempted to be used in the commission of a felony." This section provides for the following punishment in such event: For the commission of a Class A Felony, a term of imprisonment of not less than 20 years; for the commission of a Class B or Class C Felony, a term of imprisonment of not less than 10 years;

☒ **Enhanced Punishment for Drug Sale Near School:** §13A-12-250, *Code of Alabama* 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public or private school, college, university or other educational institution, must be punished by an additional penalty of five years imprisonment in a state correctional facility for each violation. This period of imprisonment is mandatory and the punishment imposed shall not be suspended or probation granted.

☒ **Enhanced Punishment for Drug Sale Near Housing Project:** §13A-12-270, *Code of Alabama* 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public housing project owned by a housing authority must be punished by an additional penalty of five years' imprisonment in a state correctional facility for each violation. This period of imprisonment is mandatory and the punishment imposed shall not be suspended or probation granted.

☐ **Enhanced Punishment For Sales Of Controlled Substance To Anyone Under 18:** §13A-12-215, *Code of Alabama* 1975, provides that anyone convicted of selling, furnishing, or giving away a controlled substance to one who has not yet attained the age of 18 years, shall be guilty of a Class A Felony and the punishment imposed shall not be suspended or probation granted.

☐ **Drug Demand Reduction Assessment Act and Loss of Driving Privileges:** Section 13A-12-281 provides that, if you are convicted of a violation of §13A-12-202 (criminal solicitation to commit controlled substance crime), 13A-12-203 (attempt to commit a controlled substance crime), 13A-12-204 (criminal conspiracy), 13A-12-211(unlawful distribution of a controlled substance), 13A-12-212 (unlawful possession or receipt of a controlled substance), 13A-12-213 (unlawful possession of marijuana, 1st), 13A-12-215 (sale, furnishing, etc., of controlled substance by person over age 18 to person under age 18) or 13A-12-231(drug trafficking), *Code of Alabama* 1975, you shall be assessed an additional fee of $1,000 if you are a first-time offender or

Original - Court File        Copy - Defendant        Copy - District Attorney        Copy - Defense Attorney

| Form CR-52 (back)   Rev. 8/11/2000 | EXPLANATION OF RIGHTS AND PLEA OF GUILTY<br>(Habitual Felony Offender - Circuit or District Court) |
|---|---|

$2,000 if you are a repeat offender under one of these sections. Collection of all or part of the penalty will be suspended if, with court approval, you enter a drug rehabilitation program and if you agree to pay for a part or all of the program costs. Upon successful completion of the program, you may apply to the court to reduce the penalty by the amount actually paid by you for participation in the program. Any suspension of the penalty can be withdrawn by the court if you fail to enroll in or successfully pursue or otherwise fail to complete an approved program. In addition, pursuant to §13A-12-214 (unlawful possession of marijuana in the second degree), §32-5A-191(a)(3) or §32-5A-191(a)(4)(DUI offenses involving drugs), you will lose your privilege to drive a motor vehicle for a period of six months, which shall be in addition to any suspension or revocation otherwise provided by law.

☐ **Alcohol/Drug Related Offenses:** If you are convicted of an alcohol or drug-related offense, you will be required to undergo an evaluation for substance abuse. Based upon the results of any such evaluation, you will be required to complete the recommended course of education and/or treatment and to pay for the evaluation and any cost of program to which you are referred. Failure to submit to an evaluation or failure to complete any program to which you may be referred will be considered a violation of any probation or parole you may be granted. You may also be required to attend monitoring sessions, including random drug and alcohol testing or blood, urine and/or breath, tests and to pay a fee for this service. You may request a waiver of part of all of the fees assessed if you are indigent or for any portion of time you are financially unable to pay. Community service may be ordered by the court in lieu of the monetary payment of fees.

☐ **DNA Samples for Criminal Offenses in §36-18-24:** Section 36-18-25(e), *Code of Alabama* 1975, provides that, all persons convicted of any of the offenses set out in §36-18-24(felony offense or any offense contained in Chapter 6 of Title 13A - offenses involving danger to the person - or attempt, conspiracy, or solicitation thereof ), shall be ordered by the court to submit to the taking of a DNA sample or samples.

☐ **Drug Possession:** If you are convicted in any court of this state for drug possession, drug sale, drug trafficking, or drug paraphernalia offenses as defined in §§13A-12-211 to 13A-12-260, inclusive, *Code of Alabama* 1975, an additional fee of $100.00 will be assessed pursuant to §36-18-7, *Code of Alabama* 1975.

☐ **Other:** _____

### RIGHTS YOU HAVE AND WAIVER OF YOUR RIGHTS

Under the Constitution of the United States and the Constitution and laws of the State of Alabama, you have a right to remain silent and you may not be compelled to give evidence against yourself. Your attorney cannot disclose any confidential talks he/she has had with you. You are not required to answer any questions. If you do answer questions knowing that you have a right to remain silent, you will have waived this right.

You have the right to enter, and continue to assert, a plea of "Not Guilty" or "Not Guilty by Reason of Mental Disease or Defect," and have a public trial before a duly selected jury. The jury would decide your guilt or innocence based upon the evidence presented before them. If you elect to proceed to trial, you would have the right to be present, you would have the right to have your attorney present to assist you, you would have the right to confront and cross examine your accuser(s) and all the State's witnesses, you would have the right to subpoena witnesses to testify on your behalf and to have their attendance in court and their testimony required by the court, and you would have the right to take the witness stand and to testify, but only if you chose to do so, as no one can require you to do this. If you elect to testify, you can be cross examined by the State, just as any other witness is subjected to cross examination. If you decide not to testify, no one but your attorney will be allowed to comment about that fact to the jury. Your attorney is bound to do everything he/she can honorably and reasonably do to see that you obtain a fair and impartial trial.

If you elect to proceed to trial, you come to court presumed to be innocent. This presumption of innocence will follow you throughout the trial until the State produces sufficient evidence to convince the jury (or the court if the trial is non-jury) of your guilt beyond a reasonable doubt. You have no burden of proof in this case. If the State fails to meet its burden, you would be found not guilty. If you are entering a guilty plea to a charge for which you have not yet been indicted, you are waiving indictment by a grand jury and you will be pleading guilty to a charge preferred against you by a District Attorney's Information filed with the court.

IF YOU PLEAD GUILTY, THERE WILL BE NO TRIAL. YOU WILL BE WAIVING THE RIGHTS OUTLINED ABOVE, EXCEPT YOUR RIGHTS RELATING TO REPRESENTATION BY AN ATTORNEY. THE STATE WILL HAVE NOTHING TO PROVE, AND YOU WILL BE CONVICTED AND SENTENCED BASED ON YOUR GUILTY PLEA. YOU WILL, HOWEVER, HAVE THE RIGHT TO APPEAL.

IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS OR THE CONSEQUENCES OF PLEADING GUILTY, PLEASE LET THE COURT KNOW NOW AND FURTHER EXPLANATION WILL BE MADE.

Date _4/9/2001_  
Judge _[signature]_

### ATTORNEY'S CERTIFICATE

I certify that the above was fully read to the defendant by me; that I explained the penalty or penalties involved with the defendant; that I discussed in detail the defendant's rights and the consequences of pleading guilty; and that, in my judgment, the defendant understands the same and that he/she is knowingly, voluntarily, and intelligently waiving his/her rights and entering a voluntary and intelligent plea of guilty. I further certify to the court that I have in no way forced or induced the defendant to plead guilty and to my knowledge no one else has done so.

Date _4/9/01_  
Attorney _[signature]_

### DEFENDANT'S STATEMENT OF WAIVER OF RIGHTS AND PLEA OF GUILTY

I certify to the court that my attorney has read and explained the matters set forth above; that my rights have been discussed with me in detail and fully explained; that I understand the charge or charges against me; that I understand my rights, the punishment or punishments provided by law as they may apply to my case, and I understand the consequences of pleading guilty; that I am not under the influence of any drugs, medicines, or alcoholic beverages; and I have not been threatened or abused or offered any inducement, reward, or hope of reward to plead guilty other than the terms of the plea agreement which will be stated on the record.

I further state to the court that I am guilty of the charge to which I am entering a plea of guilty, that I desire to plead guilty, that I made up my own mind to plead guilty, and that I knowingly, intelligently, and voluntarily waive my right to a trial in this case. I further state to the court that I am satisfied with my attorney's services and his/her handling of my case.

Date _4/9/01_  
Defendant _[signature]_

000075

| | | |
|---|---|---|
| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| | * | |
| VS. | * | RUSSELL COUNTY, ALABAMA |
| | * | |
| ROY D. HEATH | * | CASE NO. CC-01-030,036 |

## PLEA AGREEMENT

The Defendant has been indicted for the following:

| CASE NO. | | OFFENSE CHARGED |
|---|---|---|
| CC-01-030 | | DISTRIBUTION OF MARIJUANA |
| CC-01-036 | COUNT 1 | DISTRIBUTION OF MARIJUANA |
| | COUNT 2 | POSSESSION OF MARIJUANA 1ST |

Upon Defendant's plea of guilty to the charge(s) below, the District Attorney recommends the following:

| CASE NO. | | OFFENSE PLED |
|---|---|---|
| CC-01-030 | | DISTRIBUTION OF MARIJUANA |
| CC-01-036 | COUNT 1 | DISTRIBUTION OF MARIJUANA |
| | COUNT 2 | POSSESSION OF MARIJUANA 1ST |

## SENTENCE

CC-01-030    **30 YEARS** plus costs plus a $1,000.00 penalty mandated by the Demand Reduction Assessment Act of §13A-12-281 plus $100.00 to the Forensic Science Fund and $100.00 to the Victim's Compensation Fund. Further, the Defendant understands that §13A-12-290 requires that the Department of Public Safety requires the suspension of the Defendant's driver's license for a period of six (6) months.

(This 30 years shall consist of 20 years for violation of §13A-12-211, an additional 5 years mandated by §13A-12-250 for a sale of a controlled substance at or near a school campus and an additional 5 years mandated by §13A-12-270 for a sale of a controlled substance at or near a public housing

project. For purposes of this plea, the Defendant agrees to stipulate that this act occurred within three (3) miles of both a school and a housing project. No further proof of this by the State of Alabama will be required.)

CC-01-036  Count 1  **30 YEARS** Concurrent with the sentences imposed in CC-01-030 and Count 2 hereof, plus costs plus a $1,000.00 penalty mandated by the Demand Reduction Assessment Act of §13A-12-281 plus $100.00 to the Forensic Science Fund and $100.00 to the Victim's Compensation Fund. Further, the Defendant understands that §13A-12-290 requires that the Department of Public Safety requires the suspension of the Defendant's driver's license for a period of six (6) months.

(This 30 years shall consist of 20 years for violation of §13A-12-211, an additional 5 years mandated by §13A-12-250 for a sale of a controlled substance at or near a school campus and an additional 5 years mandated by §13A-12-270 for a sale of a controlled substance at or near a public housing project. For purposes of this plea, the Defendant agrees to stipulate that this act occurred within three (3) miles of both a school and a housing project. No further proof of this by the State of Alabama will be required.)

CC-01-036  Count 2  **30 YEARS** Concurrent with the sentences imposed in CC-01-030 and Count 1 hereof, plus costs plus a $1,000.00 penalty mandated by the Demand Reduction Assessment Act of §13A-12-281 plus $100.00 to the Forensic Science Fund and $100.00 to the Victim's Compensation Fund. Further, the Defendant understands that §13A-12-290 requires that the Department of Public Safety requires the suspension of the Defendant's driver's license for a period of six (6) months.

## HABITUAL OFFENDER APPLICATION

It is further agreed by the State of Alabama and the Defendant that Defendant has **Three (3)** prior felony conviction(s) and that Defendant will stipulate to same and that no further proof of this conviction need be made by the State of Alabama upon sentencing.

## RESTITUTION

The Defendant, counsel for the Defendant and the District Attorney agree that restitution is due the victim(s) as follows:

| CASE NO. | AMOUNT | VICTIM AND ADDRESS |
|---|---|---|

000077

CC-01-030,036                    none

***DEFENDANT HEREBY WAIVES HIS/HER RIGHT TO A RESTITUTION HEARING***

The Defendant is hereby ordered to pay restitution and court costs in the above-styled case. The Defendant agrees to make payments of $_100.00_____ per month, or such amount as determined by the Probation Officer ( whichever is greater) beginning 90 days subsequent to the date the Defendant was sentenced.

If the Defendant is incarcerated as a result of the sentence imposed in this case, the Defendant agrees to make payments within 90 days of release from confinement. If the Defendant receives probation as a result of the sentence imposed in this case, the Defendant agrees to make payments as delineated above and the Defendant agrees that a condition of his probation is to make regular payments.

The Defendant understands that failure to make regular monthly payments will result in an additional thirty per cent (30%) collection fee being added to the balance after 90 days. Failure of the Defendant to make regular payments may result in a wage withholding order being issued by this court.

## APPEAL

**If the Defendant files any post conviction petition (including but not limited to a Rule 32 Petition, a Motion for New Trial, a Motion to Set Aside this Plea Agreement or an Appeal) the State may void this agreement and return the original charges in this matter to the Trial docket.**

It is further agreed by the Defendant, counsel for the Defendant and the District attorney that upon approval of the above by the Court, the Defendant will enter a plea of guilty.

Done this the _9th_ day of _April_____, 2001.

_____          _____
Defendant                                        District Attorney
                                                 BL - 3/2/2001

_____
Defendant's Counsel of Record
John Britton

STATE OF ALABAMA       *      IN THE CIRCUIT COURT OF

            * 

VS.             *      RUSSELL COUNTY, ALABAMA

            *

ROY D. HEATH        *      CASE NO. CC-01-030,036

## STATEMENT OF ATTORNEY'S REPRESENTATION

Comes now the Defendant in the above-styled matter to honestly state under oath, as true and correct all of the following as to the representation of the Attorney(s) of Record herein.

1)     Are you completely satisfied with the way your attorney has represented you in this case?

           ____✓____ Yes       _____ No

2)     Given all the circumstances, are you completely satisfied with the settlement worked out by your attorney in this case?

           ____✓____ Yes       _____ No

3)     Do you accept this settlement voluntarily and of your own free will?

           ____✓____ Yes       _____ No

4)     Did anyone force, coerce, threaten, or promise you anything to get you to accept this settlement?

           _____ Yes       ____✓____ No

5)     Do you have any complaints at all about your attorney or the legal representation you received in this matter?

           _____ Yes       ____✓____ No

I DO HEREBY CERTIFY, upon my oath before this Court, that all of the above answers are absolutely true and correct.

_____       Date: ___4/9/01___
**Defendant**

_____
**Circuit Judge – Russell County, Alabama**

000079

## PLEA OF GUILTY

CC _01-36_
_Ct.1_

STATE OF ALABAMA  VS. _Ray David Heath_

Defendant, together with his/her attorney, appeared in open court on this date at which time:

✓ The defendant, having been advised by the Court of the charge(s) embraced in the indictment and the punishment therefore,  and the Court being satisfied that the defendant has been advised of his/her rights under the Constitutions of this State and the United States, the said defendant, with the consent and advise of his/her attorney, withdraws his/her plea of not guilty and pleads guilty to the offense of _Distribution of_ _Marijuana_ as charged in the indictment. _Ct. 1_

___ The defendant having been advised by the Court of the charge(s) embraced in the indictment and the punishment therefore, and the Court being satisfied that the defendant has been advised of his/her rights under the Constitution of this State and the United States, by his/her attorney, withdraws his/her plea of not guilty and pleads guilty to the LESSER AND INCLUDED offense of _____ _____ as charged in the indictment.

___ Sentencing hearing is waived by both parties.

___ Sentencing hearing is set for _____ at _____.

✓ Sentencing on the plea of guilty is set for _5-31-01_ at _9:30 AM_.

✓ Defendant makes application for probation.  Ruling on said application for probation is set for _5-31-01_ at _9:30 AM_ .

DONE this the  9th  day of  April,  2001.

_____
JUDGE, CIRCUIT COURT

000080

## PLEA OF GUILTY

CC _01-36_
_Ct. 2_

STATE OF ALABAMA  VS.  _Roy David Heath_

Defendant, together with his/her attorney, appeared in open court on this
date at which time:

✓   The defendant, having been advised by the Court of the charge(s) embraced
in the indictment and the punishment therefore,  and the Court being
satisfied that the defendant has been advised of his/her rights under the
Constitutions of this State and the United States, the said defendant, with the
consent and advise of his/her attorney, withdraws his/her plea of not guilty
and pleads guilty to the offense of _Possession of_
_marijuana 1st degree_ as charged in the indictment. _Ct. 2_

___   The defendant having been advised by the Court of the charge(s) embraced
in the indictment and the punishment therefore,  and the Court being
satisfied that the defendant has been advised of his/her rights under the
Constitution of this State and the United States, by his/her attorney,
withdraws his/her plea of not guilty and pleads guilty to the LESSER AND
INCLUDED offense of _____
_____ as charged in the indictment.

___   Sentencing hearing is waived by both parties.

___   Sentencing hearing is set for _____ at _____.

✓   Sentencing on the plea of guilty is set for _5-31-01_ at _9:30 AM_

✓   Defendant makes application for probation.  Ruling on said application for
probation is set for _5-31-01_ at _9:30 AM_.

DONE this the  9th  day of  April,  2001.

_____
JUDGE, CIRCUIT COURT

000081

STATE OF ALABAMA,                    )        IN THE CIRCUIT COURT OF
VS.                                           RUSSELL COUNTY, ALABAMA
ROY D. HEATH                         )        CASE NO. CC 01-36
DEFENDANT                                     Count 1

## SENTENCING ORDER

The defendant and counsel, and counsel for the State of Alabama appeared in
open court for the defendant to be sentenced on his/her conviction of
DISTRIBUTION OF MARIJUANA, Count 1                                              .

### HABITUAL FELONY OFFENDER

___ The defendant is sentenced as a habitual offender under the provision
of Section 13A-5-9 and 10 of the Code of Alabama.

### SENTENCE

___ The Court conducted a sentencing hearing.

___ A pre-sentence report was requested by the defendant and considered by
the Court.

___ The defendant waived a pre-sentence investigation and report.

___ The defendant is sentenced to the custody of the Commissioner of the
Department of Corrections for a period of _30_ year(s) ___ life.

___ Sentence to including five (5) years enhancement pursuant to 13A-12-
270, Code of_  Alabama, and an additional five (5) years enhancement
pursuant to 13A- 12-250, Code of Alabama.

___ The defendant is sentenced to the custody of the Sheriff of Russell
County for a period of ____ year(s), ____ month(s).

___ The defendant's sentence shall be concurrent with the sentence(s)
imposed in _CC- 01- 30, CC-01-34 count 2_.

___ The defendant shall pay restitution in the amount of $_____
to_____.  The Clerk of the Court is authorized
to collect and disburse restitution. Restitution is to be paid prior
to other court costs.

___ The defendant shall be given credit for time served.

___ The defendant shall pay a fine in the amount of $_____.

___ The defendant shall pay $10.00 per day incarceration fee.

___ The defendant shall pay the cost of this case.

___ The defendant shall pay the Alabama Crime Victims Compensation
Commission the sum of $_100.00_____.

___ The defendant shall perform _____ hours of community service.

___ The defendant is assessed with $1000.00 penalty mandated by the Demand
Reduction Assessment Account, Section 13A-12-281 of the Code of
Alabama which will be suspended upon defendant's agreement to enroll
in rehabilitation program and pay for same.

✓ The defendant shall undergo a substance abuse program while at the Department of Corrections.

✓ The defendant is assessed with $100.00 to Forensic Services Trust Fund Act No. 95-733 (Codified at Section 36-18-7).

✓ The defendant's drivers license are suspended for a period of 6 months.

✓ The defendant shall reimburse the State of Alabama the costs of his/her appointed counsel.

✓ The payment of court ordered monies shall be a condition of parole, early release, S.I.R., or work release.

## SUSPENDED SENTENCE

____ The defendant's sentence is suspended, and the defendant is placed on
____ supervised ____ unsupervised probation for a period of _____;

## SPLIT SENTENCE

____ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of _____ , however, as a first condition of probation the defendant shall serve a period of _____ in the custody of the Commissioner of the Department of Corrections/Sheriff of Russell County. At the end of the defendant's incarceration, he/she shall be transported back to this Court for the imposition of further terms and conditions of probation.

## BOOT CAMP

____ The defendant shall serve up to 180 days in the custody of the Commissioner of the Department of Corrections and he shall successfully complete the disciplinary, Rehabilitation program. When said program is completed or defendant is released from said program, he shall be returned to this Court for a hearing on his application for probation.

## REVERSE SPLIT SENTENCE

____ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of _____; however, upon completion of said probation period, the defendant shall serve a period of _____ in the custody of the Sheriff of Russell County, Alabama.

✓ The defendant was advised that he/she has the right to appeal his/her conviction and sentence, and if declared indigent he/she has the right to appointed counsel and the court reporter's transcript will be provided without cost to the defendant.

____ A review is scheduled for _____, 2001 at _____.

DONE and ORDERED in open court this __31st__ day of __May_____, 2001.

_____
JUDGE, CIRC  T COURT

STATE OF ALABAMA,                          )

VS.                                                              IN THE CIRCUIT COURT OF
ROY D. HEATH                               )     RUSSELL COUNTY, ALABAMA
                                                                 CASE NO. CC 01-36
DEFENDANT                                                               Count 2

SENTENCING ORDER

The defendant and counsel, and counsel for the State of Alabama appeared in
open court for the defendant to be sentenced on his/her conviction of
POSSESSION OF MARIJUANA 1st degree,  Count 2                                        .

HABITUAL FELONY OFFENDER

✓     The defendant is sentenced as a habitual offender under the provision
      of Section 13A-5-9 and 10 of the Code of Alabama.

SENTENCE

✓     The Court conducted a sentencing hearing.

✓     A pre-sentence report was requested by the defendant and considered by
      the Court.

____  The defendant waived a pre-sentence investigation and report.

✓     The defendant is sentenced to the custody of the Commissioner of the
      Department of Corrections for a period of 30 year(s) ____ life.

____  Sentence to including five (5) years enhancement pursuant to 13A-12-
      270, Code of  Alabama, and an additional five (5) years enhancement
      pursuant to 13A- 12-250, Code of Alabama.

____  The defendant is sentenced to the custody of the Sheriff of Russell
      County for a period of ____ year(s), ____ month(s).

✓     The defendant's sentence shall be concurrent with the sentence(s)
      imposed in  CC-01-30 & CC-01-36 CT 1                      .

____  The defendant shall pay restitution in the amount of $_____
      to_____.  The Clerk of the Court is authorized
      to collect and disburse restitution.  Restitution is to be paid prior
      to other court costs.

✓     The defendant shall be given credit for time served.

____  The defendant shall pay a fine in the amount of $_____.

____  The defendant shall pay $10.00 per day incarceration fee.

✓     The defendant shall pay the cost of this case.

✓     The defendant shall pay the Alabama Crime Victims Compensation
      Commission the sum of $ 100.00 .

____  The defendant shall perform ____ hours of community service.

✓     The defendant is assessed with $1000.00 penalty mandated by the Demand
      Reduction Assessment Account, Section 13A-12-281 of the Code of
      Alabama which will be suspended upon defendant's agreement to enroll
      in rehabilitation program and pay for same.

✓ The defendant shall undergo a substance abuse program while at the Department of Corrections.

✓ The defendant is assessed with $100.00 to Forensic Services Trust Fund Act No. 95-733 (Codified at Section 36-18-7).

✓ The defendant's drivers license are suspended for a period of 6 months.

✓ The defendant shall reimburse the State of Alabama the costs of his/her appointed counsel.

✓ The payment of court ordered monies shall be a condition of parole, early release, S.I.R., or work release.

### SUSPENDED SENTENCE

___ The defendant's sentence is suspended, and the defendant is placed on supervised ___unsupervised probation for a period of _____:

### SPLIT SENTENCE

___ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of _____ , however, as a first condition of probation the defendant shall serve a period of _____ in the custody of the Commissioner of the Department of Corrections/Sheriff of Russell County.  At the end of the defendant's incarceration, he/she shall be transported back to this Court for the imposition of further terms and conditions of probation.

### BOOT CAMP

___ The defendant shall serve up to 180 days in the custody of the Commissioner of the Department of Corrections and he shall successfully complete the disciplinary, Rehabilitation program.  When said program is completed or defendant is released from said program, he shall be returned to this Court for a hearing on his application for probation.

### REVERSE SPLIT SENTENCE

___ The defendant's sentence is suspended, and the defendant is placed on supervised probation for a period of _____; however, upon completion of said probation period, the defendant shall serve a period of _____ in the custody of the Sheriff of Russell County, Alabama.

✓ The defendant was advised that he/she has the right to appeal his/her conviction and sentence, and if declared indigent he/she has the right to appointed counsel and the court reporter's transcript will be provided without cost to the defendant.

___ A review is scheduled for _____, 2001 at _____.

DONE and ORDERED in open court this __31st__ day of __May_____, 2001.

JUDGE, CIRCUIT COURT

ACR359

ALABAMA JUDICIAL DATA CENTER
RUSSELL COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

060085

CC 2001 000036.00 01
GEORGE R. GREENE

```
------------------------------------------------------------------
| CIRCUIT COURT OF RUSSELL COUNTY           COURT ORI: 057015 J    |
|-----------------------------------------------------------------|
| STATE OF ALABAMA          VS.                DC NO: WR 2000 001362.00 |
| HEATH ROY DAVID              ALIAS:          G J:    173         |
| 3 TRAPPER DRIVE              ALIAS:          SSN:   259271653    |
| PHENIX CITY  AL  36867                       SID:   000000000    |
|                                              AIS:               |
|-----------------------------------------------------------------|
| DOB: 12/23/1960   SEX: M  HT: 5 06    WT: 195  HAIR: BRO  EYE: BRO |
| RACE: (X)W ( )B ( )O  COMPLEXION:         AGE:        FEATURES:   |
|-----------------------------------------------------------------|
| DATE OFFENSE: 05/02/2000  ARREST DATE: 05/04/2000  ARREST ORI: 0570000 |
|-----------------------------------------------------------------|
| CHARGES @ CONV      CITES          CT CL COURT ACTION     CA DATE |
| UNLAW DISTRIB CONT 13A-012-211     01 B  GUILTY PLEA     04/09/2001 |
|-----------------------------------------------------------------|
| JUDGE: GEORGE R. GREENE              PROSECUTOR: LANDREAU BUSTER  |
|-----------------------------------------------------------------|
| PROBATION APPLIED   GRANTED  DATE    REARRESTED DATE  REVOKED  DATE |
| ( )Y( )N           ( )Y( )N          ( )Y( )N         ( )Y( )N    |
|-----------------------------------------------------------------|
| 15-18-8, CODE OF ALA 1975   IMPOSED    SUSPENDED    TOTAL     JAIL CREDIT |
| ( )Y (X)N  CONFINEMENT: 30 00 000  00 00 000  30 00 000  00 00 047 |
|            PROBATION  : 00 00 000             00 00 000          |
| DATE SENTENCED: 05/31/2001     SENTENCE BEGINS: 05/31/2001       |
|-----------------------------------------------------------------|
| PROVISIONS           COSTS/RESTITUTION            DUE      ORDERED |
|                                                                  |
|   PENITENTIARY         RESTITUTION            $0.00       $0.00   |
|   CONCURR SENT         ATTORNEY FEE           $0.00       $0.00   |
|   HABITUAL OFDR        CRIME VICTIMS        $200.00     $200.00   |
|   DOC/SAPP PGM         COST                 $399.00     $399.00   |
|   ENHANCED SCH         FINE                   $0.00       $0.00   |
|   ENHANCED PROJ        MUNICIPAL FEES         $0.00       $0.00   |
|   DRUG                 DRUG FEES           $2520.00    $2520.00   |
|                        ADDTL DEFENDANT        $0.00       $0.00   |
|                        DA FEES                $0.00       $0.00   |
|                        COLLECTION ACCT        $0.00       $0.00   |
|                        JAIL FEES              $0.00       $0.00   |
|                                                                  |
|                        TOTAL              $3119.00    $3119.00   |
|-----------------------------------------------------------------|
| APPEAL DATE      SUSPENDED        AFFIRMED         REARREST       |
| ( )Y( )N         ( )Y( )N         ( )Y( )N         ( )Y( )N       |
|-----------------------------------------------------------------|
| REMARKS:                     THIS IS TO CERTIFY THAT THE         |
|                              ABOVE INFORMATION WAS EXTRACTED      |
|                              FROM OFFICIAL COURT RECORDS          |
|                              AND IS TRUE AND CORRECT.            |
|                                                                  |
|                                                                  |
|                                  Kathy Coulter                   |
|                              RATHY COULTER                       |
|                              06/07/2001                          |
|                                                                  |
------------------------------------------------------------------
```

OPERATOR: JOS
PREPARED: 06/07/2001

ACR359

ALABAMA JUDICIAL DATA CENTER
RUSSELL COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

000086

CC 2001 000036.00 02
GEORGE R. GREENE

```
------------------------------------------------------------------------
| CIRCUIT COURT OF RUSSELL COUNTY              COURT ORI: 057015 J      |
|-----------------------------------------------------------------------|
| STATE OF ALABAMA        VS.                  DC NO: WR 2000 001362.00  |
|                              ALIAS:          G J:   173               |
| HEATH ROY DAVID              ALIAS:          SSN:   259271658         |
| 3 TRAPPER DRIVE                              SID:   000000000         |
| PHENIX CITY  AL  36867                       AIS:                     |
|-----------------------------------------------------------------------|
| DOB: 12/23/1960   SEX: M   HT: 5 06    WT: 195   HAIR: BRO   EYE: BRO |
| RACE: (X)W ( )B ( )O   COMPLEXION:          AGE:         FEATURES:     |
|-----------------------------------------------------------------------|
| DATE OFFENSE: 05/02/2000   ARREST DATE: 05/04/2000   ARREST ORI: 0570000 |
|-----------------------------------------------------------------------|
| CHARGES @ CONV      CITES         CT CL COURT ACTION         CA DATE  |
| POSS MARIJUANA 1ST 13A-012-213    01 C  GUILTY PLEA         04/09/2001 |
|-----------------------------------------------------------------------|
| JUDGE: GEORGE R. GREENE               PROSECUTOR: LANDREAU BUSTER     |
|-----------------------------------------------------------------------|
| PROBATION APPLIED   GRANTED  DATE    REARRESTED DATE   REVOKED  DATE  |
| ( )Y ( )N          ( )Y ( )N         ( )Y ( )N         ( )Y ( )N      |
|-----------------------------------------------------------------------|
| 15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED   TOTAL   JAIL CREDIT |
| ( )Y (X)N   CONFINEMENT: 30 00 000  00 00 000  30 00 000  00 00 047  |
|             PROBATION  : 00 00 000             00 00 000             |
| DATE SENTENCED: 05/31/2001    SENTENCE BEGINS: 05/31/2001            |
|-----------------------------------------------------------------------|
| PROVISIONS             COSTS/RESTITUTION              DUE     ORDERED |
|                                                                       |
|   PENITENTIARY        RESTITUTION              $0.00     $0.00       |
|   CONCURR SENT        ATTORNEY FEE             $0.00     $0.00       |
|   HABITUAL OFDR       CRIME VICTIMS          $ 00.00   $ 00.00       |
|   DOC/SAPP PGM        COST                   $  .00    $   .00       |
|   DRUG                FINE                     $0.00     $0.00       |
|                       MUNICIPAL FEES           $0.00     $0.00       |
|                       DRUG FEES              $  .00    $   .00       |
|                       ADDTL DEFENDANT          $0.00     $0.00       |
|                       DA FEES                  $0.00     $0.00       |
|                       COLLECTION ACCT          $0.00     $0.00       |
|                       JAIL FEES                $0.00     $0.00       |
|                                                                       |
|                       TOTAL               $    .00   $    .00       |
|-----------------------------------------------------------------------|
| APPEAL DATE      SUSPENDED      AFFIRMED         REARREST            |
| ( )Y ( )N        ( )Y ( )N      ( )Y ( )N        ( )Y ( )N           |
|-----------------------------------------------------------------------|
| REMARKS:                      THIS IS TO CERTIFY THAT THE            |
|                               ABOVE INFORMATION WAS EXTRACTED        |
|                               FROM OFFICIAL COURT RECORDS            |
|                               AND IS TRUE AND CORRECT.               |
|                                                                       |
|                                  Kathy Coulter                       |
|                               KATHY COULTER                          |
|                                                                       |
|                               06/07/2001                             |
------------------------------------------------------------------------
```

OPERATOR: JOS
PREPARED: 06/07/2001

CC01-30
36

7/11/01

I, Roy D. Heath am Formally requesting That, I am asking for an appeal hearing For The charges I was sentenced For, on May 31, 2001. I signed a plea Bargain, That now I feel I was coerced into signing by my Lawyer (John Britton) I do not agree with two of the Three charges. Please give This Matter great consideration, for I have a Family to support and I should be working for Them, not sitting in Jail.

Thank You,

*[signature]*

Russell Cty. Jail
Roy D. Heath
P.O. Box 640
Phenix City, Al.
36868

FILED IN OFFICE
2001 JUL 11 AM 9: 31
CIRCUIT/DIST COURT
RUSSELL CO., AL

000088

```
                              ALABAMA JUDICIAL DATA CENTER
ACR371          NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                           BY THE TRIAL COURT CLERK
                  IN THE CIRCUIT COURT  OF   RUSSELL COUNTY
STATE OF ALABAMA VS HEATH ROY DAVID           JUDGE: GEORGE R. GREENE
-------------------------------------------------------------------------
| APPEAL DATE: 07/11/2001                                               |
|-----------------------------------------------------------------------|
| INDIGENCY STATUS:                                                     |
|    GRANTED INDIGENCY STATUS AT TRIAL COURT:      _____ YES  __X__ NO   |
|    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: _____ YES  __X__ NO  |
|    INDIGENT STATUS REVOKED ON APPEAL:            _____ YES  __X__ NO   |
|    INDIGENT STATUS GRANTED ON APPEAL:            _____ YES  __X__ NO   |
|                                                                       |
| DEATH PENALTY: NO                                                     |
|                                                                       |
| APPEAL TYPE: OTHER(SPECIFY)_____         |
|-----------------------------------------------------------------------|
| THIS APPEAL IS FROM AN ORDER DENYING A PETITION (I.E., RULE 32 PETITION,|
| WRIT OF HABEAS CORPUS, ETC) OR FROM ANY OTHER ISSUED BY THE TRIAL JUDGE.|
|                                                                       |
| CO/CASE NUMBER: 57/CC 2001 000036.00                                  |
|                                                                       |
| ORDER ENTERED(DATE): 04092001 PETITION: __DISMISSED __DENIED __GRANTED |
|-----------------------------------------------------------------------|
| THIS IS AN APPEAL FROM A CONVICTION.                                  |
|                                                                       |
| DATE OF CONVICTION: 04/09/2001        DATE OF SENTENCE: 05/31/2001     |
|                                                                       |
| YOUTHFUL OFFENDER STATUS: DENIED                                      |
|                                                                       |
| CO/CASE NUMBER: 57/CC 2001 000036.00                                  |
| CODE: UDCS    CONVICTION: UNLAW DISTRIB CO   ACTION: GUILTY PLEA       |
|                                              STATUTE: 13A-012-211      |
| CODE: VAPF    CONVICTION: POSS MARIJUANA 1   ACTION: GUILTY PLEA       |
|                                              STATUTE: 13A-012-213      |
| SENTENCE:  CONF: 30 YRS 00 MOS 000 DAYS                               |
| SENTENCE:  PROB: 00 YRS 00 MOS 000 DAYS      LIFE: NO  LIFEWO: NO      |
|-----------------------------------------------------------------------|
| POST-JUDGMENT MOTIONS FILED:    DT FILED    DT DENIED    CON BY AGREE  |
| ___  MOTION FOR NEW TRIAL      _____    _____    _____    |
| ___  MOTION FOR JUDG. OF ACQUIT _____    _____    _____   |
| ___  MOTION TO W/D GUILTY PLEA  _____    _____    _____   |
| ___  MOTION FOR ATTY TO W/DRAW  _____    _____    _____   |
| ___  OTHER                      _____    _____    _____   |
|-----------------------------------------------------------------------|
| COURT REPORTER(S):              WILSON, LINDA S.                       |
| ADDRESS:                        C/O HON. GEORGE R. GREENE              |
|                                 PHENIX CITY    , AL 36867              |
|                                                                       |
| APPELLATE COUNSEL #1:           BRITTON JOHN M                         |
| ADDRESS:                        P O DRAWER 1188                        |
|                                 PHENIX CITY    , AL 36867              |
| PHONE NUMBER:                   205-298-7062                           |
|                                                                       |
| APPELLATE COUNSEL #2:           ------------------------------         |
| ADDRESS:                        ------------------------------         |
|                                 ------------------------------         |
| PHONE NUMBER:                   ------------------------------         |
|                                                                       |
| APPELLANT (PRO SE):             HEATH ROY DAVID                        |
| ADDRESS:                        3 TRAPPER DRIVE                        |
|                                 PHENIX CITY    , AL  368670000         |
| AIS #:                                                                |
|                                                                       |
| APPELLEE (IF CITY APPEAL):      ------------------------------         |
| ADDRESS:                        ------------------------------         |
|                                 ------------------------------         |
-------------------------------------------------------------------------
                                                      OPERATOR: JOS
I CERTIFY THAT THE INFORMATION PROVIDED          PREPARED: 07/11/2001
ABOVE IS ACCURATE TO THE BEST OF MY
KNOWLEDGE AND I HAVE SERVED A COPY OF      _____
THIS NOTICE OF APPEAL ON ALL PARTIES TO      CIRCUIT COURT CLERK
THIS ACTION ON THIS ___ DAY OF July , 01
```

* * * IN THE CIRCUIT COURT OF RUSSELL COUNTY

000069

THE STATE OF ALABAMA   VS.   HEATH ROY DAVID


HEATH ROY DAVID                        CASE NUMBER: CC 2001 000030.00
C/O RUSSELL COUNTY JAIL
PO BOX 640                             PARTY NUMBER: DEFD
PHENIX CITY   AL   36868 0000


CC 2001-30
CC 2001-36
    DUE TO THE DEATH OF YOUR ATTORNEY, MR. JOHN BRITTON, YOU WILL BE
CONSIDERED TO BE PRO SE AS TO YOUR PENDING APPEAL.
    ATTACHED ARE THE FORMS YOU OR YOUR NEWLY RETAINED COUNSEL SHOULD
COMPLETE AND RETURN TO THE CIRCUIT CLERK'S OFFICE AS SOON AS POSSIBLE.


NOTICE ISSUED ON: 08/06/2001              CLERK: KATHY COULTER

(08/06/2001)   SHG

| | |
|---|---|
| STATE OF ALABAMA | ) IN THE CIRCUIT COURT OF |
| | ) |
|         PLAINTIFF, | ) RUSSELL COUNTY, ALABAMA |
| | ) |
|    VS. | ) CASE NO.: CC 01-30,36 |
| | ) |
| ROY D. HEATH | ) |
| | ) |
|       DEFENDANT. | ) |

## ORDER

The Court taking into consideration the defendant's written Request for appeal hearing, it is therefore,

**ORDERED, ADJUDGED AND DECREED** that the request for appeal hearing is denied.

**DONE** this the 9th day of August, 2001.


_George Sheen_
JUDGE, CIRCUIT COURT

000091

| State of Alabama<br>Unified Judicial System<br><br>Form C-10<br>Page 1 of 2      Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER** | Case Number<br><br>*CC 2001 30/36* |
| --- | --- | --- |

IN THE _Distric‡ Circui‡_ COURT OF _Russell_, ALABAMA
(Circuit, District, or Municipal)        (Name of County or Municipality)

STYLE OF CASE: _STATE_
Plaintiff(s)        v. _Roy O. Heath_
Defendant(s)

TYPE OF PROCEEDING: _Criminal_        CHARGE(s) (if applicable): _____

☐ CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request
that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE-- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an
attorney and I request that the court appoint one for me.

☒ CRIMINAL CASE-- I am financially unable to hire an attorney and request that the court appoint
☐ DELINQUENCY/NEED OF SUPERVISION-- I am financially unable to hire an attorney and request that the court appoint
one for my child/me.

## AFFIDAVIT

SECTION I.

1. IDENTIFICATION
Full name _Roy O. Heath_        Date of birth _12-23-60_
Spouse's full name (if married) _Teresa Y. Heath_
Complete home address _989 Lee Rd L40_
_Salem, AL 36874_
Number of people living in household _4_
Home telephone number _334-448-7322_
Occupation/Job _Carpenter_        Length of employment _unemployed_
Driver's license number _7277142_        *Social Security Number _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_
Employer _____        Employer's telephone number _____
Employer's address _____

2. ASSISTANCE BENEFITS
Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which
apply.)

☐ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other _NO_

3. INCOME/EXPENSE STATEMENT
Monthly Gross Income:
| | |
| --- | --- |
| Monthly Gross Income | $ _0_ |
| Spouse's Monthly Gross Income (unless a marital offense) | _480.oo_ |
| Other Earnings: Commissions, Bonuses, Interest Income, etc. | |
| Contributions from Other People Living in Household | |
| Unemployment/Workmen's Compensation, | |
| Social Security, Retirements, etc. | _300.oo_ |
| Other Income (be specific) _Spouses Child Supp._ | |
| TOTAL MONTHLY GROSS INCOME | $ _780.oo_ |

Monthly Expenses:
| | |
| --- | --- |
| A. Living Expenses | $ _415.oo_ |
| Rent/Mortgage | _110.oo_ |
| Total Utilities: Gas, Electricity, Water, etc. | _200.oo_ |
| Food | |
| Clothing | |
| Health Care/Medical | _40.oo_ |
| Insurance | |
| Car Payment(s)/Transportation Expenses | |
| Loan Payment(s) | |

**AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**

Form C-10 Page 2 of 2   Rev. 2/95

Monthly Expenses: (cont'd page 1)
Credit Card Payment(s)
Educational/Employment Expenses
Other Expenses (be specific) _____

Sub-Total ........................................ A $ 765.00

B. Child Support Payment(s)/Alimony ........ $ _____
Sub-Total ........................................ B $ _____

C. Exceptional Expenses ...................... $ _____
**TOTAL MONTHLY EXPENSES** (add subtotals from A & B monthly only) $ 765.00

Total Gross Monthly Income Less total monthly expenses:
**DISPOSABLE MONTHLY INCOME** ............ $ 15.00

4. **LIQUID ASSETS:**
Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit) ........ $ 0
Equity in Real Estate (value of property less what you owe) ........ 0
Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe) ........ 0
Other (be specific)
Do you own anything else of value? ☐ Yes ☒ No
(land, house, boat, TV, stereo, jewelry)
If so, describe _____

**TOTAL LIQUID ASSETS** ........ $ _____

*(stamped: FILED IN OFFICE 2001 SEP 10 PM 3:10 CIRCUIT/DIST. COURT RUSSELL CO. AL)*

5. **Affidavit/Request**
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this
10th day of September 2001

_____ Affiant's Signature  Roy David Heath
Judge/Clerk/Notary  Print or Type Name  Roy David Heath

**ORDER OF COURT**

SECTION II.
**IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:**
☒ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, _____

_____ Judge

Time to appeal conviction has elapsed. Defendant

000093

In the Court of Criminal Appeals of Alabama

Lane Mann , Clerk of appellate court

Lane Mann , Clerk of appellate court

| | |
|---|---|
| State of Alabama, | ) Case No.: Case # CR -0002143 |
|       Plaintiff, | ) |
| | ) For Appeal |
|   vs. | ) |
| | ) |
| Roy David Heath, | ) |
|       Defendant | ) |

*Copy*

_____

Motion For The Appointment of Court Appointed Attorney
And Motion For Enlargement of Time

   Defendant Roy David Heath respectfully requests that this Court
enter an order appointing a court appointed attorney to represent him
on this appeal. In addition, the Defendant asks for an enlargement of
time in order to allow the court appointed attorney the opportunity to
adequately represent the Defendant in this appeal:

1.   Defendant was convicted of Unlawful Distribution, Unlawful
     Distribution, Possession of a Controlled Substance. In the
     Circuit Court of Russell County on May 31, 2001.

2.   Defendant was represented by Attorney John Britton at his
     trial. Since the trial, Attorney John Britton has died.
     Defendant was represented at the trial by a paid attorney.
     Because the Defendant is now incarcerated and cannot work,
     the Defendant cannot afford to hire a new attorney to
     represent him in his appeal.

3.   Defendant filed an affidavit of hardship showing his
     indigence (a copy of this denial is attached)

Motion For Enlargement of Time - 1

with the trial court and asked the trial court to appoint a court appointed attorney to represent him in his appeal. The trial court denied the Defendant's request for a court Appointed attorney. The trial court's order is attached.

4. It is not possible for Defendant to hire him an attorney to represent him in this appeal. The Defendant has used up all his available resources in paying his trial attorney to represent him. If the Defendant is not given a court appointed attorney, the Defendant will be deprived of his legal and constitutional right to appeal and have council.

5. Once the court appoints a court appointed attorney to Represent the Defendant, the court appointed attorney would need an enlargement of time in order to adequately represent the Defendant in this appeal.

6. For these reasons, Defendant respectfully requests that This Court enter an order appointing a court appointed attorney to represent him in this appeal. In addition, Defendant respectfully asks that this Court grant an enlargement of time to the court appointed attorney.

Respectfully submitted this the 1st day of October 2001,


Roy David Heath

-----------------------

Pro Se


Roy David Heath

Fountain 3800

Atmore, Al. 36503

AIS # 21-73-44


Motion For Enlargement of Time - 2

## Certificate of Service

I hereby certify that I have this the 1st day or October 2001 served a copy of the foregoing upon all respondent judges and counsel in this matter by placing a copy of the foregoing upon all respondent judges and counsel in this matter by placing a copy of same in the United States mail with sufficient postage affixed thereon as follows:

Attorney General
State of Alabama

Roy David Heath
----------------------------
Pro Se