Chappell

IN THE COURT OF CRIMINAL APPEALS
STATE OF ALABAMA

ROY DAVID HEATH      )
                                    )
    Appellant,            )
                                    )
VS.                                )    CASE NO: CR-00-2143
                                    )
STATE OF ALABAMA,   )
                                    )
    Appellee.             )

## MOTION TO DISMISS APPEAL

COMES NOW, the attorney for the Appellant and would request this Honorable Court to dismiss his appeal based on the following:

Attorney for the Appellant found no issues of merit to appeal on and filed the Appellant's Brief and Motion for Leave to Withdraw as Council on January 4, 2002. Appellant then filed a letter with the Alabama Court of Criminal Appeals on January 14, 2002, a copy which is attached hereto and on the final page has indicated that he would like to stop his appeal.

Therefore, the attorney for the Appellant would request this Honorable Court to dismiss his appeal based on the Appellant's request.

Done this _25_ day of January, 2002.

                                                  /s/ Charles F. Floyd III
                                                  Charles F. Floyd III
                                                  Attorney for Appellant

FLOYD & FLOYD
Attorneys at Law
1000 14th Street
P.O. Box 759
Phenix City, AL 36868-0759
334/297-3378



EXHIBIT B

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing Brief on Bill Pryor, Esq., Attorney General, State of Alabama, 11 S. Union Street, Montgomery, Alabama 36130, and Mr. Roy Davied Heath, Defendant, Fountain Correctional Facility, P.O. Box 3800, Atmore, AL 36503, by U.S. mail, postage prepaid and properly addressed to them.

Done this 25 day of January, 2002.

_____
Counsel for Defendant

002143

State of Alabama
In the Circuit Court for Inmate Roy David Heath

Roy David Heath
V
State of Alabama


FILED
JAN 14 2002
1-16-02
CLERK
ALA COURT CRIMINAL APPEALS

I Inmate Roy David Heath dont understand how to put a Brief or motions togeather, all I due understand is being trufull,
Im going over law book's and need more time to try to understand the law,
Due to my counsel's withdraw

Conclusion

as appears to me, my Attorney would not write me or talk to my wife about views only I had none and had no chance, Im not a Attorney but as I see things is any good Attorney should see the errors in this case, I dont understand why I cant get good counsel in ways but I was told something by my last counsel and Im starting to understand, as I go on I will say what that was but for now Il try to submite the errors,

R. Green threatting me, and on my Transcript or index I dont see where Honorable George R. Green told me, It would not be good on my behalf to appeal this case,

also I now about my attorney John Britten I cant say to much about becau my Attorney Charles E. Floyd III told my wife I cant talk about whats not on the Transcript, I dont know if I really cant or not, because so fare I dont feel like anyone is being honest to me, but mr Britton told me and my wife, That there was someone high up that whats me in jail, and told me if I dident do as he said I would get life in jail just as mr Charles E. Floyd III is saying to my wife, I know if the truth could be made I could get out of CC-01-03C also CC-01-36 - count 2, but I wint get help with this Appeal, all I get is a threat of life in jail,

also on my Action Summary CC01-030 I fand 3 charges, unlaw Distrib, conto charge 01, Driving while Revoke charge 04, Reckless Endangerment charge 05 I have never seen or heard on charges 04 or 05 until now, if I would of knew

of these charges I would of never made a plea, Also
on my Reporter trancript order on page 76, count 1, CC01-036 and count 2, CC01-036 are ran concurrent with CC01-030. In what way Attorney should know, in the law book I'm reading, you can't run, 13A-12-250 or 13A-12-270 concurrent with CC01-030
also there are other things to bring up but as I see things and how things are going, This is a lost case, I just wish I could meat one Attorney that's truful and honest, This is the same thing that happ last time, to me, but eatless I did do rone this time but not as it looks,
Mr Lane W. man.
  I'm being truful with this, I would like to tell you the hole Droma, There is a little I would like to say. and That's how I feel, I'm hurt fisicly and mintaly, I got my neck broke in two places and workers comp would not pay me, that got alot to do with this case, as for the mintul part of this, is my mom got hurt in a car wreck bad, my Dad got hurt but not as bad, and after 37 years of my life I found the right woman for

me, These people need me so bad as for my wife I see, if I stay to long away things will change with her I know she woundent want to but lifes hard, as for my mom she hurts in many ways, I cant see her, she cant come this far, I know I did wrong but I dont understand about all this time I got, I can handle being threated and set up by a so called friend also being locked up for a walle, all I ask for, is a chance at this life I got now, Mr mann, Im also not a Quiter but as I see things, I have no choice but Quit this Appeal, I dont know how to file this

  I Roy David Heath would like to stop this appeal,

  If you can do so please do what is needed, also take in that I need to be home soon, Im in need so much and Im also willing to pay all I can pay to make it home soon, Im a hard worker,

  Thank
  Roy D. Heath



Return address:
Ron David Heath
AIS # 217344
Dorm 6 Bed 30
Fountain 3800
Atmore AL
36503

Addressee:
Court of Criminal Appeals
State of Alabama
300 Dexter Avenue
PO Box 301555
Montgomery AL 36130-1555

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Postmark: MOBILE AL 366, PM, 11 JAN 2002