**COURT OF CRIMINAL APPEALS**
STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

*L/4646*

| | |
|---|---|
| **H. W. "Bucky" McMILLAN**<br>Presiding Judge<br>**SUE BELL COBB**<br>**PAMELA W. BASCHAB**<br>**GREG SHAW**<br>**A. KELLI WISE**<br>Judges | **Lane W. Mann**<br>Clerk<br>**Wanda K. Ivey**<br>Assistant Clerk<br>(334) 242-4590<br>FAX (334) 242-4689 |

<u>ORDER</u>

CR-01-2444

Roy David Heath v. State of Alabama (Appeal from Russell Circuit Court: CC01-30.60; CC01-36.60).

    The appellant's brief in the above referenced cause was due on December 18th, 2002. As of January 2nd, 2003, the appellant has failed to file a brief with this Court.

    Upon consideration of the above, the Court of Criminal Appeals ORDERS that the above cause shall be dismissed for failure to prosecute the appeal if the appellant's brief has not been filed with this Court by January 16th, 2003.

    Done this the 2nd day of January, 2003.

/s/ H.W. McMillan
_____
H.W. "Bucky" McMILLAN, PRESIDING JUDGE

CCA/wki

cc: Roy David Heath, Pro Se, Appellant
    Office of Attorney General


EXHIBIT E