COURT OF CRIMINAL APPEALS
STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

44646

H. W. "Bucky" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

CERTIFICATE OF JUDGMENT

CR-01-2444

Roy David Heath v. State of Alabama (Appeal from Russell Circuit Court: CC01-30.60; CC01-36.60).

To the Clerk of the above noted Trial Court, Greetings:

Whereas, the above referenced appeal has been duly examined and considered by the Court of Criminal Appeals; and

Whereas, the Court, having considered the same, has now ordered that said appeal be dismissed on motion of the appellant;

Now, therefore, it is hereby certified that a judgment of dismissal was entered in said appeal on this the 7th day of January, 2003.

Done this the 7th day of January, 2003.

_____
H.W. "Bucky" McMILLAN, PRESIDING JUDGE

CCA/jz

cc: Honorable George R. Greene, Circuit Judge
    Honorable Kathy S. Coulter, Circuit Clerk
    Roy David Heath, Pro Se, Appellant
    Office of Attorney General


EXHIBIT G