IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2006 APR 28 A 10: 07

Roy DAVID HEATH #217344 )
    Petitioner )
 )
 )
 )
  - V - ) CIVIL ACTION No 3:05 CV936-MEF
 )
 )
G.C. GILES, Et Al, )
    RESPONDENTS )
 )
 )

PURSUANT TO 28 U.S.C. §2254
PETITION FILED, SEPTEMBER 28, 2005.

THE REASON Petitioner has yet Responded
is, HEATH has had a major illness For
mounths & still seeking help as of this time.


(A)   PURSUANT to The above Petition,
    THE above MIDDLE DISTRICT has Requested
    THE Circuit Court of Russell County
    To send all Documents in Petitioners
    Case,
    (I) THE Circuit Court has Refuse to

(1)

Send all Document in this Case.

(2) THE Exhibits ARE the Documents Which were not Filed, There's no Shawing in the Record or in the Document sent to this Court.

(3) IF THESE Documents where on File AT THe begaining, This case would of had a Deamatic change, Petitioners innocents oF these charges are part of these Documents, or a lawyer or Petitioner would of been able to File a succesful APPeal.

~~Exhibit (1)~~ 1 OF 2. states Petitioner Filed Substantial HARdship two times and on the ~~RDN~~ Date of the second HARdship 8, 31, 2000 7, seven days later The Court Appointed Hon Connie Cooper. and on the same Date Appointed 9, 7, 2000 there was A PReliminaRy HeaRing, and theRes no wheRe in any Case Action summaRy showing

The indictment,
In THE YEAR 2000, Petitioner never
Filed any hardship or waiver, If
Petitioner did, these are not in the
Records or Document sent to this
Court

Exhibit 2   shows Petitioner sent a
letter to Hon Connie Cooper
Date 1-3-06, and There's
been no Response as of yet.
Futher action on this matter
is being taking Place as of
now on Hon Connie Cooper,

Exhibit 3   shows The Affidavit of The
Arrest and For a search warrant
This Exhibit does not match
Petitioners Arrest See, (C),(I)

Exhibit 4 and 5, shows TRIAL ATTORNEY
Hon, John Beitton neglected his
legal work, ATTORNEY never
Responded to the notices.

The Above Exhibit are not on the
Record or in the Documents sent to

(3)

this Court,

(B), The Respondent conceded that Petitioner
Filed three Post-conviction Petition
in the state Court,

(1), Petitioner Filed Four Post-conviction
Petitions in state Court.
The First on July 11, 2001
The second on May 31, 02
The Third August 23, 02
The Fourth January 16, 03

(2) To understand The Reason For
all These Post-conviction, II
Try to be Brief as I can.

The First Petition I Filed a letter
To The Clerk of criminal court of
appeal, asking to stop this Appeal
because Hon. charles Floyd III Filed
a no marit Breaf and ask to be
Taking off this case at the same time.
This lawyer never Responded with me,
and my wife took him copys of Hon
Brittons case File. That where I got

(4)

all The above <u>exhibits</u> that are not part of the Records, <u>exsept</u> <u>Exhibit</u> <u>1, 1of2</u>, I got this 3 years after the fact,

The second Appeal, Filed <u>may 31, 02</u>, The Circuit Court denied <u>July 16, 02</u>. with out Opione,

The Thered Appeal, Filed <u>August 28, 02</u> Petitioner Filed, motion to stay and motion to compile, a amendment pursuant to <u>15-18-8-1, A,</u> and Filed a 10.G motion on.

In October 02, criminal court of appeal ordeed The Circuit court to File there Brief, and thay Filed there Brief on the seconde appeal File <u>may 31, 02</u> that was already denied <u>July 16, 02</u>, that's why Petitioner Filed The 10.G. motion so the Circuit Court would File on the Right Appeal. The next Exhibit <u>6</u> will show more under standing, and will show why Petitioner had to File the Fourth Appeal, and why Petitioner Filed

a motion to denie the Petition but the heading was wrong it was sopose to say with out prejudice.

Exhibit 6 will show more understanding of Petitioners seconed post-Trial motion, This Exhibit has 1 of 7 pages, and The Orignal with all the Affedavits were Filed To criminal court Appeals Cleark, Lain mann Date Federary 18, 2003

After The Appeals Cleark Lain mann Reseved this letter. The circuit court Denied the second Rule 32. march 13, 2003 and granted the Forth Post-trial motion at the same Date, and Petitioner never heard nothing Feom Lain mann, The cleark of Appeals court...

Exhibit 7 show The Forth Appeal. This Petition was granted march 13. 2003. The Circuit court of Russell

county denied this petition
June 12, 2003. and Petitioner
did Appeal this denial. The
next exhibit will show Petitioner
did appeal.

Exhibit  8   1 of 20 . show Petitioner
     Filed a motion to Alter, Amend,
     or Vacate , and Petitioner had
     42 day to File his Appeal and
     Page 20 will show Petitioner Filed
     his Appeal.

Exhibit  9   1 of 5 , Petitioner also
     Filed a motion Pursuant to
     Rule 32.9(d). Filed July 28, 03
     The Circuit Court never Rule
     on this motion at any time
     so Petitioner File the next
     Exhibit

Exhibit 10 Filed November 5, 2003.
     This motion was asking the
     Court of Russell county to
     modiFie it denial or let

Petitioners Appeal take its Course
For Further Review. The Circuit
Court Denied and Did state why.

Petitioners time should still toll
ontill The Circuit court Re less The
appeal on the motion File <u>July 9, 2003</u>
The motion to Amend, Alter or vacate
A Judgment, Pursuant to <u>ALABAMA Rules</u>
<u>of Criminal Procedures</u> <u>Rule 24.4.</u>
Petitioner's Appeal is shown on Page 20.
That's why these motion are not shown
In the Documents sent to this Court.

Petitioner has more issues to state
But needs more time to study.
Petitioner Const. Rights have been
Violated and his Due Process of law
Violated, all Heath needs is For someone
to understand the Fairness witch is
Due.
Petitioner doesen't need these issues
denied by this Court, Petitioner
would like to have a Fair Chance to
Present these isseus one day. when
Petitioner learn's more on the Rules

of Court, and if this Court cannot Answear these issues, I ask This Court to denie this petition with out Prejudise so these issue can be Presended with more Newly Discovered eviedence, any, way, Petitioner Heath will Respect this Judgment

Date 4/26/06

Respectfully submitted
Roy David Heath
Roy David Heath

Roy David Heath
#217344
Venteess C.F.
P.O. Box 767
Clayton AL
36016
Doem, 7, Bed, 11, B