```
:RO370                                                              CASE: DC 2000 001118.00
:ER: VIW        ALABAMA  JUDICIAL  INFORMATION  SYSTEM
:GE:   1                   CASE ACTION SUMMARY
                         DISTRICT    CRIMINAL                       RUN DATE: 10/09/2003
===============================================================================
 THE DISTRICT COURT OF   RUSSELL
                                                                    JUDGE: MJB
:ATE  OF  ALABAMA                    VS   HEATH ROY DAVID
                                          217344
:SE: DC 2000 001118.00                      9947 HWY 21 NO.
                                          ATMORE, AL   36503 0000
:B: 12/23/1960        SEX: M  RACE: W  HT: 5 06  WT: 195   HR: BRO EYES: BRO
:N: 259271658   ALIAS NAMES:
===============================================================================
ARGE01: POSS MARIJUANA 1ST    CODE01: VAPF   LIT: POSS MARIJUANA TYP: F #: 001
FENSE DATE: 05/04/2000                 AGENCY/OFFICER: 0570000
TE WAR/CAP ISS:                       DATE ARRESTED: 05/04/2000
TE    INDICTED:                       DATE    FILED: 05/08/2000
TE    RELEASED: 06/20/2000            DATE  HEARING:
      BOND AMOUNT:      $2,500.00 S    SURETIES: AAA BONDING CO.
TE 1:            DESC:                 TIME: 0000
TE 2: 11/16/2000 DESC: PLMH            TIME: 0900 A
ACKING NOS: CC 2001 000036 00   /                          /
 DEF/ATY: COOPER CONNIE JO
          P O BOX 3110          TYPE: A                             TYPE:
          PHENIX CITY    AL 36868
                                                                    00000
OSECUTOR: DAVIS KENNETH E

===============================================================================
H CSE: CC200100003600 CHK/TICKET NO: WA-00-1363        GRAND JURY:
URT REPORTER:                    SID NO:    000000000
F STATUS: BOND                   DEMAND:
                                                       OPER: JOS
===============================================================================
TRANS DATE   | ACTIONS, JUDGEMENTS, AND NOTES                       | OPE
05/05/2000   | SET FOR:   FIRST CALL ON 05/05/2000 AT 0900A (AR01)   | JOS
05/05/2000   | ORDER CONTINUING CASE TO SEPTEMBER 7, 2000, FOR       | JOS
05/05/2000   |    PRELIMINARY HEARING.   DEFENDANT TO HIRE HIS       | JOS
05/05/2000   |    OWN ATTORNEY. BOND SET AT $2,500.00                | JOS
06/06/2000   | ATTORNEY FOR DEFENDANT: PHILLIPS MICHAEL SCOTT        | DEB
06/06/2000   | DEFENDANT'S MOTION TO REDUCE BOND                     | DEB
06/09/2000   | ORDER DENYING DEFENDANT'S MOTION TO REDUCE BOND       | DEB
06/22/2000   | STATUS CHANGED TO: "B" - BOND           (AR01)        | DEB
06/22/2000   | SURETY ADDED: AAA BONDING CO.           (AR01)        | DEB
06/22/2000   | DEFENDANT RELEASED FROM JAIL: 06/20/2000 (AR01)       | DEB
07/18/2000   | DEFENDANT'S AFFIDAVIT OF SUBSTANTIAL HARDSHIP         | DEB
07/19/2000   | ORDER DENYING DEFENDANT'S REQUEST FOR COURT           | DEB
07/19/2000   |    APPOINTED COUNSEL                                  | DEB
08/17/2000   | WITNESS SUBPOENA ISSUED                               | DEB
08/31/2000   | DEFENDANT'S AFFIDAVIT OF SUBSTANTIAL HARDSHIP         | DEB
09/07/2000   | ORDER APPOINTING THE HON. CONNIE COOPER TO            | DEB
09/07/2000   |    REPRESENT SAID DEFENDANT-CASE CONTINUED            | DEB
```

~~Exhibit 3~~

Exhibit (1) 1 OF 2

```
CRO370                                                          CASE: DC 2000 001118.00
PER: VIW        ALABAMA JUDICIAL INFORMATION SYSTEM
AGE:   2              CASE ACTION SUMMARY
================      DISTRICT CRIMINAL            ================================
N THE DISTRICT COURT OF RUSSELL                    RUN DATE: 10/09/2003
TATE OF ALABAMA                                    JUDGE: MJB
                           VS      HEATH ROY DAVID
ASE: DC 2000 001118.00             217344
                                   9947 HWY 21 NO.
                                   ATMORE, AL  36503 0000
OB: 12/23/1960    SEX: M  RACE: W  HT: 5 06  WT: 195   HR: BRO  EYES: BRO
SN: 259271658   ALIAS NAMES:
=========================================================================
 TRANS DATE  |     ACTIONS, JUDGEMENTS, AND NOTES
=========================================================================
 09/07/2000  |   TO NOVEMBER 16, 2000, AT 9:00A.M. FOR              OPE
 09/07/2000  |   PRELIMINARY HEARING.                               DEB
 09/11/2000  | DEFENDANT'S MOTION FOR APPROVAL OF EXPENSES          DEB
 09/11/2000  |   PURSUANT TO MAY V. STATE                           DEB
 09/11/2000  | DEFENDANT'S MOTION FOR DISCOVERY                     DEB
 09/12/2000  | ORDER GRANTING DEFENDANT'S MOTION FOR APPROVAL       DEB
 09/12/2000  |   OF EXPENSES PURSUANT TO MAY V. STATE               DEB
 09/12/2000  | ORDER GRANTING DEFENDANT'S MOTION FOR DISCOVERY      DEB
 10/25/2000  | WITNESS SUBPOENA ISSUED                              DEB
 11/16/2000  | ORDER WAIVING CASE TO THE GRAND JURY.                DEB
 11/22/2000  | ATTORNEY'S FEE DECLARATION ($232.08)                 DEB
 11/27/2000  | ATTORNEY'S FEE DECLARATION ($56.90)                  DEB
 11/28/2000  | CASE ACTION SUMMARY PRINTED                          DEB
                                                      (AR08)
 11/01/2001  | ADDR1 CHANGED FROM: 3 TRAPPER DRIVE                  JOS
                                                      (AR01)
 11/01/2001  | PRIOR ENTRY RESULTS FROM CC200100003600              JOS
                                                      (AR01)
 11/01/2001  | HOME CITY CHANGED FROM: PHENIX CITY                  JOS
                                                      (AR01)
 11/01/2001  | PRIOR ENTRY RESULTS FROM CC200100003600              JOS
                                                      (AR01)
 10/09/2003  | CASE ACTION SUMMARY PRINTED                          VIW
                                                      (AR08)
```

Exhibit (1) 2 of 2

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

Case CC-01-30, 36                    Date 1-3-06

Dear Miss Cooper

    I need all papers concerning the Above Case No. and any Discovery, tapes Legal papers, Court Records, Transcripts and any other Records not stated because my records state you Filed for my Discovery and I need all Records in this above Case

Thanks

Roy O Heath
217344


Rg Roy D Heath
Ventress Corr F
Po Box 767
Clayton AL 36016


Case No
CC.01.30
CC.01.36

Exhibit (3)

DC-00-1061

## APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | STATE OF ALABAMA |
| V. | ) | In the _Circuit_ Court |
| | ) | of _Russell_ County |
| ROY DAVID HEATH | ) | |

Before me, _George Green_, the undersigned authority personally appeared _Agent Tom Franklin_ who being by me first duly sworn, deposes, and says:

On Friday 04/28/00 Agent Franklin met with a confidential informant who stated that they had arranged to purchase a quantity of marijuana from a white male named David Heath. The informant stated that Heath lived at 915 13th Avenue in Phenix City. Heath's full name was determined to be Roy David Heath.

On Friday 04/28/00 Agent Kenneth Herring searched the informant and fitted the informant with a electronic monitoring device. Agent Evans then drove the informant to 915 13th Avenue. Agent Evans waited in the vehicle and watched the informant go into 915 13th Avenue. Once inside the residence the informant met with Heath. During the conversation between the informant and Heath, Heath handed the informant a clear plastic bag containing marijuana in return for the metro funds. The informant then left the residence and again met with Agent Evans who was inside the undercover vehicle. The informant turned the marijuana over to Agent evans. There was a recording made of the transaction and a taped statement given to agents by the informant.

Based on the above listed facts and circumstances, the affiant believes that there is probable cause to issue a search of the listed premises, persons, and vehicles.

Sworn and Subscribed before me this the _1st_ day of May, 2000.

_____
Affiant

_____
Judge

FILED IN OFFICE 2000 MAY -5 PM 3:58 CIRCUIT/DIST. COURT RUSSELL CO., AL.

Exhibit (9)

COURT OF CRIMINAL APPEALS
STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

H. W. "Bucky" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

July 12, 2001

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-459
FAX (334) 242-468

DEFICIENCY NOTICE

TO:   Hon. John M. Britton, Attorney

FROM: Lane W. Mann, Clerk, Court of Criminal Appeals

RE:   CR-00-2143

   Roy David Heath v. State of Alabama (Appeal from Russell Circuit Court; CC01-30; CC01-36).

   You are hereby notified that the above-referenced appeal is deficient in that the Docketing Statement, Form ARAP 26, and the Reporter's Transcript Order - Criminal, Form ARAP 1c, have not been filed (see Rules 3(e) and 10(c)(2) of the Alabama Rules of Appellate Procedure).

   Although both forms must be filed with the Circuit Clerk, it is the appellant's responsibility to mail copies of the Reporter's Transcript Order to each court reporter who reported the proceedings designated, to the Clerk of this Court, to the district attorney of the county from which the appeal is taken and to the Attorney General.

   Please be aware that after a notice of appeal has been filed, the filing of a post trial motion does not stay the time or eliminate the requirement that these forms be filed. As such, immediate action should be taken to correct this deficiency.

CCA/di

*Handwritten notes:*

file Motion
Get Copy of
Aff. of Hair.

Copy of reason
why denied

within 28 days

Refer to
00-21-43

Exhibit (4)

COURT OF CRIMINAL APPEALS
STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

*H. W. "Bucky" McMILLAN*
Presiding Judge
*SUE BELL COBB*
*PAMELA W. BASCHAB*
*GREG SHAW*
*A. KELLI WISE*
Judges

September 26, 2001

*Lane W. Mann*
Clerk
*Wanda K. Ivey*
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

### FINAL NOTICE BEFORE DISMISSAL

TO: Roy David Heath, Pro Se

FROM: Lane W. Mann, Clerk, Court of Criminal Appeals

RE: **CR-00-2143**

Roy David Heath v. State of Alabama (Appeal from Russell Circuit Court: CC01-30; CC01-36).

You were previously notified that the above referenced appeal is deficient in that the Docketing Statement, Form ARAP 26, and the Reporter's Transcript Order - Criminal, Form ARAP 1c, have not been filed (see Rules 3(e) and 10(c)(2) of the Alabama Rules of Appellate Procedure).

Because of this deficiency you were instructed to take immediate action to see that the same was corrected. Since this deficiency has not been corrected, please be advised that if properly completed copies of the above referenced forms are not received by this Court within fourteen (14) days from the the date of this notice this appeal will be dismissed.

CCA/sm



Exhibit (5)