Roy David Heath                                    2,18,03
AIS 217344    5-28
Fountain 3800
Atmore AL 36503


Dear Mr Mann
   All of This paper work here is to show you The Rule 32 petition I have mailed certified to the Clerk of Russel Co Courts, and also a response to your last letter on my Rule 32 petition.

   Regarding to your last letter to me, see page 11,
Mr Mann you have advised to me that you have Contacted the Circuit clerks office and The information on the 32 petition is the wrong 32 petition The 32 petition I mail is the write 32 Petition, look at the Certified Date I mail This Rule 32, 2-4-03 The Rule 32 petition in your letter is August 28, 02 petition, in addition To This Rule 32 see page 7. This is The Rule 32 that I mailed in 8-23-02 This Rule 32 petition is why I Filed A 10-G motion for, The 10.G motion was filed 12-4-02

(1)                          Exhibit (6)  1 of 7.

In addition of the 10.G motion The Circuit Court of Russell County Respondent's was a ORDER SEE page 4. This ORDER to supplement the records was dismist by the Russell County Courts because All requested meterial was filed after the Court's dismissal of the rule 32 petition. The 32 petition is that ~~the~~ of page 7. This is August 28,02 and as of my 10.G motion the files show that The August 28,02 petition was still being Answered to. This Rule 32 was not dissmist yet This is the same Rule 32 petition I filed my 10.G motion for. for the Russell County Court's to put in there brief so The records would be reviewed and I could file my brief before my time ran out. Because of my 10.G motion being denied, I filed to Criminal Court of Appeals to dismiss the rule 32 with out predjudice. and This was done After Dec 4,02 and was granted my dismissal
mr mAnn To show you that I mailed The Rule 32 petition on aug, 23 02

(2)      Exhibit 6 2 of 7

on page 5 show That The Russel County Courts did have this Rule 32 I mailed. page 5, show That The Russell County Courts Answered to this petition, also page 11 shows That the Circuit clerk's office told you they have this Rule 32 petition I mailed Aug 23, 02.
All this paper work you see now is Copy's I have, also shows That Russell County Courts highly obscured from sign* this Rule 32 petition by not supplementing the records of There brief, now by The letter I got from your office tells me that The Russell County Courts are trying to Finally File The Rule 32 petition of aug 28, 02, See page 11.
also look at page 6, The Case No's are the same as page 5. That shows that The Rule 32 petition should of Been in The District Attorney's brief, but the District Attorney said The records were correct.
This Rule 32 petition is part of The records I needed for the district Attorney to correct so I

(3)   Exhibit 3 of 7

could file my brief and also
This Rule 32 is part of the
Rule 32 I had dismissed Dec. 02
my brief That was due Dec. 18. 02
SEE page 12, also SEE page 13,
This shows also that The 10-G motion
was not supplemented or Corrected
by the requested Rule's of the
10.G motion. SEE page 13.
also SEE page 14. This page shows
That, August 28.02 32 petition
was not" filed till SEP. 5, 02
on page 5, is The answer to this
Rule 32. The answer was filed
Before the appeal was filed SEE
The filed Date on page 5 and 14
This shows to be true.
also page 14 is more proof of
The rule 32 ~~mot~~ petition was marked
and shows that the 32 in your
last letter aug 28 02 also has
another filed Date. SEE the filed
Date on page 14. also SEE page 15
This Rule 32 is my First Rule 32
The Aug 28 02, is my seconed Rule
32 petition, The First Rule 32
petition was dismissed in July 02,
Thats why I filed the aug 32 petition

(4)                    Exhibit6 4 of 7

also see page 15 for the date this was mailed and filed. Page 16 will show the date filed, also page 17 will show the same date. Page 16 is the first part of the District Attorney's brief and page 17 is part of the back of the District Attorneys brief, There The same Rule 32 petition, The Rule 32 petition in aug 28 02 was no were in the District Attorneys Brief. Thats where the 10-G motion came to be filed. SEE page 18 For The motion 10.G, also see page 4 That the Filed Date for the 10.G motion.

Mr. Mann
   as for my motion for stay This motion was mailed the same day my 2d Rule 32 was mailed The 32 petition that was in the letter you sent me on aug 28.02 SEE page 19. You Answeared to this before it was put on file. see page 20 For the filed Date. Sep 5, 02. also look at page 14 notice of Appeal this shows I mailed this Sep 5, 02

(5)            Exhibit 5 of 7

also this motion for stay was for the Rule 32 petition of aug 28-02

Mr Mann

all This paper work is proof That the Russell County Courts are not going by the rules, I have other papers to show MORE, That the Courts are not going buy The rules, This here should show you much of this matter. on page 21 shows the Rule 32 I mailed to be file and the filed Date is Jan 27, 03. also there's another Rule 32 of the same, my wife took a copy of this same Rule 32 petition and tryed to get this filed. all I need is for the Russell County Courts to put the right 32 on file as of now, for all the papers that wrong, This will be took care of at the right time, for now these papers are to show you that Russell County Courts are not going by the Rules you tell them to do or go by and also dont tell you the truth

(6)          Exhibit 6 of 7

about things, The last letter show you this as well SEE page 11,

also I Thank you for your help so fare and hope you can help me get the right 32 filed,

Thank you

" Roy David Heath

(7)                    Exhibit 6 7 of 7