| | | |
|---|---|---|
| ROY D. HEATH | ) | IN THE CIRCUIT COURT OF |
|     PETITIONER | ) | RUSSELL COUNTY, ALABAMA |
| | ) | |
| VS. | ) | CASE NO.: CC 01-30.62 |
| | ) | 01-36.62 |
| STATE OF ALABAMA | ) | |
| | ) | |
|     RESPONDENT | ) | |

ORDER

The Petitioner, Roy D. Heath having filed a request to proceed on his Rule 32 petition in the forma pauperis and the Court having reviewed and considered same, it is ORDERED that the request is granted.

DONE this the 13th day of March 2003.

                                               _____
                                             JUDGE, CIRCUIT COURT

Exhibit (10)
(71)