IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| ROy DAVID HEATH, #217344, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )   CASE NO. 3:05-cv-936-MEF |
| | ) |
| J. C. GILES, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #12) filed on April 28, 2006 are overruled;

(2)  The Recommendation of the United States Magistrate Judge entered on April 18, 2006 (Doc. #11) is adopted;

(3)  The petition for habeas corpus relief is DENIED and this case is DISMISSED pursuant to 28 U.S.C. § 2244(d).

DONE this 31st day of May, 2006.

                                                           /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE