IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

ROY DAVID HEATH, #217344,   )
                            )
    Petitioner,             )
                            )
v.                          )   CASE NO. 3:05-cv-936-MEF
                            )
J. C. GILES, *et al.*,      )
                            )
    Respondents.            )

## **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner and that this action is dismissed.

DONE this the 31st day of May, 2006.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE